WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Susan Golden, Esq.
        Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                               :        Case No. 16-11390 (SMB)
                                                                         :
Breitburn Energy Partners, L., *et al.*,       :        Jointly Administered
                                                                         :
                                          Debtors.        :
-------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to

Section 1102(a) of title 11, United States Code, hereby appoints the following

unsecured creditors that are willing to serve on the Official Committee of

Unsecured Creditors of the Breitburn Energy Partners and its affiliated debtors-in-

possession:

1.    Ares Special Situations Fund IV, L.P.
       c/o Ares Management LLC
       2000 Avenue of the Stars, 12th Floor
       Los Angeles, California 90067
       Attention:  Matthew F. Sheahan
       Telephone:  (310) 201-4100

2.  BPC UKI LP
    c/o Beach Point Capital Management
    1620 26th Street, Suite 6000N
    Santa Monica, California 90404
    Attention: Joseph Fabiani, Vice President
    Telephone: (310) 996-9700

3.  Wexford Spectrum Investors, LLC
    411 W. Putnam Avenue – Suite 125
    Greenwich, Connecticut 06830
    Attention: Marc McCarthy
    Telephone: (203) 862-7013

Dated: New York, New York
       May 26, 2016

                Sincerely,

                WILLIAM K. HARRINGTON
                UNITED STATES TRUSTEE

                By:    /s/ Susan Golden
                      Susan Golden
                      Trial Attorney
                      U.S. Department of Justice
                      Office of the United States Trustee
                      U.S. Federal Office Building
                      201 Varick Street, Room 1006
                      New York, NY 10014
                      Tel. (212) 510-0500
                      Fax (212) 668-2255