```
8:13:52 Monday, March 21, 2016

                              P-4 INQUIRY                            P-4 #    1
    DISTRICT      > 6E                       LEASE NUMBER    > 08039
    FIELD NAME    > EAST TEXAS               FIELD NUMBER    > 27302 001
    OPERATOR NAME > BREITBURN OPERATING L.P. OPERATOR NUMBER > 090732
    LEASE NAME    > KING, A. A. -A-          EFFECTIVE DATE  > 01/01/2016
    SEQUENCE DATE > 01/07/2016               APPROVAL DATE   > 01/07/2016
    ON SCHEDULE                              SCHED START DATE> 00/0000
    P-4 HOLDS     >
    PURPOSE FILED > AUTO P-4 -   GATH CHG    PRCH CHG


           CODE/                             SYS
    TYPE   NUMBER          GPN NAME          NUM    % OF TAKE    PRDT
    GATH   PLAML   PLAINS MARKETING, L.P.              50.00     OIL
    GATH   SUNOC   SUNOCO PTNRS. MKTG.&TERMINALS LP    25.00     OIL
    GATH   SUNOP   SUNOCO PIPELINE L.P.                25.00     OIL
    GATH   AMMGS   AMERICAN MIDSTREAM GAS SLTNS, LP   100.00     CAS
    PRCH   018584  AMERICAN MIDSTREAM GAS SLTNS, LP 0001 100.00  CAS
    SYS            LONGVIEW GATHERING SYSTEM


    PF1=HELP PF2=FLD PF3=MENU PF5=VIEW PREV P4 PF6=P-5         PF12=RMKS
    PF7=LSE PF8=SEV/SEAL PF9=SCHED
    YOU MAY NOT SCROLL FORWARD FURTHER ON P-4 FILINGS
```

Exhibit C

pages 1 of 3

```
                              P-4  INQUIRY                       P-4 #      3
   DISTRICT         > 6E                    LEASE NUMBER    > 08039
   FIELD NAME       > EAST TEXAS            FIELD NUMBER    > 27302 001
   OPERATOR NAME    > BREITBURN OPERATING L.P.   OPERATOR NUMBER > 090732
   LEASE NAME       > KING, A. A.  -A-      EFFECTIVE DATE  > 01/01/2015
   SEQUENCE DATE    > 01/13/2015            APPROVAL DATE   > 01/13/2015
   ON SCHEDULE                              SCHED START DATE> 00/0000
   P-4 HOLDS        >
   PURPOSE FILED    > AUTO P-4 -  OPER CHG


            CODE/                           SYS
   TYPE     NUMBER          GPN NAME        NUM     % OF TAKE    PRDT
   GATH     SUNOC    SUNOCO PTNRS. MKTG.&TERMINALS LP    50.00   OIL
   GATH     SUNOP    SUNOCO PIPELINE L.P.               50.00    OIL
   GATH     GASSI    GAS SOLUTIONS II LTD.             100.00    CAS
   PRCH     296702   GAS SOLUTIONS II LTD.      0001   100.00    CAS
   SYS               LONGVIEW GATHERING SYSTEM



   PF1=HELP PF2=FLD PF3=MENU PF4=VIEW NEXT P4 PF5=VIEW PREV P4 PF6=P-5   PF12=RMKS
   PF7=LSE PF8=SEV/SEAL PF9=SCHED
```

```
                              P-4 INQUIRY                          P-4 #    4
DISTRICT       > 6E                        LEASE NUMBER    > 08039
FIELD NAME     > EAST TEXAS                FIELD NUMBER    > 27302 001
OPERATOR NAME  > QUANTUM RESOURCES MANAGEMENT,LLC   OPERATOR NUMBER > 684554
LEASE NAME     > KING, A. A. -A-           EFFECTIVE DATE  > 12/01/2012
SEQUENCE DATE  > 12/07/2012                APPROVAL DATE   > 12/07/2012
ON SCHEDULE                                SCHED START DATE> 00/0000
P-4 HOLDS      >
PURPOSE FILED  > AUTO P-4 -  OPER CHG


         CODE/                                  SYS
TYPE     NUMBER           GPN NAME              NUM    % OF TAKE    PRDT
GATH     SUNOC    SUNOCO PTNRS. MKTG.&TERMINALS LP        50.00     OIL
GATH     SUNOP    SUNOCO PIPELINE L.P.                    50.00     OIL
GATH     GASSI    GAS SOLUTIONS II LTD.                  100.00     CAS
PRCH     296702   GAS SOLUTIONS II LTD.         0001     100.00     CAS
 SYS              LONGVIEW GATHERING SYSTEM



PF1=HELP PF2=FLD PF3=MENU PF4=VIEW NEXT P4 PF5=VIEW PREV P4 PF6=P-5   PF12=RMKS
PF7=LSE PF8=SEV/SEAL PF9=SCHED
```

