

Breitburn: Extension of DIP Objection Deadline
Bowling, Scott
to:
bernstein.chambers@nysb.uscourts.gov
07/05/2016 11:33 AM
Cc:
"Schrock, Ray", "Karotkin, Stephen"
Hide Details
From: "Bowling, Scott" <Scott.Bowling@weil.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Schrock, Ray" <Ray.Schrock@weil.com>, "Karotkin, Stephen"
<stephen.karotkin@weil.com>

Dear Judge Bernstein and Chambers:

We write in reference to *In re Breitburn Energy Partners LP et al.*, Ch. 11 Case No. 16-11390.  In accordance with paragraph 28 of the case management order (ECF No. 146), the Debtors have agreed to an extension of the deadline to object to the DIP motion to July 8, 2016 for the Creditors' Committee, XTO, and Exxon.  The objection deadline is otherwise set for July 5, 2016.  The Debtors hereby request that the Court approve this extension.

*Granted*
*So ordered*
*SmB*
*7/5/16*

Very truly yours,
Scott R. Bowling



Scott R. Bowling

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
scott.bowling@weil.com
+1 212 310 8097 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

 **RE: Breitburn: Extension of DIP Objection Deadline**
Bowling, Scott
to:
bernstein.chambers@nysb.uscourts.gov
07/05/2016 12:23 PM
Cc:
"Schrock, Ray", "Karotkin, Stephen"
Hide Details
From: "Bowling, Scott" <Scott.Bowling@weil.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Schrock, Ray" <Ray.Schrock@weil.com>, "Karotkin, Stephen"
<stephen.karotkin@weil.com>

Dear Judge Bernstein and Chambers:

Further to my email below, the Debtors have agreed to the same extension for US Specialty and respectfully
request that the Court approve this extension as well.

Very truly yours,
Scott R. Bowling

*Granted
SmB
7/5/16*

**Weil**

**Scott R. Bowling**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
scott.bowling@weil.com
+1 212 310 8097 Direct
+1 212 310 8007 Fax

---

**From:** Bowling, Scott
**Sent:** Tuesday, July 05, 2016 11:34 AM
**To:** bernstein.chambers@nysb.uscourts.gov
**Cc:** Schrock, Ray (Ray.Schrock@weil.com); Karotkin, Stephen (stephen.karotkin@weil.com)
**Subject:** Breitburn: Extension of DIP Objection Deadline

Dear Judge Bernstein and Chambers:

We write in reference to *In re Breitburn Energy Partners LP et al.*, Ch. 11 Case No. 16-11390. In accordance with
paragraph 28 of the case management order (ECF No. 146), the Debtors have agreed to an extension of the
deadline to object to the DIP motion to July 8, 2016 for the Creditors' Committee, XTO, and Exxon. The
objection deadline is otherwise set for July 5, 2016. The Debtors hereby request that the Court approve this
extension.

Very truly yours,
Scott R. Bowling

**Weil**

**Scott R. Bowling**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
scott.bowling@weil.com
+1 212 310 8097 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above.
If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error, please immediately notify us by email,
postmaster@weil.com, and destroy the original message. Thank you.