Ray C. Schrock, P.C.
Stephen Karotkin
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                     :

|  |  |
|---|---|
| In re | : |
|  | :     **Chapter 11** |
| **BREITBURN ENERGY** | : |
| **PARTNERS LP,** *et al.*, | :     Case No. 16-11390 (SMB) |
|  | : |
| Debtors.[1] | :     **(Jointly Administered)** |
|  | : |

------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 10, 2017 AT 10:00 A.M.**

      **PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") has been scheduled for **January 10, 2017 at 10:00 a.m. (Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004.

      **PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below. Copies of each pleading identified below can be viewed and obtained: (i) by accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/breitburn or by calling 855-851-7887 (toll free) for U.S.-based parties or +1 917-258-6103 for international parties or by e-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Breitburn Energy Partners LP (9953); Breitburn GP LLC (9948); Breitburn Operating LP (5529); Breitburn Operating GP LLC (5525); Breitburn Management Company LLC (2858); Breitburn Finance Corporation (2548); Alamitos Company (9156); Beaver Creek Pipeline, L.L.C. (7887); Breitburn Florida LLC (7424); Breitburn Oklahoma LLC (4714); Breitburn Sawtelle LLC (7661); Breitburn Transpetco GP LLC (7222); Breitburn Transpetco LP LLC (7188); GTG Pipeline LLC (3760); Mercury Michigan Company, LLC (3380); Phoenix Production Company (1427); QR Energy, LP (3069); QRE GP, LLC (2855); QRE Operating, LLC (9097); Terra Energy Company LLC (9616); Terra Pipeline Company LLC (3146); and Transpetco Pipeline Company, L.P. (2620). The Debtors' mailing address is 707 Wilshire Boulevard, Suite 4600, Los Angeles, California 90017.

mail at breitburninfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website.

I. **STATUS CONFERENCE**

II. **UNCONTESTED MATTERS**

1. Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) for Further Extension of Exclusive Periods **[ECF No. 882]**

    Response Deadline: January 3, 2017 at 4:00 p.m. (Eastern Time)

    Response Filed:

    A. Statement of the Official Committee of Unsecured Creditors in Response to the Debtors' Second Motion to Extend Exclusive Periods [**ECF No. 900**]

    B. Response of Statutory Committee of Equity Security Holders to Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) for Further Extension of Exclusive Periods [**ECF No. 901**]

    C. Statement of the Second Lien Group to the Debtors' Motion Pursuant to 11 U.S.C. § 1121(d) for Further Extension of Exclusive Periods **[ECF No. 908]**

    Related Documents:

    D. Declaration of Timothy R. Pohl in Support of Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) for Further Extension of Exclusive Periods [**ECF No. 883**]

    Status: This matter is moving forward on an uncontested basis.

2. Debtors' Third Omnibus Objection to Claims (Equity Interests) **[ECF No. 754]**

    Response Deadline: January 5, 2017 at 4:00 p.m. (Eastern Time)

    Response Filed: None

    Related Document:

    A. Order Granting Debtors' Third Omnibus Objection to Claims **[ECF No. 856]**

    Status: This matter is moving forward with respect to claims 2760 and 2791, and is adjourned with respect to claims 2342, 2343, and 2373 until the omnibus hearing on March 9, 2017 at 10:00 a.m. (Eastern Time).

2

3. Debtors' Fourth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 819]**

    <u>Response Deadline</u>:    January 5, 2017 at 4:00 p.m. (Eastern Time)

    <u>Responses Filed</u>:    None

    <u>Related Documents</u>:

        A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    <u>Status</u>:  This matter is moving forward on an uncontested basis.

4. Debtors' Sixth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 821]**

    <u>Response Deadline</u>:    January 5, 2017 at 4:00 p.m. (Eastern Time)

    <u>Responses Filed</u>:    None

    <u>Related Documents</u>:

        A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    <u>Status</u>:  This matter is moving forward on an uncontested basis.

5. Debtors' Seventh Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 822]**

    <u>Response Deadline</u>:    January 5, 2017 at 4:00 p.m. (Eastern Time)

    <u>Responses Filed</u>:    None

    <u>Related Documents</u>:

        A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    <u>Status</u>:  This matter is moving forward on an uncontested basis.

6. Debtors' Ninth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 824]**

    <u>Response Deadline</u>:    January 5, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:    None

Related Documents:

    A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

Status:  This matter is moving forward on an uncontested basis.

7. Debtors' Tenth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 825]**

Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:    None

Related Documents:

    A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

Status:  This matter is moving forward on an uncontested basis.

8. Debtors' Eleventh Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 826]**

Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:    None

Related Documents:

    A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

Status:  This matter is moving forward on an uncontested basis.

9. Debtors' Twelfth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 827]**

Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:    None

    Related Documents:

        A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    Status: This matter is moving forward on an uncontested basis.

10. Debtors' Thirteenth Omnibus Objection to Claims (Equity Interests) **[ECF No. 828]**

    Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None

    Related Documents:

        A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    Status: This matter is moving forward on an uncontested basis.

11. Debtors' Fourteenth Omnibus Objection to Claims (Equity Interests) **[ECF No. 829]**

    Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None

    Related Documents:

        A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    Status: This matter is moving forward on an uncontested basis.

12. Debtors' Fifteenth Omnibus Objection to Claims (Equity Interests) **[ECF No. 830]**

    Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None

Related Documents:

    A.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

Status:  This matter is moving forward on an uncontested basis.

### III.   CONTESTED MATTERS

13.   Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 820]**

Response Deadline:   January 5, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Objection of Dorothy Mae Cooley to Notice of Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 906]**

Related Documents:

    B.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

Status:  This matter is moving forward on an uncontested basis with respect to all claims except with regard to claims 2053, 2405, and 2929, which are moving forward on a contested basis.

14.   Debtors' Eighth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 823]**

Response Deadline:   January 5, 2017 at 4:00 p.m. (Eastern Time)

Response Filed:

    A.    Objection of Miles MacEwen **[ECF No. 898]**

Related Documents:

    B.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

Status:  This matter is moving forward on a contested basis.

Dated: January 6, 2017
      New York, New York

/s/ Stephen Karotkin
Ray C. Schrock, P.C.
Stephen Karotkin
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*