Ray C. Schrock, P.C.
Stephen Karotkin
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re :
: Chapter 11
**BREITBURN ENERGY** :
**PARTNERS LP,** *et al.*, : Case No. 16-11390 (SMB)
:
Debtors.[1] : (Jointly Administered)
:
-------------------------------------------------------x

### NOTICE OF AMENDED AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MARCH 9, 2017 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") has been scheduled for **March 9, 2017 at 10:00 a.m. (Eastern Time)** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below. Copies of each pleading identified below can be viewed and obtained: (i) by accessing the Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/breitburn or by calling 855-851-7887 (toll free) for U.S.-based parties or +1 917-258-6103 for international parties or by e-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Breitburn Energy Partners LP (9953); Breitburn GP LLC (9948); Breitburn Operating LP (5529); Breitburn Operating GP LLC (5525); Breitburn Management Company LLC (2858); Breitburn Finance Corporation (2548); Alamitos Company (9156); Beaver Creek Pipeline, L.L.C. (7887); Breitburn Florida LLC (7424); Breitburn Oklahoma LLC (4714); Breitburn Sawtelle LLC (7661); Breitburn Transpetco GP LLC (7222); Breitburn Transpetco LP LLC (7188); GTG Pipeline LLC (3760); Mercury Michigan Company, LLC (3380); Phoenix Production Company (1427); QR Energy, LP (3069); QRE GP, LLC (2855); QRE Operating, LLC (9097); Terra Energy Company LLC (9616); Terra Pipeline Company LLC (3146); and Transpetco Pipeline Company, L.P. (2620). The Debtors' mailing address is 707 Wilshire Boulevard, Suite 4600, Los Angeles, California 90017.

mail at breitburninfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website.

**I.    CASE CONFERENCE**

**II.   UNCONTESTED MATTERS**

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002 for Entry of an Order Authorizing Debtors to (I) Sell Certain Nonessential Assets and (II) Assume, Assign, and Sell Certain Executory Contracts Pursuant to the Acreage Exchange Agreement with Diamondback O&G LLC **[ECF No. 989]**

    Response Deadline:   February 16, 2017 at 4:00 p.m. (Eastern Time)

    Responses Filed:

    A.   Limited Objection and Reservation of Rights Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to (I) Sell Certain Nonessential Assets and (II) Assume, Assign, and Sell Certain Executory Contracts Pursuant to the Acreage Exchange Agreement with Diamondback O&G LLC **[ECF No. 1010]**

    B.   Withdrawal of Limited Objection and Reservation of Rights Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to (I) Sell Certain Nonessential Assets and (II) Assume, Assign, and Sell Certain Executory Contracts Pursuant to the Acreage Exchange Agreement with Diamondback O&G LLC **[ECF No. 1021]**

    Related Documents:

    C.   Declaration of Cato L. Clark in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002 for Entry of an Order Authorizing Debtors to (I) Sell Certain Nonessential Assets and (II) Assume, Assign, and Sell Certain Executory Contracts Pursuant to the Acreage Exchange Agreement with Diamondback O&G LLC **[ECF No. 990]**

    Status:  This matter is moving forward on an uncontested basis.

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002 for Entry of an Order Authorizing Debtors to (I) Sell Certain Nonessential Assets and (II) Assume, Assign, and Sell Certain Executory Contracts Pursuant to the Acreage Exchange Agreement with Endeavor Energy Resources, LP and Guidon Operating LLC **[ECF No. 1008]**

    Response Deadline:   March 1, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:    None

Related Documents:

    A.    Declaration of Cato L. Clark in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Fed. R. Bankr. P. 2002 for Entry of an Order Authorizing Debtors to (I) Sell Certain Nonessential Assets and (II) Assume, Assign, and Sell Certain Executory Contracts Pursuant to the Acreage Exchange Agreement with Endeavor Energy Resources, LP and Guidon Operating LLC **[ECF No. 1009]**

Status: This matter is moving forward on an uncontested basis.

### III. STATUS CONFERENCE

3. Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 820]**

Response Deadline:    January 5, 2017 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Objection of Dorothy Mae Cooley to Notice of Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 906]**

    B.    Cross-Declaration of Dorothy Mae Cooley **[ECF No. 1017]**

    C.    Debtors' Response to Objection of Dorothy Mae Cooley to Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 1069]**

Related Documents:

    D.    Declaration of Douglas Lewandowski in Support of Debtors' Fourth through Fifteenth Omnibus Objections to Claims **[ECF No. 904]**

    E.    Order Granting Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) **[ECF No. 933]**

    F.    Notice of Adjournment of Hearing of Debtors' Fifth Omnibus Objection to Claims (No Liability Royalty Claims) Solely as to Claims 2053 and 2405 Filed by Dorothy Mae Cooley **[ECF No. 941]**

Status: This matter is moving forward as a status conference.

4.     Letter filed by R. Gordon Bentley **[ECF No. 983]**

     <u>Response Deadline</u>: None

     <u>Responses Filed</u>: None

     <u>Related Documents</u>: None

     <u>Status</u>: This matter is moving forward as a status conference.

5.     Motion of Debtors Pursuant to 11 U.S.C. § 365 for Entry of an Order Approving Rejection of Certain Executory Contracts with Transpetco Transport Co. **[ECF No. 1027]**

     <u>Response Deadline</u>: March 1, 2017 at 4:00 p.m. (Eastern Time)

     <u>Responses Filed</u>:

         A.     Transpetco Transport Company's Objection to the Motion of Debtors Pursuant to 11 U.S.C. § 365 for Entry of an Order Approving Rejection of Certain Executory Contracts with Transpetco Transport Co. **[ECF No. 1049]**

     <u>Related Document</u>: None

     <u>Status</u>: This matter is moving forward as a status conference.

**IV.**     **ADJOURNED MATTERS**

6.     Debtors' Third Omnibus Objection to Claims (Equity Interests) **[ECF No. 754]**

     <u>Response Deadline</u>: January 16, 2016 at 4:00 p.m. (Eastern Time)

     <u>Responses Filed</u>:

         A.     Response to Third Omnibus Objection to Claims **[ECF No. 836]**

     <u>Related Documents</u>:

         B.     Notice of Adjournment of Debtors' Third Omnibus Objection to Claims (Equity Interests) Solely as to Certain Claims **[ECF No. 818]**

         C.     Order Regarding Debtors' Third Omnibus Objection to Claims (Equity Interests) **[ECF No. 856]**

         D.     Order Regarding Debtors' Third Omnibus Objection to Claims (Equity Interests) **[ECF No. 931]**

    Status:  This matter has been adjourned to April 13, 2017 at 10:00 a.m.

7. Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) for Further Extension of Exclusive Periods **[ECF No. 1028]**

    Response Deadline:  March 1, 2017 at 4:00 p.m. (Eastern Time) unless expressly extended by the Debtors

    Responses Filed:  None

    Related Documents:

    A. Declaration of Timothy R. Pohl in Support of Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) for Further Extension of Exclusive Periods **[ECF No. 1028 (Ex. B)]**

    B. Order Signed Pursuant to 11 U.S.C. § 1121(d) Adjourning Hearing and Further Extending Exclusive Periods **[ECF No. 1043]**

    Status:  This matter has been adjourned to April 13, 2017 at 10:00 a.m.

Dated:  March 8, 2017
    New York, New York

        /s/ Stephen Karotkin
        Ray C. Schrock, P.C.
        Stephen Karotkin
        **WEIL, GOTSHAL & MANGES LLP**
        767 Fifth Avenue
        New York, New York  10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007

        *Attorneys for Debtors*
        *and Debtors in Possession*