John F. Higgins
Eric M. English
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email: jhiggins@porterhedges.com
       eenglish@porterhedges.com

*Special Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BREITBURN ENERGY PARTNERS LP, *et al.*,[1] | ) | Case No. 16-11390 (SMB) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**TENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP,**
**AS SPECIAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD FROM**
**MAY 1, 2017 THROUGH MAY 31, 2017**

**Name of Applicant:**          Porter Hedges LLP
                                Special Counsel for the Official Committee of
                                Unsecured Creditors

**Date of Retention:**          August 19, 2016, *nunc pro tunc* to July 15,
                                2016

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Breitburn Energy Partners LP (9953); Breitburn GP LLC (9948); Breitburn Operating LP (5529); Breitburn Operating GP LLC (5525); Breitburn Management Company LLC (2858); Breitburn Finance Corporation (2548); Alamitos Company (9156); Beaver Creek Pipeline, L.L.C. (7887); Breitburn Florida LLC (7424); Breitburn Oklahoma LLC (4714); Breitburn Sawtelle LLC (7661); Breitburn Transpetco GP LLC (7222); Breitburn Transpetco LP LLC (7188); GTG Pipeline LLC (3760); Mercury Michigan Company, LLC (3380); Phoenix Production Company (1427); QR Energy, LP (3069); QRE GP, LLC (2855); QRE Operating, LLC (9097); Terra Energy Company LLC (9616); Terra Pipeline Company LLC (3146); and Transpetco Pipeline Company, L.P. (2620). The Debtors' mailing address is 707 Wilshire Boulevard, Suite 4600, Los Angeles, California 90017.

| | |
|---|---|
| **Period for which Fees and Expenses are Incurred:** | May 1, 2017 through and including May 31, 2017 |
| **Interim Fees Incurred:** | $41.373.50 |
| **Interim Payment of Fees Requested (80%):** | $33,098.80 |
| **Interim Expenses Incurred:** | $15,031.41[2] |
| **Total Fees and Expenses Due:[3]** | $48,130.21 |

This is the Tenth Monthly Fee Statement.

---

[2]   $14,950.00 of such expenses were incurred by BB Genesis Land & Mineral Resources, L.P., d/b/a Genesis Land & Mineral Resources, for their work in May 2017 to conduct title review of certain Breitburn properties located in Ward, Martin, Howard, Smith and Cherokee Counties, Texas.

[3]   Pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Processionals [Docket No. 132], if no objection to the fees or expenses sought in the Monthly Statement is received by the 45th day following the last day of the month for which compensation is sought, the Debtor is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement.

2

6209116v3

Porter Hedges LLP ("Porter Hedges"), Special Counsel for the Official Committee of Unsecured Creditors (the "Committee") of Breitburn Energy Partners LP, *et al.* (collectively, the "Debtors") submits this Tenth Monthly Fee Statement (the "Fee Statement") for the period from May 1, 2017 through May 31, 2017 (the "Application Period") in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 132] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $41,373.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $15,031.41 (the "Expenses"), for the period from May 1, 2017 through May 31, 2017. Eighty percent (80%) of the fees equals $33,098.80 and one hundred percent (100%) of the Expenses equals $15,031.41 for a total requested amount of $48,130.21. Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Timekeeping entries, attached hereto as **Exhibit 4**, provide detailed descriptions of all services rendered with respect to each category of services.

## Notice

No trustee or examiner has been appointed in these Cases. Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon (a) the Debtors c/o Breitburn Energy Partners LP, 707 Wilshire Boulevard, Suite 4600, Los Angeles, California 90017 (Attn: Roberta Kass, Esq.); (b) the proposed attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C. and

6209116v3

Stephen Karotkin, Esq.); (c) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, New York 10104 (Attn: Susan D. Golden, Esq. and Richard C. Morrissey, Esq.); (d) the attorneys for any statutory committees appointed in these chapter 11 cases; and (e) the attorneys for the Wells Fargo Bank, National Association, as administrative agent under the proposed Debtor-in-Possession Credit Agreement and that certain Third Amended and Restated Credit Agreement, dated as of November 19, 2014, Winston & Strawn LLP, 333 S. Grand Avenue, 387th Floor, Los Angeles, California 90071 (Attn: Eric E. Sagerman, Esq. and Justin E. Rawlins, Esq.). Porter Hedges submits that, in light of the relief requested, no other or further notice need be provided.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $33,098.80, and reimbursement of one hundred percent (100%) of expenses incurred, in the amount of $15,031.41) in the total amount of $48,130.21.

