**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
BREITBURN ENERGY                            :        Case No. 16-11390 (SMB)
PARTNERS LP, et al.,                        :
                                            :        (Jointly Administered)
            Debtors.¹                       :
                                            :
------------------------------------------------------x
```

# DECLARATION OF CHRISTINA PULLO OF
# PRIME CLERK LLC REGARDING THE SOLICITATION
# OF VOTES AND TABULATION OF BALLOTS CAST ON THE
# DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN

I, Christina Pullo, declare, under the penalty of perjury:

1. I am the Senior Director of Solicitation and Public Securities at Prime Clerk LLC ("**Prime Clerk**"), located at 830 Third Avenue, 9th Floor, New York, New York 10022. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Debtors' Third Amended Joint Chapter 11 Plan*, dated December 1, 2017 [Docket No. 1889] (as may be amended, supplemented, or modified from time to time, the "**Plan**").[2] Except as otherwise noted, all facts set forth herein are based on my personal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Breitburn Energy Partners LP (9953); Breitburn GP LLC (9948); Breitburn Operating LP (5529); Breitburn Operating GP LLC (5525); Breitburn Management Company LLC (2858); Breitburn Finance Corporation (2548); Alamitos Company (9156); Beaver Creek Pipeline, L.L.C. (7887); Breitburn Florida LLC (7424); Breitburn Oklahoma LLC (4714); Breitburn Sawtelle LLC (7661); Breitburn Transpetco GP LLC (7222); Breitburn Transpetco LP LLC (7188); GTG Pipeline LLC (3760); Mercury Michigan Company, LLC (3380); Phoenix Production Company (1427); QR Energy, LP (3069); QRE GP, LLC (2855); QRE Operating, LLC (9097); Terra Energy Company LLC (9616); Terra Pipeline Company LLC (3146); and Transpetco Pipeline Company, L.P. (2620). The Debtors' mailing address is 707 Wilshire Boulevard, Suite 4600, Los Angeles, California 90017.

[2] All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement Order (as defined below).

knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.      This Court authorized Prime Clerk's retention as the (a) claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") pursuant to the *Order Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 156(c), and Local Rule 5075-1 Authorizing Debtors to Appoint and Retain Prime Clerk LLC as Claims and Noticing Agent Effective as of the Petition Date*, dated May 16, 2016 [Docket No. 32] and (b) administrative advisor pursuant to the *Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016(A), and Local Rules 2014-1 and 2016-1 Authorizing Appointment and Retention of Prime Clerk LLC as Administrative Agent to the Debtors Effective as of the Petition Date*, dated June 15, 2016 [Docket No. 131] (collectively, the "**Retention Orders**"). The Retention Orders authorize Prime Clerk to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. As detailed in Prime Clerk's applications to be retained in these chapter 11 cases [Docket Nos. 15 and 34], Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

### Service and Transmittal of Solicitation Packages and the Tabulation Process

4.      Pursuant to the *Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Solicitation Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; (VII) Approving the Form of Notice to Non-Voting Classes Under the Plan; And (VIII) Approving the Rights Offering Procedures and Related Matters* [Docket No. 1885] (the "**Disclosure Statement Order**"), the Court established procedures to

solicit votes from and tabulate ballots submitted by holders entitled to vote on the Plan (the "**Solicitation Procedures**"). Prime Clerk adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and the Ballots, which were distributed to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5. The Solicitation Procedures established November 29, 2017 as the date for determining which Holders of Claims in the Voting Classes are entitled to vote to accept or reject the plan (the "**Voting Record Date**"). Pursuant to the Plan and the Solicitation Procedures, only holders as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (the "**Voting Classes**"):

| **Plan Class** | **Class Description** |
|---|---|
| 3 | Revolving Credit Facility Claims |
| 4 | Secured Notes Claims |
| 5A/5B | Unsecured Notes Claims |
| 6 | General Unsecured Claims |

No other classes were entitled to vote on the Plan.

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors' advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders. In addition, Prime Clerk coordinated the distribution of solicitation materials to holders of public securities in the Voting Classes in accordance with procedures commonly used to serve solicitation materials on holders of public securities. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Material*, which was filed with this Court on December 12, 2017 [Docket No. 1918].

7. In accordance with the Solicitation Procedures, Prime Clerk received, reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 4:00 p.m. (Eastern Time) on January 5, 2018 (the "**Voting Deadline**").[3]

8. All valid ballots cast by holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9. The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10. A report of all ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true and correct.

Dated: January 8, 2018

Christina Pullo
Senior Director of Solicitation and Public Securities
Prime Clerk LLC

---

[3] Due to inclement weather conditions and delay in delivery of voting packages, the Voting Deadline was extended from 4:00 p.m. (Eastern Time) on January 4, 2018 to 4:00 p.m. (Eastern Time) on January 5, 2018.

