Breitburn Energy - Email to send to Judge Bernstein and debtor lawyers
Celestino Amore
to:
Bernstein.chambers@nysb.uscourts.gov
03/16/2018 02:42 PM
Cc:
"Daniel.gwen@weil.com", "ray.schrock@weil.com", "stephen.karotkin@weil.com", Jacob Lam
Hide Details
From: Celestino Amore <amore@illiquidx.com>
To: "Bernstein.chambers@nysb.uscourts.gov" <Bernstein.chambers@nysb.uscourts.gov>
Cc: "Daniel.gwen@weil.com" <Daniel.gwen@weil.com>, "ray.schrock@weil.com"
<ray.schrock@weil.com>, "stephen.karotkin@weil.com" <stephen.karotkin@weil.com>,
Jacob Lam <Lam@illiquidx.com>
History: This message has been forwarded.

Dear Judge Berstein,

I am writing to you with regards to Breitburn Energy Partners LP, and in particular the situation that has arisen after the filing of the Third Amended Joint Chapter 11 Plan (With Technical Modifications) with regards to the Rights Offering and associated procedures.

As you are aware, the plan splits holders of the Breitburn's Unsecured Notes into Class 5A – Eligible Offerees and Class 5B – Ineligible Offerees. Class 5A - Eligible Offerees were entitled to participate in the Rights Offering if they were holders of the bond as at the Record Date (14 November 2017).

Unfortunately, neither the Debtor, its advisors nor the Indenture Trustee did request the relevant exchanges to stop trading the bond on or after this date. As of now, there are millions of dollars worth of bonds still being traded on the relevant exchanges.

This creates a situation whereby it becomes impossible for a seller of the bond to transfer their rights to participate in the Rights Offering if the bond was traded after the record date. Moreover, there is a possibility that the buyer of the bond after the record date is not aware of the eligibility of the seller of the bond to participate in the Rights Offering and will pay the consideration on the exchange, but will never receive any distribution, which will go to the original holder, that held the bonds at the record date. The exchanges, in general, refuse to put in contact buyers with sellers and allow the bilateral transfer of the rights, which by the way is not contemplated in the old plan and there is no actual mechanism to transfer these rights after the record date.

Those that are prohibited from participating the Rights Offering due to the deadline of the Record Date will not receive a recovery, if they bought on the secondary market after this date, an outcome which we opine to be unjust due to the failure of the Debtor to prevent the bonds from being traded after the Record Date.

This was just another mechanism used by the debtor to wipe out part of a Class that has not been treated with the same rights as the pari passu Class 5A, which was prepared to participate to the capital increase and had plenty of time to send instruction through their lawyer and clearing system leaving other eligible creditors (especially foreigners) with little time for their advisors and banks to go through the offering.

We therefore are writing to you to request that you reset the record date in order that Eligible bondholders that became bondholders after the Record Date can participate in the Rights Offering.

Regards,
Celestino Amore
Managing Partner

IlliquidX Securities Ltd
80 Fleet Street
London EC4Y 1EL

Tel      +44 207 832 0181
Fax      +44 207 904 5828
Mobl     +44 776 989 0369
amore@illiquidx.com

Please note Electronic Communication Disclaimer: http://www.illiquidx.com/disclaimer_email.php

---

This email message has been delivered safely and archived online by Network Support London Ltd - a leading provider of secure IT systems in the cloud and on-premise.

For more information please visit http://www.networklondon.co.uk