13

Felicia Pierce, Pro Se
9764 Water Tree Dr.
McKinney, Texas 75070



May 2, 2016

Leland Hansen, Vice President & Trustee
U.S. Bank National Association
950 17th Street- 12th Floor
Denver, Colorado 80202

RE: Notice of Lawsuit and Intervention Opportunity

Dear Mr. Hansen:

This letter serves as a formal notice of a current Trespass to Try Title, Slander and Quiet Title lawsuit, Declaratory Judgment and an opportunity to intervene into the currently active lawsuit. This lawsuit was filed in Longview, Texas, County of Gregg (Cause No. 2015-1679-CCL2) concerning property located in Kilgore, Texas, County of Gregg, known as P.W. Warraner Survey, sometimes called P.W. Warriner Survey. I Felicia Pierce, am the plaintiff and pro se litigant in this case along with the involuntary plaintiffs whom are named in the Tenth Amended Petition (Exhibit A).

On March 6th 2016 through research it was discovered that Breitburn Operating, LP, QRE Operating, LLC and Transpetco Pipeline Company, LP whom are all parties and defendants in the fore mentioned cause number has conducted a Mortgage/Deed of Trust dated June 4th 2015 and filed on June 30th 2015 purporting U.S. Bank National Association, Collateral Agent as the beneficiary and you (Leland Hansen) as the Trustee (Exhibit B). This documents names leases, right of ways and easements concerning many properties including the property in question (See pages 34, 36 and 37 of Exhibit B) which concerns leases under A.A. King and J.R. Stebbins with ratification to Sinclair Oil and Gas Company. Even though no signature from you or any other U.S. Bank National Association representative appears in this document, it serves some purpose for being on file in Gregg County

Exhibit D

pages 1 of 3

Deed Records (Instrument #201510474). This document is shown to be prepared by Kirkland & Ellis, LP, of Houston, TX, the legal representative for Exxon Mobil, whom is also a party as a defendant to this lawsuit. My family and I have been in contact with Breitburn Operating, LP since April 2015 concerning our ownership in said property. I have attached a copy of conversations with initiated through email (Exhibit C).

I am contacting you to extend an opportunity for you to have a fair attempt to protect any potential interest you or U.S. Bank National Association feel you may have whether aware of June 4th 2016 document. I ask that you respond within seven (7) days of receipt of this letter. For an expedited response to this letter, I recommend being reached by email at scorpio76140@gmail.com from your business email address, or I may be reached by mail at 9764 Water Tree Dr. McKinney, Texas 75070. If I do not hear from your company, I will continue the lawsuit without your company being listed and with the interpretation that you do not have a claim to nor care to protect any potential interest concerning any property or mineral interest within the P.W. Warraner Survey located in Kilgore, Texas, County of Gregg. The purpose of this letter is to serve as fair attempt to put you on notice of an active lawsuit which may concern you and U.S. Bank National Association, and an attempt to give a fair opportunity to intervene in said case. I did not list U.S. Bank, National Association as a party to this suit as a defendant or as one of the potential claimants who may be served via Service by Publication. I look forward to your prompt response.

**You have the right to intervene.**

"Any party may intervene by filing a pleading, subject to being stricken out by the court for sufficient cause on the motion of any party." Tex. R. Civ. P. 60.

Your prompt attention is appreciated,
Felicia Pierce, Pro Se

*[signature]*

Email: scorpio76140@gmail.com

2



## Exhibits

**Exhibit A**

The Tenth Amended Petition

**Exhibit B**

Mortgage/Deed of Trust

**Exhibit C**

Email correspondence with Breitburn Energy Partners/Breitburn Operating, LP

## Other Exhibits

**Petition Exhibits listed below (refer to petition marked Exhibit A) –**

P.W. Warraner deed to J.R. Oliver

J.R. Oliver will to wife Lettuce Beall and daughter Emily Oliver

A.A. King's Affidavit of Adverse Possession



"D"