Dated:  June 30, 2017
       Houston, Texas

/s/ Eric M. English
John F. Higgins
State Bar No. 09597500
Eric M. English
State Bar No. 240627144
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248

**SPECIAL COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

4

6209116v3

# EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| TASK CODE | Project Category | Total Hours | Total Fees Requested |
|---|---|---|---|
| -0005 | Asset Analysis | 65.40 | $33,388.50 |
| -0008 | Retentions | 6.70 | $2,347.00 |
| -0009 | PH Fee Applications and Budgets | 16.00 | $5,638.00 |
| | **TOTAL** | **88.10** | **$41,373.50** |

6209116v3

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Long Distance | $8.41 |
| Parking | $73.00 |
| Professional Services | $14,950.00[4] |
| **TOTAL** | **$15,031.41** |

---

[4] Such expenses were incurred by BB Genesis Land & Mineral Resources, L.P., d/b/a Genesis Land & Mineral Resources, for their work in May 2017 to conduct title review of certain Breitburn properties located in Ward, Martin, Howard, Smith and Cherokee Counties, Texas.

6209116v3

# EXHIBIT 3

### SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Title | Section | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Eric M. English | Partner | Bankruptcy | $495.00 | 3.00 | $ 1,485.00 |
| Anders T.C. Gibson | Partner | Energy Finance | $480.00 | 42.90 | $20,592.00 |
| Ephraim del Pozo | Partner | Energy Finance | $580.00 | 27.10 | $15,718.00 |
| Jessica A. Gonzalez | Associate | Property & Finance | $350.00 | 1.90 | $ 665.00 |
| Kim Steverson | Paralegal | Bankruptcy | $220.00 | 11.30 | $ 2,486.00 |
| Janice M. Thomas | Paralegal | Property & Finance | $225.00 | 1.90 | $ 427.50 |
| **TOTAL** | | | | **88.10** | **$41,373.50** |

6209116v3

# EXHIBIT 4

**DETAILED DESCRIPTIONS OF SERVICES RENDERED WITH RESPECT TO EACH CATEGORY**

6209116v3

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 467367 |
| Date | 06/28/17 |
| | 014678-0001 |
| | JOHN F. HIGGINS |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS/BREITBURN ENERGY
PARTNERS LP

-----

TAX ID# 74-2174193

**Case Administration**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $0.00 |
| Disbursements | 15,031.41 |
| **Total Current Invoice** | $15,031.41 |
| Previous Balance | $155.25 |
| Less Credits | (65.25) |
| **Balance Forward** | **$90.00** |
| **TOTAL AMOUNT DUE** | **$15,121.41** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 467367 |
| Date | 06/28/17 |
| | 014678-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2017, as follows:

## Disbursements Summary

| Description | Value |
|---|---|
| Long Distance | 8.41 |
| Parking | 73.00 |
| Professional Services | 14,950.00 |
| **Total Disbursements** | **$15,031.41** |
| **Invoice Total** | **$15,031.41** |
| **Balance Forward** | **90.00** |
| **Total Amount Due** | **$15,121.41** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 467369 |
| Date | 06/23/17 |
| | 014678-0005 |
| | JOHN F. HIGGINS |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS/BREITBURN ENERGY
PARTNERS LP