**Exhibit A**

**BREITBURN ENERGY PARTNERS LP, *et al.*
Exhibit A - Tabulation Summary
(Exhibit No. 51 of Debtors' Confirmation Hearing Exhibit List)**

| Class | Class Description | Number Accepting | Percentage of Number Accepting | Amount Accepting | Percentage of Amount Accepting | Number Rejecting | Percentage of Number Rejecting | Amount Rejecting | Percentage of Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Revolving Credit Facility Claims | 35 | 74.47% | $672,722,805.30 | 90.05% | 12 | 25.53% | $74,344,118.69 | 9.95% | Accept |
| 4 | Secured Notes Claims | 22 | 100% | $650,000,000.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 214 | 93.45% | $828,846,867.00 | 99.84% | 15 | 6.55% | $1,364,000.00 | 0.16% | Accept |
| 5B* | Unsecured Notes Claims (Non-Eligible Offerees) | 36 | 42.86% | $41,045,000.00 | 91.93% | 48 | 57.14% | $3,602,000.00 | 8.07% | Reject |
| 6A | GUC (Alamitos Company) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6B | GUC (Beaver Creek Pipeline, L.L.C.) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6C | GUC (Breitburn Energy Partners LP) | 19 | 82.61% | $5,419,507.21 | 99.67% | 4 | 17.39% | $18,196.48 | 0.33% | Accept |
| 6D | GUC (Breitburn Finance Corporation) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6E | GUC (Breitburn Florida LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6F | GUC (Breitburn GP LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6G | GUC (Breitburn Management Company LLC) | 3 | 100% | $3,587,233.33 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6H | GUC (Breitburn Oklahoma LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6I | GUC (Breitburn Operating GP LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6J | GUC (Breitburn Operating LP) | 7 | 100% | $6,523,730.84 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6K | GUC (Breitburn Sawtelle LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6L | GUC (Breitburn Transpetco GP LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6M | GUC (Breitburn Transpetco LP LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6N | GUC (GTG Pipeline LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6O | GUC (Mercury Michigan Company, LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6P | GUC (Phoenix Production Company) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6Q | GUC (QR Energy, LP) | 2 | 100% | $2.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6R | GUC (QRE GP, LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6S | GUC (QRE Operating, LLC) | 3 | 100% | $1,580,240.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6T | GUC (Terra Energy Company LLC) | 2 | 100% | $2.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6U | GUC (Terra Pipeline Company LLC) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |
| 6V | GUC (Transpetco Pipeline Company, L.P.) | 1 | 100% | $1.00 | 100% | 0 | 0% | $0.00 | 0% | Accept |

*In accordance with the procedures outlined on the Class 5A and Class 5B - Unsecured Notes Claims beneficial owner ballot, if a claimant did not indicate their status as an Eligible Offeree or Non-Eligible Offeree, such claimant was deemed to be a Non-Eligible Offeree as of November 27, 2017 for Plan voting classification purposes.

**<u>Exhibit B</u>**

**BREITBURN ENERGY PARTNERS LP, *et al.***
**Exhibit B1 - Report of Non-Securities Ballots Excluded from Tabulation**
**(Exhibit No. 52 of Debtors' Confirmation Hearing Exhibit List)**

| Plan Class | Plan Class Description | Debtor | Ballot Number | Creditor Name | Received Date | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 69 | BNP PARIBAS | 1/2/2018 | $14,922,137.85 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 8 | CASPIAN FOCUSED OPPORTUNITIES FUND, L.P. | 12/11/2017 | $2,505,067.02 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 81 | CASPIAN FOCUSED OPPORTUNITIES FUND, L.P. | 1/3/2018 | $2,505,067.02 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 4 | CASPIAN HLSC1, LLC | 12/11/2017 | $1,749,763.20 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 6 | CASPIAN SC HOLDINGS LP | 12/11/2017 | $2,407,100.65 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 3 | CASPIAN SELECT CREDIT MASTER FUND LTD | 12/8/2017 | $20,819,409.39 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 5 | CASPIAN SOLITUDE MASTER FUND, L.P. | 12/11/2017 | $1,246,456.78 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 41 | CITIZENS BANK, NA F/K/A RBS CITIZENS NA | 12/22/2017 | $23,129,313.66 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 45 | CITIZENS BANK, NA F/K/A RBS CITIZENS NA | 12/21/2017 | $23,129,313.66 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 10 | PNC BANK, NATIONAL ASSOCIATION | 12/12/2017 | $14,922,137.85 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 7 | SUPER CASPIAN CAYMAN FUND LIMITED | 12/11/2017 | $1,214,776.40 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 36 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 12/15/2017 | $37,305,344.75 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 3 | Revolving Credit Facility Claims | All Applicable Debtors | 35 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 12/15/2017 | $37,305,344.75 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 6B | General Unsecured Claims | Terra Energy Company LLC | 43 | CHEVRON U.S.A INC. | 12/22/2017 | $1.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT THAT DID NOT CHANGE ITS VOTE |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 63 | MILLS, GREGORY A. | 1/2/2018 | $25,000.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 60 | MULHOLLAND, MARY | 1/2/2018 | $21,702.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 27 | PELLETIER, ROGER | 12/18/2017 | $10,500.