B

In-Reply-To: <CAL9aoRuKTMBY-fYuW7=...>
References: <CAL9aoRuV7pj-bx4MvizyUjahjqDaufTG5A4s0=...>
<CAL9aoRv2JO4vY8rFW=GaWnQ-CtF+j5Wo2i1b7K+GmgQ9F=...>
<CAL9aoRWK_...>
<CAL9aoRuxsr6-a+_EZc4DKQTv+Ck1Nd=HPFFTvhF7GxpSp=...>
<CAL9aoRu55N-...>
<CAL9aoRVSP...>
<CAL9aoRsparCofROO2OKVWT...>
<CAL9aoRvSyx+GAZd3RiZ=...>
<CAL9aoRvf33vekkN0xdOOP...>
<CAL9aoRuKTMBY-fYuW7=...>
Date: Fri, 10 Jul 2015 15:48:01 -0700
Message-ID: <CAL9aoRuVTT6E+nf5=...>
Subject: DEMAND LETTER FOR PAYMENT
From: Felicia Pierce <...>
To: ...
Cc: ..., Trudy Timian <...>,
Kyle Mendez <...>
Content-Type: multipart/alternative; boundary=f46d043bdf2a088271051a8d2a7a

Breitburn Headquaters
5155 Flower St. Suite 4800
Los Angeles, CA 90071
...

Dear Breitburn (CEOs) Halbert S. Washburn and Randy Breitenbach,
This is a letter of demand for payment of royalties and stop payment to wrongful heirs of A.A King and (others).

On June 24th 2015 myself, the direct heir Lettuce Beall Oliver (Alice Barryer Lynch) along with three other family members attended an unscheduled meeting in your Houston, Tx office with Chris Canon (Regional Land Management) along with Pat Barrett (Landman) between the hours of 9am-11am. During this meeting my family and I introduce the direct heirs' legal ownership to P. W. Warraner property in Kilgore Texas through legal documentation.

Preceding, Pat Barrett stated " I heard about a cloud on the title awhile back concerning this property." I asked who was the land man who researched the property for title opinion, because my question is, doesn't the landman research all legal documents pertaining to that property such as; deeds, liens, court documents, minutes etc.?" Then Pat Barrett replied " I am the landman but we (Breitburn) didn't research it because we received it as a package deal. In conclusion of the meeting Pat Barrett also stated " we (Breitburn ) knew yall (rightful heirs) were coming, we just didn't know when." After that statement, Chris Canon acknowledge what Pat stated with no objection to his statement. Prior to the conclusion of the meeting one of the family members stated "when will the royalties be placed in suspense, since we're have proven a CLOUD on the title." Chris Canon then replied " give us two weeks to verify your information, because they have been getting paid all of these years, and alot of people are involved; it can get messy." I would like to inform Breitburn Headquarters the conversation was recorded for our purposes; honoring Texas Law Penal Code 16.02.

Exhibit "E"     pages 1 of 5

Tonja Hawthorne <tlhawthorne4@gmail.com>

## Update Status (Barryer Family)
3 messages

**Tonja Hawthorne <tlhawthorne4@gmail.com>**  Thu, Aug 6, 2015 at 11:24 AM
To: gbrown@breitburn.com
Bcc: Felicia Pierce <scorpio76140@gmail.com>

Good morning Mr. Brown,
This is a quick follow up to check the status of our request. We are approaching Friday and have not received an update as of yet. We acknowledge that there are procedures to correct this matter at hand. We would like to know if royalties have been suspended since a cloud on title has been proven after presenting evidence to your company requested from our family. We are expecting Breitburn to do the right thing concerning this matter, since you are illegally trespassing on our property as well. Due to intestacy law in Texas, property owned by Lettuce Beail would legally pass through heirship to her daughter Harriet Barrow Alford, then Clay Barrow Barryer and his sister Alice Barrow Mosely and so on. There are no title issues on our family's end. I'm sure you are aware of intestacy laws. We would appreciate an update per 24hrs to eliminate the family ASSUMING that Breitburn is ignoring our demands. We look forward to hearing from you soon.

Regards,
Felicia P.

PS.
We have also noticed several oil companies have drilled on our property since Sinclair and no one has ever completed an independent title opinion since 1931 (red flag). Now you (Breitburn) are on our property without having conducted an independent title opinion. Our family is willing to work with you by signing new leases if this matter is handled properly by your company and does not reach a lawsuit status. However, if there is a long delay or refusal to meet our requests, we will be forced to consolidated your company's actions with the other wrong doers.

PSS.
As stated before, I'm sure like all others, you (Breitburn) signed the package deal agreement assuming everything was correct. The most safe thing to have done was to conduct your own title opinion to protect your company and it's future assets.

**Greg Brown <gbrown@breitburn.com>**  Thu, Aug 6, 2015 at 7:30 PM
To: Tonja Hawthorne <tlhawthorne4@gmail.com>
Cc: Fredrick Lynch <fasimex@live.com>, Felicia Pierce <scorpio76140@gmail.com>

Dear Ms. Pierce,

Tonja Hawthorne <tlhawthorne4@gmail.com>

## Fwd: BARRYER HEIRS' DEMAND FOR PAYMENT
1 message

scorpio76140@gmail.com <scorpio76140@gmail.com>  Fri, Jul 31, 2015 at 11:58 AM
To: Tonja Hawthorne <tlhawthorne4@gmail.com>

Scroll below

Sent from my iPhone

Begin forwarded message:

> **From:** scorpio76140@gmail.com
> **Date:** July 31, 2015 at 11:09:10 AM CDT
> **To:** "gbrown@breitburn.com" <gbrown@breitburn.com>
> **Subject: BARRYER HEIRS' DEMAND FOR PAYMENT**

Breitburn Headquaters
5155 Flower St. Suite 4800
Los Angeles, CA 90071
213-225-5900

Dear Sirs,

Good morning! This is our second and last Demand For Payment letter. We are demanding payment of royalties and suspension of payment to the wrongful heirs of A.A King and others. We have provided you all information to determine the illegal title and cloud on title of the property located within the P.W. Warrener held by those Breitburn has chosen to pay.
Our family now has proof of legal title to said property located in Gregg County, Texas concerning P.W. Warrener Survey/A.A. King Leases through a lawful Affidavit of Heirship (based on Texas Estates Code). Pat Barrett informed us this type of document can be used to claim title by stating :
"I like Affidavit of Heirship, I can work with these", after being stated by us that we could prove heirship while presenting him with a copy of one we had available during our last meeting in Houston, Tx. That certain affidavit did show our relation and heirship to Lettuce Beall Oliver, Harriet Alford and Clay Barrow, however, it did not show our title to said property; as the description of our claim was not included. We have since corrected that issue. It would be beneficial to your company to expedite our request for payment and stop payment for those who are not legally entitled to the enjoyment of receiving monetary gains against our family's livelihood and legal heirship/title.

**Affidavit of Heirship (Legal Definition)**
An heirship affidavit is used to state the heirs of a deceased person. It is commonly used to establish ownership of personal and real property. It may be recorded in official land records, if necessary. The person executing the affidavit should normally not be an heir of the deceased, or other person interested in the estate. The affidavit of heirship must also be signed by a notary public.

We also **demand** that Breitburn replies back to our request by email no later than **Monday 8/03/2015** with an appointment date to discuss payment and we demand and expect pay out of what Breitburn owes to this

family no later than **Friday 8/07/2015** . Please relay the message to those whom Brietburn has received their "package deal from/agreement with" that we recommend them to no longer trespass on our family's property to remove any wells, pipelines or any mechanisms which pertain to the production of oil on the property in which those wells are located. All wells on the property at this time have been fully paid for through their unlawful sub-leases and now legally belong to our family. Also, keep in mind that Clay Barrow/Barryer had a sister Alice Barrow Mosley who's heirs are entitled to an equal share, we further request that those funds be held in suspense and reserved for them to claim at their convenience. (Add division order to payout request, all heirs are included in the Affidavit of Heirship which is attached along with other supportive documents for you to review.)

Thank you for your time and we look forward to your reply.

Respectfully Yours,

Felicia P.

PS. Our family has a correction to the last Demand Letter, we have not been corresponding with your company since April, it has been since March... almost half of a year.

**PSS. We prefer Dallas to be our meeting location for the appointment requested.**

image1.JPG

Tonja Hawthorne <tlhawthorne4@gmail.com>

## Pending Lawsuit
1 message

**Felicia Pierce** <scorpio76140@gmail.com>                              Fri, Sep 11, 2015 at 5:12 PM
To: gbrown@breitburn.com
Bcc: tlhawthorne4@gmail.com

Good afternoon Mr. Brown,
I would like to inform you that a lawsuit has been filed against the King family to quiet title. There is a legal cloud on the title, and Breitburn must cease all royalty payments to the King family and all others. Thank you in advance.

Respectfully Yours,
Felicia P.

**See attached scanned document

📎 **Library Document Station.pdf**
   58K

Tonja Hawthorne <tlhawthorne4@gmail.com>

## Fwd: Your "Demand Letter for Payment" - Dated July 10, 2015
1 message

Felicia Pierce <scorpio76140@gmail.com>　　　　　　　　　　　　　　　　　Tue, Jul 14, 2015 at 3:46 PM
To: Tonja Hawthorne <tlhawthorne4@gmail.com>

---------- Forwarded message ----------
From: "Greg Brown" <gbrown@breitburn.com>
Date: Jul 14, 2015 1:56 PM
Subject: Your "Demand Letter for Payment" - Dated July 10, 2015
To: "scorpio76140@gmail.com" <scorpio76140@gmail.com>
Cc:

Dear Ms. Pierce – We are in receipt of your email addressed to Mssrs. Washburn and Breitenbach (and sent to many others within the company) sent last Friday (July 10). We have reviewed the content of that email and wanted to respond to you. As you indicated in your letter, you have met with members of our Land Department and have had extensive communications with others in our company previous to that. We have received documents from you and have reviewed those documents. I want to assure you that we have taken your request seriously and our personnel have spent numerous hours in reviewing the situation and communicating with you and your family.

We also understand that the source of your aggrievement is an allegedly false deed which was created 140 years ago (1875/6). Oil and gas royalties have been paid to the successors under that deed for more than 80 years. You believe that we should now be paying royalties to you and your family rather than to the successors under the earlier deed which you believe was fraudulent. The real dispute here is between you and those heirs – not between you and Breitburn. We are required to make payments to the record owner of lands under lease. We are not a court and cannot change the record title for a property. Based on the record title information which we have (including title opinions), we are paying the correct owners of record title to the property in question. We cannot decide to stop paying royalties to the record owners and divert those funds to your family unless the record title is changed.

You are not without recourse and a forum to seek to make that change. If the record title is incorrect, then you can bring an action in a court of law and present your evidence. That lawsuit would need to name the current record owners of the property. Presumably they would oppose any attempt to take away their title and would have the opportunity to present contrary evidence. The court would then determine who is correct and enter a judgment. We of course would abide by that judgment. But we cannot take the place of the court and decide between your claims and the record title. We have no choice but to follow record title.

Please direct all future correspondence regarding this matter to me. I will see to it that a response, where necessary, is made. All correspondence sent to others will be redirected to my office and so it will save you time and effort if you direct your inquiries to my office.

We understand that you and your family feel truly aggrieved and we have no doubt about the sincerity and depth of your feelings. We are just not in a position to be able to know the circumstances that surrounded

Our Land department has reviewed your August 1 email and the documents enclosed with it. The conclusion is that this information does not change the current status of record title to the property in question. As stated in my July 14, 2015 email, we are not a court and cannot determine the validity of disputes which make allegations contrary to record title. Only a court of appropriate jurisdiction can provide the relief you are seeking with regard to matters occurring many decades ago. As stated in my earlier email:

"You are not without recourse and a forum to seek to make that change. If the record title is incorrect, then you can bring an action in a court of law and present your evidence. That lawsuit would need to name the current record owners of the property. Presumably they would oppose any attempt to take away their title and would have the opportunity to present contrary evidence. The court would then determine who is correct and enter a judgment. We of course would abide by that judgment. But we cannot take the place of the court and decide between your claims and the record title. We have no choice but to follow record title."

We are not ignoring your demands. We have reviewed your material. But we are constrained to follow the record title. We will continue to pay royalties to the record owners as is required under our lease. To do otherwise would give rise to a claim by those lessors that we have violated the lease.

I trust that this answers your questions. I know that this is a disappointment to you. However, taking into account the interests of all concerned, we feel that this is the correct course of action.

Greg Brown

P.S. I have received emails from you from 3 different email addresses. I am copying all of those here so that you should be certain to receive this reply.

**From:** Tonja Hawthorne [mailto:]
**Sent:** Thursday, August 06, 2015 9:25 AM
**To:** Greg Brown
**Subject:** Update Status (Barryer Family)

[Quoted text hidden]

---

**Tonja Hawthorne** <tlhawthorne4@gmail.com>   Thu, Aug 6, 2015 at 7:34 PM
To: Felicia Pierce <scorpio76140@gmail.com>

**Mz.Lasha**

[Quoted text hidden]

these events more than a century ago and, even if we did and felt that the record title was not correct, we do not have the legal right or the power to make such a title change.

Sincerely,

Gregory C. Brown

Executive Vice-President, General Counsel

and Chief Administrative Officer

BreitBurn Management Company, LLC

515 S. Flower Street Suite 4800

Los Angeles, California 90071

Telephone: (213) 225-5900 Ext. 294

Email: gbrown@breitburn.com



BreitBurn
®