TAX ID# 74-2174193

-----

**Asset Analysis**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $33,388.50 |
| Disbursements | 0.00 |
| **Total Current Invoice** | $33,388.50 |
| Previous Balance | $5,522.50 |
| Less Credits | (4,418.00) |
| **Balance Forward** | **$1,104.50** |
| **TOTAL AMOUNT DUE** | **$34,493.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 467369 |
| Date | 06/23/17 |
| | 014678-0005 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2017, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/17 | JAG | Review correspondence regarding Permian acreage evaluation. | 0.20 | 70.00 |
| 05/01/17 | EDP | Conference call regarding title matters (.8); confer with A. Gibson and D. Huebner regarding title matters and review charts (1.5). | 2.30 | 1,334.00 |
| 05/01/17 | EME | Conference with A. Gibson regarding title diligence project questions and issues (.3); telephone conference with Milbank team regarding title diligence project parameters and questions (.2). | 0.50 | 247.50 |
| 05/01/17 | ATCG | Discuss title review project with E. del Pozo and D. Huebner (3.0); discuss title review project with E. English (.5); call with Milbank and debtors' counsel to discuss property and title matters (.8). | 4.30 | 2,064.00 |
| 05/02/17 | JAG | Attention to matters related to evaluation of Permian acreage and review correspondence regarding same. | 0.30 | 105.00 |
| 05/02/17 | JMT | Retrieve documents from data room (.2); attention to electronic preservation of same (.1). | 0.30 | 67.50 |
| 05/02/17 | EDP | Continue to prepare title due diligence process memorandum (1.3); conference call regarding title matters (1.6); confer with A. Gibson and D. Huebner regarding title matters and review title charts (1.4). | 4.30 | 2,494.00 |
| 05/02/17 | ATCG | Call with Milbank team to discuss title review project (1.6); prepare various title review scenarios for the Committee (1.0). | 2.60 | 1,248.00 |
| 05/03/17 | JAG | Confer with A. Gibson regarding acreage diligence matters. | 0.20 | 70.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 467369 |
| Date | 06/23/17 |
| | 014678-0005 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/17 | JMT | Confer with A. Gibson regarding tasks to be completed (.2); search data room for title opinions (.4). | 0.60 | 135.00 |
| 05/03/17 | EDP | Continue to prepare title due diligence process memorandum (.9); conference call regarding title matters (.7); confer with A. Gibson and D. Huebner regarding title matters (3.0); review title charts (.4). | 5.00 | 2,900.00 |
| 05/03/17 | ATCG | Prepare title review scenarios and assessments with E. del Pozo and D. Huebner (3.5); call with Milbank team to discuss title review project (.7); review one line summary of properties (.3). | 4.50 | 2,160.00 |
| 05/04/17 | EDP | Address due diligence request list (1.0); review forms provided by Genesis Land (1.0). | 2.00 | 1,160.00 |
| 05/05/17 | EDP | Continue to address due diligence request list (.8); confer with Genesis Land (.4); confer with A. Gibson regarding same (.3). | 1.50 | 870.00 |
| 05/05/17 | EME | Review A. Gibson initial due diligence list. | 0.20 | 99.00 |
| 05/05/17 | ATCG | Prepare title due diligence list. | 1.50 | 720.00 |
| 05/08/17 | EDP | Continue to address due diligence matters and proposed logistics. | 0.50 | 290.00 |
| 05/08/17 | ATCG | Discuss title matters with D. Huebner and E. del Pozo. | 0.30 | 144.00 |
| 05/09/17 | JAG | Correspond and confer with A. Gibson regarding Texas lease counts. | 1.00 | 350.00 |
| 05/09/17 | EDP | Continue to address due diligence proposal and confer with A. Gibson regarding same. | 2.50 | 1,450.00 |
| 05/09/17 | ATCG | Work on all aspects of title review project and work with colleagues to structure and assess the title work effort. | 5.80 | 2,784.00 |
| 05/10/17 | JMT | Attention to retrieval of documents from data room. | 0.40 | 90.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 467369 |
| Date | 06/23/17 |
| | 014678-0005 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/10/17 | EDP | Continue to address due diligence matters and proposed logistics (1.0); confer with A. Gibson and D. Huebner regarding same (.8). | 1.80 | 1,044.00 |
| 05/10/17 | EME | Review A. Gibson status report and multiple correspondence with A. Gibson regarding same. | 0.30 | 148.50 |
| 05/10/17 | ATCG | Address title matters with E. del Pozo and D. Huebner (1.0); attend title call with Milbank team (.4); review title opinions (.4). | 1.80 | 864.00 |
| 05/11/17 | EDP | Address various due diligence matters and review communications. | 1.50 | 870.00 |
| 05/11/17 | ATCG | Address title review project matters with E. del Pozo and D. Huebner (1.4); calls with Milbank team and Breitburn to discuss scope of title review project (1.0);correspond with C. Clark to set up title meetings (.3). | 2.70 | 1,296.00 |
| 05/12/17 | EDP | Review latest property lists (.2); confer with A. Gibson regarding due diligence matters (1.1). | 1.30 | 754.00 |
| 05/12/17 | EME | Correspondence with A. Gibson regarding title review project. | 0.20 | 99.00 |
| 05/12/17 | ATCG | Review one line summary (.4); discuss title project matters with colleagues (1.3). | 1.70 | 816.00 |
| 05/15/17 | JAG | Review correspondence regarding title opinions (.1); confer with A. Gibson regarding title work (.1). | 0.20 | 70.00 |
| 05/15/17 | JMT | Attention to electronic preservation of title opinions received. | 0.60 | 135.00 |
| 05/15/17 | EDP | Confer with A. Gibson regarding due diligence matters. | 1.30 | 754.00 |
| 05/15/17 | ATCG | Meet with Breitburn personnel to discuss title materials and property set for west Texas and east Texas (2.8); address confidentially matters (.4); discuss title matters with E. English and E. del Pozo (.9). | 4.10 | 1,968.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 467369 |
| Date | 06/23/17 |
| | 014678-0005 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/16/17 | ATCG | Prepare summary email regarding status of title review project. | 0.50 | 240.00 |
| 05/17/17 | EDP | Confer with A. Gibson regarding due diligence matters. | 0.80 | 464.00 |
| 05/17/17 | ATCG | Address status of title review with D. Huebner. | 0.50 | 240.00 |
| 05/19/17 | EDP | Confer with A. Gibson regarding due diligence matters and review various related communications. | 0.50 | 290.00 |
| 05/19/17 | ATCG | Discuss title matters with D. Huebner. | 0.30 | 144.00 |
| 05/22/17 | EDP | Address due diligence matters (.8); confer with D. Huebner and A. Gibson regarding same (.7); review various related communications (.3). | 1.80 | 1,044.00 |
| 05/22/17 | ATCG | Discuss title matters with D. Huebner (.7); attend call with Milbank team to discuss title matters (1.0). | 1.70 | 816.00 |
| 05/23/17 | ATCG | Prepare summary email to assess recommended scope and scale of title review and correspond with colleagues regarding title matters. | 1.00 | 480.00 |
| **Total Services** | | | **65.40** | **$33,388.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Gonzalez | Associate | 1.90 | 350.00 | 665.00 |
| JMT | Janice M. Thomas | Paralegal | 1.90 | 225.00 | 427.50 |
| EDP | Ephraim del Pozo | Partner | 27.10 | 580.00 | 15,718.00 |
| EME | Eric M. English | Partner | 1.20 | 495.00 | 594.00 |
| ATCG | Anders T. C. Gibson | Partner | 33.30 | 480.00 | 15,984.00 |

Total Disbursements                                                                 $0.00

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    6
Inv#              467369
Date            06/23/17
014678-0005
JOHN F. HIGGINS

TAX ID# 74-2174193

| | |
|---|---|
| **Invoice Total** | **$33,388.50** |
| **Balance Forward** | **1,104.50** |
| **Total Amount Due** | **$34,493.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    1
Inv#            467368
Date          06/23/17
014678-0008
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITORS/BREITBURN ENERGY
PARTNERS LP

-----

TAX ID# 74-2174193

**Retentions**

---

## Invoice Summary

| | |
|---|---:|
| Professional Services | $2,347.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,347.00 |
| Previous Balance | $25,166.22 |
| Less Credits | (24,617.02) |
| **Balance Forward** | **$549.20** |
| **TOTAL AMOUNT DUE** | **$2,896.20** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 467368 |
| Date | 06/23/17 |
| | 014678-0008 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2017, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/09/17 | ATCG | Call with Haig M. to discuss amendment to Porter Hedges retention application. | 0.30 | 144.00 |
| 05/15/17 | EME | Telephone conference with A. Gibson regarding amended retention issue. | 0.10 | 49.50 |
| 05/16/17 | KDS | Meeting with E. English regarding supplemental retention application. | 0.10 | 22.00 |
| 05/16/17 | EME | Correspondence with K. Steverson regarding supplement to retention application. | 0.10 | 49.50 |
| 05/16/17 | ATCG | Prepare language regarding title review for amendment to retention application. | 0.60 | 288.00 |
| 05/17/17 | ATCG | Discuss Fee Application matters with K. Steverson. | 0.20 | 96.00 |
| 05/18/17 | KDS | Draft Supplemental Application to Employ PH as Special Counsel. | 2.60 | 572.00 |
| 05/18/17 | ATCG | Address amendment to retention application with K. Steverson. | 0.40 | 192.00 |
| 05/19/17 | KDS | Email E. English and A. Gibson regarding revisions to retention application. | 0.10 | 22.00 |
| 05/19/17 | EME | Review and revise supplement to retention application (.6); telephone conference with Debtors' counsel regarding objection deadline and related issues (.2). | 0.80 | 396.00 |
| 05/22/17 | ATCG | Discuss retention application matters with Haig M. | 0.20 | 96.00 |
| 05/23/17 | ATCG | Finalize amendment to retention application and prepare for filing. | 0.60 | 288.00 |
| 05/25/17 | KDS | Review and revise supplemental employment application. | 0.60 | 132.00 |
| **Total Services** | | | **6.70** | **$2,347.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 467368 |
| Date | 06/23/17 |
| | 014678-0008 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| KDS   Kim D. Steverson | Paralegal | 3.40 | 220.00 | 748.00 |
| EME   Eric M. English | Partner | 1.00 | 495.00 | 495.00 |
| ATCG  Anders T. C. Gibson | Partner | 2.30 | 480.00 | 1,104.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$2,347.00** |
| **Balance Forward** | **549.20** |
| **Total Amount Due** | **$2,896.20** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page             1
Inv#         467366
Date        06/23/17
014678-0009
JOHN F. HIGGINS

OFFICIAL COMMITTEE OF UNSECURED CREDITORS/BREITBURN ENERGY
PARTNERS LP

-----

TAX ID# 74-2174193

**PH Fee Applications and Budgets**

### Invoice Summary

| | |
|---|---:|
| Professional Services | $5,638.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $5,638.00 |
| Previous Balance | $17,376.56 |
| Less Credits | (10,267.76) |
| **Balance Forward** | **$7,108.80** |
| **TOTAL AMOUNT DUE** | **$12,746.80** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 467366 |
| Date | 06/23/17 |
| | 014678-0009 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through May 2017, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/17 | ATCG | Prepare inserts for draft of Third Fee Application. | 1.50 | 720.00 |
| 05/10/17 | KDS | Draft Third Fee Application. | 3.00 | 660.00 |
| 05/10/17 | ATCG | Work on Third Fee Application. | 0.30 | 144.00 |
| 05/12/17 | KDS | Continue drafting and revising Third Fee Application. | 2.10 | 462.00 |
| 05/16/17 | KDS | Review and revise Third Fee Application. | 1.00 | 220.00 |
| 05/18/17 | KDS | Revise Third Fee Application. | 0.30 | 66.00 |
| 05/18/17 | EME | Conference with K. Steverson regarding Third Fee Application questions. | 0.20 | 99.00 |
| 05/18/17 | ATCG | Review and prepare comments to Third Fee Application. | 0.50 | 240.00 |
| 05/22/17 | EME | Conference with A. Gibson regarding Third Fee Application. | 0.30 | 148.50 |
| 05/22/17 | ATCG | Prepare comments to Third Fee Application. | 0.70 | 336.00 |
| 05/23/17 | EME | Revise interimThird Fee Application. | 0.10 | 49.50 |
| 05/23/17 | ATCG | Review Third Fee Application and prepare comments to same. | 2.90 | 1,392.00 |
| 05/24/17 | KDS | Email A. Gibson regarding Third Fee Application. | 0.10 | 22.00 |
| 05/25/17 | KDS | Review Third Fee Application. | 0.40 | 88.00 |
| 05/25/17 | ATCG | Prepare final comments to Third Fee Application. | 0.60 | 288.00 |
| 05/30/17 | EME | Conference with A. Gibson regarding Third Fee Application. | 0.20 | 99.00 |
| 05/30/17 | ATCG | Correspond regarding filing Third Fee Application. | 0.60 | 288.00 |
| 05/31/17 | KDS | Revise Third Fee Application and prepare same for filing. | 1.00 | 220.00 |
| 05/31/17 | ATCG | Arrange for filing of Third Fee Application. | 0.20 | 96.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 467366 |
| Date | 06/23/17 |
| | 014678-0009 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| **Total Services** | | | **16.00** | **$5,638.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KDS | Kim D. Steverson | Paralegal | 7.90 | 220.00 | 1,738.00 |
| EME | Eric M. English | Partner | 0.80 | 495.00 | 396.00 |
| ATCG | Anders T. C. Gibson | Partner | 7.30 | 480.00 | 3,504.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$5,638.00** |
| **Balance Forward** | **7,108.80** |
| **Total Amount Due** | **$12,746.80** |

# PORTER HEDGES LLP