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 26 | PELLETIER, ALBAN | 12/18/2017 | $10,500.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 2 | EHRITZ, JOSEPH W. AND MARIANNE L. | 12/8/2017 | $6,934.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 15 | HARRISON, GREGORY P. | 12/15/2017 | $4,000.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 31 | TIENTER, JEFF | 12/18/2017 | $1,327.35 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 20 | SANDRA ADA COTTER + JOE I COTTER TTEES | 12/15/2017 | $690.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 30 | BARBARA A CASTILLOW FAMILY TRUST | 12/18/2017 | $1.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 14 | RAFFERTY, ANITA | 12/15/2017 | $1.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6C | General Unsecured Claims | Breitburn Energy Partners LP | 22 | OZZIE GOLDMAN LIVING TRUST LESLIE GOLDSMITH & JOEL DAUMAN TTEES | 12/15/2017 | $1.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6J | General Unsecured Claims | Breitburn Operating LP | 136 | TRANSPETCO TRANSPORT COMPANY | 1/4/2018 | $5,500,000.00 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 6J | General Unsecured Claims | Breitburn Operating LP | 19 | WOOD, STEVEN F | 12/15/2017 | $8,100.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6J | General Unsecured Claims | Breitburn Operating LP | 47 | HOWARD E BURKHEAD TRUST | 12/28/2017 | $1.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6J | General Unsecured Claims | Breitburn Operating LP | 48 | MARY ELLEN BURKHEAD REV TRUST | 12/28/2017 | $1.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 6J | General Unsecured Claims | Breitburn Operating LP | 29 | GALM, ADELINE | 12/18/2017 | $1.00 | | HOLDER DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |

**BREITBURN ENERGY PARTNERS LP,** *et al.*
**Exhibit B2 - Report of Public Securities Ballots Excluded from Tabulation**
**(Exhibit No. 52 of Debtors' Confirmation Hearing Exhibit List)**

| Plan Class | Plan Class Description | Participant Number | Participant of Beneficial Holder | CUSIP | Principal Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|
| 5A | Unsecured Notes Claims (Eligible Offerees) | 0188 | TD AMERITRADE CLEARING, INC. | 106777AB1 | $128,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 0188 | TD AMERITRADE CLEARING, INC. | 106777AB1 | $120,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 0188 | TD AMERITRADE CLEARING, INC. | 106777AD7 | $1,500,000.00 | ACCEPT | POSITION NOT VALIDATED BY NOMINEE |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 0216 | AMERICAN ENTERPRISE INVESTMENT SERVICES INC. | 106777AB1 | $40,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 0954 | THE BANK OF NEW YORK MELLON/MELLON TRUST OF NEW ENGLAND, N.A. | 10677RAA9 | $2,970,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 2027 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 106777AD7 | $3,315,000.00 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 2027 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 106777AD7 | $2,901,000.00 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 2027 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 106777AB1 | $1,146,000.00 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5A | Unsecured Notes Claims (Eligible Offerees) | 2027 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 106777AB1 | $1,003,000.00 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0057 | EDWARD D. JONES & CO. | 106777AB1 | $5,000.00 | ACCEPT | DUPLICATE OF VALID BALLOT INCLUDED IN FINAL TABULATION |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AB1 | $200,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AB1 | $50,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AB1 | $30,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AB1 | $70,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AB1 | $15,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $150,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $20,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $10,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $20,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $20,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $30,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $30,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $50,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $15,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $15,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $20,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0164 | CHARLES SCHWAB & CO., INC. | 106777AD7 | $10,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0188 | TD AMERITRADE CLEARING, INC. | 106777AB1 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0226 | NATIONAL FINANCIAL SERVICES LLC | 106777AB1 | $10,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0226 | NATIONAL FINANCIAL SERVICES LLC | 106777AB1 | $4,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 0226 | NATIONAL FINANCIAL SERVICES LLC | 106777AD7 | $25,000.00 | | HOLDER DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 8455 | BARCLAYS BANK PLC NEW YORK BRANCH | 106777AD7 | $9,145,000.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT THAT DID NOT CHANGE ITS VOTE |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 8455 | BARCLAYS BANK PLC NEW YORK BRANCH | 106777AD7 | $955,500.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT THAT DID NOT CHANGE ITS VOTE |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | 8455 | BARCLAYS BANK PLC NEW YORK BRANCH | 106777AD7 | $9,555,000.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT THAT DID NOT CHANGE ITS VOTE |
| 5B | Unsecured Notes Claims (Non-Eligible Offerees) | N/A | N/A | N/A | $487,500,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |