UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11 Case No.** |
| **BREITBURN ENERGY PARTNERS LP, et al.,** | **Case No. 16-11390 (SMB)** |
| **Debtors.** | **(Jointly Administered)** |

**COVER SHEET FOR THE SIXTH INTERIM AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC., FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 26, 2016 THROUGH APRIL 6, 2018**

**NAME OF APPLICANT:** Houlihan Lokey Capital, Inc.

**TIME PERIOD:** May 26, 2016 through April 6, 2018

**DATE OF RETENTION:** July 20, 2016 (*nunc pro tunc* to May 26, 2016)

**AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO:** Official Committee of Unsecured Creditors

**CURRENT APPLICATION:**

Fees Incurred (Including 20% Holdback): $6,604,246.57

Expenses Incurred: $253,528.12

**PRIOR APPLICATIONS:**

Fees Previously Requested: $2,729,589.04
Fees Previously Awarded: $2,129,589.04
Expenses Previously Requested: $240,537.71[1]
Expenses Previously Awarded: $75,973.19

---

[1] Expenses previously requested are shown net of all voluntary credits made by Houlihan relating to the First, Second, Third, Fourth, and Fifth Interim Fee Applications. After adjusting for these credits, the final requested expense amounts for the First, Second, Third, Fourth, and Fifth Interim Fee Applications were $16,851.49 (net of a $1,193.72 credit), $19,403.09 (net of a $190.85 credit), $21,602.96, $18,115.65, and $164,564.52, respectively, as referenced in Schedule A of the orders granting the applications (Docket No. 858, Docket No. 1135, Docket No. 1528, and Docket No. 1849). Expenses include $152,446.63 for fees and expenses incurred by Ryder Scott Company, L.P. ("Ryder Scott") as petroleum engineering consultant to the Committee.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11 Case No.** |
| **BREITBURN ENERGY PARTNERS LP, et al.,** | **Case No. 16-11390 (SMB)** |
| **Debtors.** | **(Jointly Administered)** |

**SIXTH INTERIM AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC., FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 26, 2016 THROUGH APRIL 6, 2018**

TO THE HONORABLE STUART M. BERNSTEIN,
UNITED STATES BANKRUPTCY JUDGE:

Houlihan Lokey Capital, Inc. ("Houlihan"), as financial advisor and investment banker to the Official Committee of Unsecured Creditors (the "Committee") of Breitburn Energy Partners LP, ("Breitburn") et al., the debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors")[1], hereby submits this sixth and final application (the "Application"), pursuant to sections 328, 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Breitburn Energy Partners LP (9953); Breitburn GP LLC (9948); Breitburn Operating LP (5529); Breitburn Operating GP LLC (5525); Breitburn Management Company LLC (2858); Breitburn Finance Corporation (2548); Alamitos Company (9156); Beaver Creek Pipeline, L.L.C. (7887); Breitburn Florida LLC (7424); Breitburn Oklahoma LLC (4714); Breitburn Sawtelle LLC (7661); Breitburn Transpetco GP LLC (7222); Breitburn Transpetco LP LLC (7188); GTG Pipeline LLC (3760); Mercury Michigan Company, LLC (3380); Phoenix Production Company (1427); QR Energy, LP (3069); QRE GP, LLC (2855); QRE Operating, LLC (9097); Terra Energy Company LLC (9616); Terra Pipeline Company LLC (3146); and Transpetco Pipeline Company, L.P. (2620).

1

the Court on June 24, 1991 and most recently amended on January 29, 2013 (together, the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "UST Guidelines"), and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Compensation And Reimbursement Of Expenses of Professionals, dated June 15, 2016 (Docket No. 132) (the "Interim Compensation Order"), for an order:

(i)      allowing, on a final basis, (a) compensation for professional services rendered from May 26, 2016 through and including April 6, 2018 (the "Total Compensation Period") in the amount of $6,604,246.57, and (b) for reimbursement of expenses incurred in connection with such services in the amount of $253,528.12[2], for a total award of $6,857,774.69; and

(ii)      authorizing and directing the escrow agent of the Professional Fee Escrow Account (the "Escrow Agent")[3] to pay to Houlihan the amount of $4,061,860.22, which is the total unpaid amount owing to Houlihan by the Debtors for services rendered and expenses incurred during the Total Compensation Period (including any amounts "held back" during such period pursuant to the Interim Compensation Order and each order approving Houlihan's compensation for each of the First Interim Compensation Period, the Second Interim Compensation Period, the Third Interim Compensation Period, the Fourth Interim Compensation Period, and the Fifth Interim Compensation Period (each as defined below)), and in support thereof respectfully represents as follows:

---

[2] Expenses include $152,446.63 for fees and expenses incurred by Ryder Scott Company, L.P. ("Ryder Scott") as petroleum engineering consultant to the Committee.

[3] Pursuant to section 2.2 of the Plan, the Debtors set up and funded the Professional Fee Escrow Account as part of the close in order to pay in full any professional fees and expenses incurred but unpaid as of the effective date of the Plan (as defined below).

## BACKGROUND

1.        Bankruptcy Filing.  On May 15, 2016 (the "Petition Date"), the Debtors commenced the above-captioned chapter 11 cases in this Court.  The Debtors' chapter 11 cases have been consolidated for procedural purposes and are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the chapter 11 cases.

2.        Creditors' Committee.  On May 26, 2016, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee. The Committee currently consists of Transpecto Transport Co., Wilmington Trust Company, and Ronald Jay Litchman[4].

3.        Jurisdiction.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of the chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Pursuant to the Local Guidelines, a certification regarding compliance with the Guidelines is attached hereto as Exhibit A.

4.        Status of Chapter 11 Cases. On March 26, 2018, the Court entered an order (Docket No. 2387) confirming the *Debtors' Third Amended Joint Chapter 11 Plan with Technical Modifications* (Docket No. 2329) (the "Plan"). On April 6, 2018, the effective date of the Plan occurred. See *Notice of Confirmation and Occurrence of Effective Date of Debtors' Third Amended Joint Chapter 11 Plan (with Technical Modifications)* (Docket No. 2426).

---

[4] Ares Special Situations Fund IV, L.P. c/o Ares Management LLC, BPC UKI LP c/o Beach Point Capital Management, and Wexford Spectrum Investors, LLC. resigned from the Committee on June 12, 2017, August 11, 2017, and October 6, 2017, respectively.

3

5.      Role of Committee and Houlihan in Chapter 11 Cases. The Committee and its advisors expended a substantial amount of time and effort throughout the Total Compensation Period, both publicly and behind the scenes, often leading directly to extremely favorable outcomes for all stakeholders. Throughout the chapter 11 cases, the Committee remained disciplined, often proposing discussion and negotiation rather than threats of litigation or filing incendiary pleadings, avoiding expensive and protracted litigation that could have continued long after the Debtors' emergence from chapter 11. This is a direct reflection on the quality and dedication of the Committee members, as well as the selection process employed by the U.S. Trustee which resulted in this membership.

6.      During the chapter 11 cases, the Committee took the lead in negotiating on behalf of and protecting the interests of the Debtors' unsecured creditors, including holders of unsecured notes that were not backstop parties to the Plan rights offering and holders of general unsecured claims that were not unsecured noteholders. For example, the Committee and its advisors were concerned that the proposed plan and backstop agreement effected discriminatory treatment across the unsecured creditor class. As a result, the Committee filed lengthy objections to the Disclosure Statement (see *Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Approve Disclosure Statement* (Docket No. 1787)), and to the Debtors' motion to approve the backstop agreement (see *Objection of Official Committee of Unsecured Creditors to Debtors' Motion Authorizing Entry Into the Backstop Commitment Agreement* (Docket No. 1802)). Given the Committee's opposition, the Court adjourned the hearings on the motions to approve the Disclosure Statement and the backstop agreement, and ordered mediation before Bankruptcy Judge Robert D. Drain. See *Order Selecting Mediator and Governing Mediation Procedures, dated Nov. 16, 2017* (Docket No. 1830). The mediation proved

4

successful as it garnered the support to a modified plan from all of the parties, including improved treatment across the entire unsecured creditor class.

7. Further, the Committee's membership changed during the chapter 11 cases. On October 30, 2017, the United States Trustee appointed three members to the Committee: Transpetco Transport Co., a trade creditor, Wilmington Trust Company, the indenture trustee for the Bond Debt, and Ronald J. Lichtman, a Bondholder (see *Second Amended Notice of Appointment of Official Committee of Unsecured Creditors, dated Oct. 30, 2017* (Docket No. 1735)). The Committee's advisors were tasked with informing and updating the new Committee members about the current status of the chapter 11 cases and plan negotiations that were occurring at the time of their appointment to the Committee. Until the effective date of the Plan, the Committee and its advisors continued to communicate and assist individual unsecured creditors regarding their treatment and rights under the Debtors' Plan.

8. In short, the Committee and its advisors strongly advocated on behalf of the estates in many of the most important negotiations in these cases, fulfilling its fiduciary duties.

**RETENTION OF HOULIHAN
AND SUMMARY OF PROFESSIONAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES REQUESTED**

9. On July 20, 2016, pursuant to the Order Under 11 U.S.C. §§ 328(a) and 1103 And Fed. R. Bankr. P. 2014 And 2016, And S.D.N.Y. LBR 2014-1 Authorizing The Employment and Retention Of Houlihan Lokey Capital, Inc., As Financial Advisor and Investment Banker To Official Committee Of Unsecured Creditors Of Breitburn Energy Partners LP *nunc pro tunc* to May 26, 2016 (the "Retention Order" and attached hereto as Exhibit B), the Court authorized Houlihan's retention as an investment banker and financial advisor for the Committee in these cases. The Retention Order authorized Houlihan to receive compensation

5

pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Guidelines, the U.S. Trustee Guidelines, and the local rules and orders of this Court. The Retention Order calls for the payment of monthly fees of $150,000 per month, and a Deferred Fee equal to the sum of $3,250,000. A calculation of Houlihan Lokey's fee is attached hereto as Exhibit F.

10.     Houlihan prepared this application in accordance with the Local Guidelines, the UST Guidelines, and the Interim Compensation Order (collectively with the Interim Compensation Order, Local Guidelines and UST Guidelines, the "Guidelines"). Pursuant to the Local Guidelines, a certification regarding compliance with the Guidelines is attached hereto as Exhibit A.

11.     On September 14, 2016, Houlihan filed its First Interim Fee Application for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred (Docket No. 524) (the "First Interim Fee Application"). In the First Interim Fee Application, Houlihan requested interim approval and allowance of (a) compensation for professional services rendered during the period from May 26, 2016 through and including July 31, 2016 (the "First Interim Compensation Period") in the amount of $329,589.04, and (b) reimbursement of its actual and necessary expenses incurred in connection with such services, in the amount of $18,045.21.

12.     On December 16, 2016, the Court entered an order (Docket No. 858) granting the First Interim Fee Application and authorizing the Debtors to pay Houlihan 80% of requested fees (i.e., $263,671.23, which reflects a 20% or $65,917.81 holdback of the $329,589.04 fees sought in the First Interim Fee Application) and 100% of requested expenses

6

(i.e., $16,851.49[5]). To date, Houlihan has received 80% of the fees and 100% of the expenses sought in the First Interim Fee Application.

13.     On January 17, 2017, Houlihan filed its Second Interim Fee Application for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred (Docket No. 953) (the "Second Interim Fee Application"). In the Second Interim Fee Application, Houlihan requested interim approval and allowance of (a) compensation for professional services rendered during the period from August 1, 2016 through and including November 30, 2016 (the "Second Interim Compensation Period") in the amount of $600,000.00, and (b) reimbursement of its actual and necessary expenses incurred in connection with such services, in the amount of $19,593.94.

14.     On March 30, 2017, the Court entered an order (Docket No. 1135) granting the Second Interim Fee Application and authorizing the Debtors to pay Houlihan 80% of requested fees (i.e., $480,000.00, which reflects a 20% or $120,000.00 holdback of the $600,000.00 fees sought in the Second Interim Fee Application) and 100% of requested expenses (i.e., $19,403.09[6]). To date, Houlihan has received 80% of the fees and 100% of the expenses sought in the Second Interim Fee Application.

15.     On May 15, 2017, Houlihan filed its Third Interim Fee Application for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of

---

[5] Related to expenses included in its First Interim Fee Application, Houlihan Lokey Capital, Inc. voluntarily credited the Debtors $1,193.72 in its October 2016 invoice (part of the Second Interim Compensation Period) as referenced in the *Fifth Fee Statement of Houlihan Lokey Capital, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to Official Committee of Unsecured Creditors During Period from October 1, 2016 through and Including October 31, 2016* (Docket No. 777).

[6] Related to expenses included in its Second Interim Fee Application, Houlihan Lokey Capital, Inc. voluntarily credited the Debtors $190.85 in its February 2017 invoice (part of the Third Interim Compensation Period) as referenced in the *Ninth Fee Statement of Houlihan Lokey Capital, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor and Investment Banker to Official Committee of Unsecured Creditors During Period from February 1, 2017 through and Including February 28, 2017* (Docket No. 1137).

Actual and Necessary Expenses Incurred (Docket No. 1265) (the "Third Interim Fee Application"). In the Third Interim Fee Application, Houlihan requested interim approval and allowance of (a) compensation for professional services rendered during the period from December 1, 2016 through and including March 31, 2017 (the "Third Interim Compensation Period") in the amount of $600,000.00, and (b) reimbursement of its actual and necessary expenses incurred in connection with such services, in the amount of $21,602.96.

16.     On August 28, 2017, the Court entered an order (Docket No. 1528) granting the Third Interim Fee Application and authorizing the Debtors to pay Houlihan 80% of requested fees (i.e., $480,000.00, which reflects a 20% or $120,000.00 holdback of the $600,000.00 fees sought in the Third Interim Fee Application) and 100% of requested expenses (i.e., $21,602.96). To date, Houlihan has received 80% of the fees and 100% of the expenses sought in the Third Interim Fee Application.

17.     On September 15, 2017, Houlihan filed its Fourth Interim Fee Application for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred (Docket No. 1563) (the "Fourth Interim Fee Application"). In the Fourth Interim Fee Application, Houlihan requested interim approval and allowance of (a) compensation for professional services rendered during the period from April 1, 2017 through and including July 31, 2017 (the "Fourth Interim Compensation Period") in the amount of $600,000.00, and (b) reimbursement of its actual and necessary expenses incurred in connection with such services, in the amount of $18,115.65.

18.     On November 22, 2017, the Court entered an order (Docket No. 1849) granting the Fourth Interim Fee Application and authorizing the Debtors to pay Houlihan 80% of requested fees (i.e., $480,000.00, which reflects a 20% or $120,000.00 holdback of the $600,000.00 fees sought in the Fourth Interim Fee Application) and 100% of requested expenses

8

(i.e., $18,115.65). To date, Houlihan has received 80% of the fees and 100% of the expenses sought in the Fourth Interim Fee Application.

19.    On January 16, 2018, Houlihan filed its Fifth Interim Fee Application for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred (Docket No. 2117) (the "Fifth Interim Fee Application"). In the Fifth Interim Fee Application, Houlihan requested interim approval and allowance of (a) compensation for professional services rendered during the period from August 1, 2017 through and including November 30, 2017 (the "Fifth Interim Compensation Period") in the amount of $600,000.00, and (b) reimbursement of its actual and necessary expenses incurred in connection with such services, in the amount of $164,564.42[7].

20.    Houlihan seeks allowance of (a) the compensation for professional services rendered to the Committee in the aggregate amount of $6,604,246.57, consisting of $3,354,246.57 in aggregate monthly fees (including $150,000.00 pro-rated for the partial month of April 2018) and a deferred fee of $3,250,000.00, as calculated pursuant to the Retention Order, and (b) reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $253,528.12 during the Total Compensation Period. Of these amounts, $4,060,575.34 and $1,284.88, respectively, remain unpaid.

> (a)    In accordance with the Interim Compensation Order, Houlihan submitted monthly fee statements to the Debtors seeking interim compensation for professional services rendered from December 1, 2017 through and including March 31, 2018 (the "Sixth Interim Compensation Period") and reimbursement of expenses incurred in connection with such services.   During the Sixth Interim

---

[7] Houlihan has included all actual and necessary expenses processed by its accounting department for the Total Compensation Period.  Expenses include $152,446.63 for Ryder Scott's fees and expenses incurred as petroleum engineering consultant to the Committee. Houlihan filed a supplemental fee application on October 2, 2017 (Docket No. 1608) on behalf of Ryder Scott seeking payment of fees and expenses incurred during the period of May 15, 2017 through and including July 31, 2017.

Compensation Period, Houlihan submitted the following fee statements:

(i)     On January 30, 2018, pursuant to the Interim Compensation Order, Houlihan served its nineteenth fee statement for the period from December 1, 2017 through and including December 31, 2017 (the "Nineteenth Fee Statement"). The Nineteenth Fee Statement sought (i) an allowance of $150,000.00 as compensation for services rendered and (ii) the reimbursement of $3,197.47 in expenses. As of the date hereof, Houlihan has received a $123,197.47 payment in regards to the Nineteenth Fee Statement.

(ii)    On March 1, 2018, pursuant to the Interim Compensation Order, Houlihan served its Twentieth fee statement for the period from January 1, 2018 through and including January 31, 2018 (the "Twentieth Fee Statement"). The Twentieth Fee Statement sought (i) an allowance of $150,000.00 as compensation for services rendered and (ii) the reimbursement of $3,847.93 in expenses. As of the date hereof, Houlihan has received a $123,847.93 payment in regards to the Twentieth Fee Statement.

(iii)   On March 30, 2018, pursuant to the Interim Compensation Order, Houlihan served its twenty-first fee statement for the period from February 1, 2018 through and including February 28, 2018 (the "Twenty-First Fee Statement"). The Twenty-First Fee Statement sought (i) an allowance of $150,000.00 as compensation for services rendered and (ii) the reimbursement of $4,660.13 in expenses. As of the date hereof, Houlihan has received a $124,660.13 payment in regards to the Twenty-First Fee Statement.

(iv)    On April 30, 2018, pursuant to the Interim Compensation Order, Houlihan served its twenty-second fee statement for the period from March 1, 2018 through and including March 31, 2018 (the "Twenty-Second Fee Statement"). The Twenty-Second Fee Statement sought (i) an allowance of $150,000.00 as compensation for services rendered and (ii) the reimbursement of $1,284.88 in expenses. As of the date hereof, Houlihan has not received any payments in regards to the Twenty-Second Fee Statement.

21.     Pursuant to Bankruptcy Rule 2016(a), there is no agreement or understanding between Houlihan and any other person for the sharing of compensation to be received for services rendered in these cases.

10

22.     Houlihan respectfully submits that (a) the services provided by Houlihan were necessary for, and beneficial to, the Committee, (b) Houlihan has satisfied the requirements of Sections 328(a) of the Bankruptcy Code as set forth in this Court's Order dated July 20, 2016 (Docket No. 284) authorizing the retention and employment of Houlihan by the Committee *nunc pro tunc* to May 26, 2016 (the "Retention Order"), and (c) the requested compensation is appropriate based on the complexity, importance and nature of the services provided.

23.     Pursuant to the UST Guidelines and the Retention Order, Houlihan has maintained a schedule setting forth all Houlihan professionals who have performed services in these chapter 11 cases during the Total Compensation Period, the capacities in which each such individual is employed by Houlihan and the aggregate number of hours expended by restructuring professionals in this matter, which totaled approximately 6,802.7 hours for the period from May 26, 2016 through and including April 6, 2018, pursuant to the Retention Order.

24.     Houlihan does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals.  However, Houlihan has maintained written records in half-hour increments of the time expended by its restructuring professionals in the rendition of professional services to the Committee in the Total Compensation Period in accordance with the terms of the Guidelines.  Such time records were made in connection with the rendition of services by the person rendering such services.  A schedule setting forth a list of all professionals who rendered services to the Committee and the total number of hours expended by each restructuring professional and by category during the Total Compensation Period as well as a summary of the associated time entries by individual and category is annexed hereto as Exhibit C.

11

25.     Annexed hereto as Exhibit D is a schedule specifying the categories of expenses for which Houlihan is seeking reimbursement and the total amount of expenses in each category.

26.     Annexed hereto as Exhibit E is (i) a list of all Ryder Scott professionals who worked on this case during the Total Compensation Period, (ii) a summary of hours by petroleum engineering professionals, (iii) a description of services performed by Ryder Scott's petroleum engineering professionals on behalf of the Committee and (iv) an invoice for the professional services rendered and expenses incurred in connection with the performance of professional services.

27.     Houlihan has not received any payments from the Debtors other than those sought by this Application, previous interim fee applications, and those set forth in Houlihan's retention application.

## SUMMARY OF SERVICES RENDERED

28.     Houlihan has been retained as financial advisor and investment banker to the Committee in respect of all of the Debtors in these complex cases because of Houlihan's extensive knowledge and reputation in financial restructuring, its familiarity with the oil & gas industry and other issues involved in these cases and the Committee's belief that Houlihan possesses the requisite resources and is well qualified to represent the Committee in these cases. During the Total Compensation Period, Houlihan rendered a broad range of professional services to the Committee in various areas, addressing critical issues faced by the Committee during these Chapter 11 cases. The services that Houlihan has been required to perform and has performed have been substantial and necessary in the Chapter 11 Cases. Houlihan has worked extensively with other professionals retained by the Committee, the Debtors, and the Debtors professionals (including but not limited to Alvarez & Marsal North America, LLC ("A&M") as financial

advisor, Lazard Frères & Co. LLC ("Lazard") as investment banker, and Weil, Gotshal & Manges LLP, ("Weil") as counsel), while at the same time Houlihan has attempted to perform its services with the minimum amount of duplication with the Committee's other advisors.

29.    The following summarizes the significant professional services by category rendered by Houlihan during the Total Compensation Period. It is not intended to be a detailed description of all of the work performed on behalf of the Committee. Detailed descriptions of the day-to-day services were attached to and filed as exhibits to the fee statements and fee applications filed on behalf of Houlihan throughout the chapter 11 cases, which are incorporated herein by reference.

**Analysis, Presentations, and Due Diligence**

30.    Houlihan spent a significant amount of time during the Total Compensation Period analyzing the Debtors' portfolio of oil and gas reserves and acreage positions, business plan, operations, historical and projected performance, cost structure, capital structure, and liquidity prospects.  In addition, Houlihan spent a significant amount of time analyzing potential chapter 11 plan frameworks. Houlihan prepared and delivered multiple presentations to the Committee on these topics.

31.    Houlihan created and updated on an ongoing basis an operating forecast model used to derive asset cash flow forecasts under various cost and commodity pricing scenarios. In building the operating model, Houlihan Lokey utilized the Debtors' operations, assets, production forecasts and reserves assumptions from its ARIES database in order to calculate and understand the Debtors' cash flow projections on an asset-by-asset basis. Furthermore, Houlihan Lokey utilized the cash flow assumptions derived in its operating model to analyze the Debtors' debt capacity on various potential post-emergence capital structures

13

based on discussions with the Debtors and the Committee, as well as consultation with the other Committee advisors. This model was an integral part of the material used by the Committee and its advisors to weigh the merits and risks of potential plan components.

32.     As part of creating this model, Houlihan Lokey diligenced the Debtors' key assumptions on go-forward general & administrative costs as provided by the Debtors and their financial advisors. This diligence included, but was not limited to, analyzing the Debtors' lease operating expense projections of each region on a line-by-line basis, multiple conference calls with the Debtors' management and advisors on key cost assumptions and a several meetings to the Debtors' offices in Texas and California.

33.     Houlihan reviewed the Debtors' KEIP and key employee retention plan ("KERP") on a name-by-name basis, which included a review of the rationale for including affected employees, and in the case of the KEIP, an assessment of the reasonableness of associated targets/milestones. Houlihan Lokey presented the detailed plans and rationale to the Committee and worked with the Debtors' to modify certain aspects of the plans to address Committee recommendations.

**Correspondence with Company, Creditors, and Advisors**

34.     During the Total Compensation Period, the Committee's advisors participated in numerous calls and meetings regarding the key issues of the cases. These calls included full Committee calls as well as certain advisor-only calls to discuss key analyses, issues, and recommendations for the Committee.

35.     During the Total Compensation Period, Houlihan had many meetings and calls with the Debtors and in particular their advisors on a number of matters, including plan negotiations, due diligence, liquidity needs and prospects, business plan development, cost

structure, and case milestones. Houlihan coordinated with A&M and Lazard regarding the flow of information on specific issues.

**Cash Flow Budget**

36. In the Total Compensation Period, Houlihan worked closely with the Debtors' advisors and analyzed a number of 13-week cash budgets to understand the Debtors' liquidity profile and key components of cash inflows and outflows.

37. Over the course of the Total Compensation Period, the Debtors' advisors provided a number of revised cash flow forecasts, showing detailed inflows and outflows of cash for the period ending at the assumed date of emergence. Each time a revised cash flow forecast was shared with the Committee's advisors, Houlihan Lokey performed a detailed review and analysis of the figures, worked closely with the Debtors' advisors to understand any variances from prior versions, and presented its findings and observations to the Committee.

**Hearings, Administrative, and Other**

38. Houlihan Lokey monitored the docket and downloaded filed motions and orders. Additionally, representatives of Houlihan were present at or listened to many of the court hearings during the Total Compensation Period.

39. Houlihan spent time developing its retention application and preparing monthly fee statements. While Houlihan does not generally keep time records, Houlihan's interim retention order stipulated, all personnel keep time and task records, which required time to create the appropriate template, for each employee to fill out each month and to compile this information monthly.

40. Houlihan also researched bankruptcy court-approved fees paid to debtors' investment bankers and financial advisors in connection with other Chapter 11 proceedings in order to assess the reasonableness of advisory fees proposed by Lazard.

15

41.     Houlihan financial staff also performed a comprehensive review of potential conflicts with various parties-in-interest in the case.  The conflicts check was also reviewed by Houlihan's legal department.

42.     Given the amount of information gathered during the Total Compensation Period, Houlihan spent considerable time organizing all of the data onto its internal network.  Houlihan cataloged documents received directly from the Debtors and its advisors and downloaded a significant number of documents from the Debtors' dataroom.

43.     The professional services performed by Houlihan were necessary and appropriate to the administration of the Chapter 11 Cases and were in the best interests of the Committee and other parties in interest.  Compensation for the services described above is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.

## ACTUAL AND NECESSARY DISBURSEMENTS OF HOULIHAN

44.     Houlihan has disbursed $253,528.12[8] as expenses incurred in providing professional services during the Total Compensation Period.  It is Houlihan's policy to charge its clients for all actual and necessary expenses incurred in connection with the engagement.  The expenses charged to clients include, among other things, telephone and telecopier charges, regular mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," and computerized research.  In accordance with the applicable factors enumerated in the Bankruptcy Code, it is respectfully submitted that the amount requested by Houlihan is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services

---

[8] Expenses include $152,446.63 for Ryder Scott's fees and expenses incurred as petroleum engineering consultant to the Committee.

16

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

45.     Houlihan respectfully submits that the services for which it seeks compensation in the Application were necessary for, and beneficial to, the Committee and that Houlihan has satisfied the requirements of sections 328(a), 330(a), and 331 of the Bankruptcy Code as set forth in the Retention Order.  Houlihan's requested compensation is appropriate based on the complexity, importance and nature of the services provided, and is consistent with the customary compensation charged by comparable professionals both in and out of the bankruptcy context.  Houlihan therefore respectfully requests that the Court grant the relief requested in this Application.

## NO DUPLICATION OF SERVICE

46.     Houlihan has developed a cooperative working relationship on behalf of the Committee with Milbank, Tweed, Hadley & McCloy LLP as the Committee's counsel, Porter Hedges LLP as the Committee's special counsel, Quinn Emanuel Urquhart & Sullivan, LLP as the Committee's conflicts counsel, Berkeley Research Group, LLC as the Committee's collateral and lien review financial advisor, and The Carnrite Group, LLC as the Committee's consultant. Because each firm has been aware of the others' role and services to the Committee, Houlihan believes that no unnecessary duplication of services has occurred.

## NO PRIOR REQUEST

47.     No previous motion for the relief sought herein has been made to this or any other court.

17

## CONCLUSION

WHEREFORE, Houlihan respectfully requests the Court enter an order: (a) allowing Houlihan (i) compensation for professional services rendered during the Total Compensation Period in the amount of $6,604,246.57 (which includes a deferred fee of $3,250,000 and $150,000.00 pro-rated for the partial month of April 2018) and (ii) reimbursement of expenses incurred in connection with rendering such services in the aggregate amount of $253,528.12, for a total award of $6,857,774.69; (b) authorizing and directing the Escrow Agent to pay (to the extent not previously paid in accordance with the Interim Compensation Order) to Houlihan $4,061,860.22, which is an amount equal to (i) the $635,917.81 Holdback plus (ii) $3,424,657.53, which represents the unpaid portion of 100% of Houlihan Lokey's fees for services rendered (including the deferred fee of $3,250,000, $150,000.00 for the month of March 2018, and $150,000.00 pro-rated for the partial month of April 2018), plus (iii) $1,284.88, which represents 100% of Houlihan Lokey's unpaid expenses incurred during the Total Compensation Period; and (c) granting such further relief as is just.

Dated: New York, New York
        May 7, 2018

HOULIHAN LOKEY CAPITAL, INC.
Financial Advisor and Investment Banker to the Official
Committee of Unsecured Creditors


By: /s/ John-Paul Hanson
    John-Paul Hanson
    Managing Director

245 Park Avenue, 20th Floor
New York, New York  10167
Telephone:    (212) 497-4262
Facsimile:    (212) 661-3070

**<u>EXHIBIT A</u>**

**HANSON CERTIFICATION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

**In re:**

**BREITBURN ENERGY PARTNERS LP, <u>et</u> <u>al.</u>,**

**Debtors.**

_____

**Chapter 11 Case No.**

**Case No. 16-11390 (SMB)**

**(Jointly Administered)**

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF
FINAL APPLICATION OF HOULIHAN LOKEY CAPITAL, INC.,
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, John-Paul Hanson, hereby certify that:

1.       I am a Managing Director with the applicant firm, Houlihan Lokey Capital, Inc., ("<u>Houlihan</u>"), as investment banker and financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") for the jointly administered chapter 11 cases of Breitburn Energy Partners LP, <u>et.</u> <u>al.</u> (together, the "<u>Debtors</u>"), in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 29, 2013 (the "<u>Local Guidelines</u>"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted January 30, 1996 (the "<u>UST Guidelines</u>") and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Compensation And Reimbursement Of Expenses of Professionals, dated June 15, 2016 (Docket No. 132) (the "<u>Interim Compensation Order</u>," and collectively with the Amended Local Guidelines and UST Guidelines, the "<u>Guidelines</u>").

1

2.      This certification is made in respect of Houlihan's application, dated May 7, 2018, (the "Application"), for compensation and reimbursement of expenses for the period commencing May 26, 2016, through and including April 6, 2018, (the "Total Compensation Period") in accordance with the Guidelines.

3.      In respect of section B.1 of the Local Guidelines, I certify that:

(a)     I have read the application;

(b)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

(c)     The Application respectfully requests that this Court enter an Order awarding Houlihan $6,604,246.57 as compensation for services rendered during the Total Compensation Period and $253,528.12 as reimbursement of reasonable actual and necessary expenses incurred in connection with such services;

(d)     The fees and disbursement requested in the Application are billed in accordance with practices customarily employed by Houlihan and generally accepted by Houlihan's clients; and

(e)     In providing a reimbursable service, Houlihan does not make a profit on that service, whether the service is performed by Houlihan in-house or through a third party.

4.      In respect of section B.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that Houlihan has provided, on a monthly basis or as soon as reasonably possible, statements of Houlihan's fees and disbursements accrued during the previous month, in accordance with the Interim Compensation Order (as defined in the Application), to the Debtors, the Debtors' counsel, the Committee's counsel, the Office of the United States Trustee for the Southern District of New York, and the attorneys for Wells Fargo Bank, National Association, as administrative agent under the Debtor-in-Possession Credit Agreement, Winston & Strawn LLP and has filed such statements with this Court.

2

5.      In respect of section B.3 of the Local Guidelines, I certify that the Debtors,

the Debtors' counsel, the Committee's counsel, the United States Trustee for the Southern

District of New York, and Winston & Strawn LLP are each being provided a copy of the

Application concurrently with the filing thereof and will have at least 14 days to review such

Application prior to any objection deadline with respect thereto.

Dated: New York, New York
        May 7, 2018          Respectfully submitted,


                             HOULIHAN LOKEY CAPITAL, INC.
                             Financial Advisor and Investment Banker to the Official
                             Committee of Unsecured Creditors


                             By: /s/ John-Paul Hanson
                                 John-Paul Hanson
                                 Managing Director

                             245 Park Avenue, 20th Floor
                             New York, New York  10167
                             Telephone:    (212) 497-4262
                             Facsimile:    (212) 661-3070

3

## EXHIBIT B

## RETENTION ORDER

16-11390-smb    Doc 264    Filed 05/27/16    Entered 05/27/16 18:10:32    Main Document
Pg 1 of 6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re                                                        :      Case No. 16-11390 (SMB)
                                                             :
BREITBURN ENERGY PARTNERS LP, *et al.*,  :      Chapter 11
                                                             :
                                    Debtors.          :      (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014 AND
2016, AND S.D.N.Y. LBR 2014-1 AUTHORIZING EMPLOYMENT AND
RETENTION OF HOULIHAN LOKEY CAPITAL, INC., AS FINANCIAL
ADVISOR AND INVESTMENT BANKER TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF BREITBURN ENERGY PARTNERS LP, *ET AL.*
NUNC PRO TUNC TO MAY 26, 2016**

Upon the application, dated June 24, 2016 (the "Application"), of the

Official Committee of Unsecured Creditors (the "Committee") appointed in the above-

captioned chapter 11 cases (the "Chapter 11 Cases") of Breitburn Energy Partners LP and

each of its affiliated Debtors and Debtors in Possession (collectively, "Breitburn" or the

"Debtors") for an order, pursuant to sections 328(a) and 1103 of title 11 of the United

States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014

and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and

rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the

"Local Rules"), authorizing the Committee to retain and employ Houlihan Lokey Capital,

Inc. ("Houlihan") as financial advisor and investment banker for the Committee, *nunc*

*pro tunc* to May 26, 2016, pursuant to the terms of the engagement letter between the

Committee and Houlihan, dated as of May 26, 2016 (the "Engagement Letter"); and the

Court having jurisdiction to consider the Application and the relief requested therein

16-11390-smb    Doc 2479    Filed 05/07/18    Entered 05/07/18 18:10:32    Main Document
Pg 2 of 72

pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and determined that the employment of Houlihan by the Committee is necessary and in the best interest of the Debtors' estates, creditors, and other parties in interest and that the terms of compensation being sought by the Application as set forth in the Engagement Letter are reasonable; and the Court having considered the Declaration of John-Paul Hanson, sworn to June 24, 2016 (the "Hanson Declaration") filed in support of the Application; and the Court being satisfied based on the representations in the Application and the Hanson Declaration that Houlihan does not represent any other entity having an adverse interest in connection with the case; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Application is GRANTED to the extent provided herein; and it is further

ORDERED that in accordance with Sections 328(a) and 1103 of title 11 of chapter 11, United States Code (the "Bankruptcy Code"), the Committee is authorized to employ and to retain Houlihan as financial advisor and investment banker in accordance

2

16-11390-smb    Doc 2674    Filed 05/27/18    Entered 05/27/18 18:10:33    Main Document
Pg 3 of 6

with the terms and conditions set forth in the Application and Engagement Letter, as modified herein, effective <u>nunc pro tunc</u> to May 26, 2016; and it is further

ORDERED that Houlihan shall be compensated for fees and reimbursed for out-of-pocket expenses in accordance with the terms of the Application, as modified herein, and all fees and out-of-pocket expense reimbursements to be paid to Houlihan, including without limitation the Monthly Fees and the Deferred Fee shall be subject to Section 328(a) of the Bankruptcy Code, except as set forth herein; and it is further

ORDERED that, notwithstanding anything to the contrary contained herein or in the Application and Engagement Letter, Houlihan shall file fee interim and final fee applications for allowance of compensation and reimbursement of out-of-pocket expenses pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (General Order M-412), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated January 29, 2013 (General Order M-447) and any other Orders of the Court; and it is further

ORDERED that notwithstanding anything to the contrary set forth above, the U.S. Trustee shall retain rights to respond or object to Houlihan's interim and final applications for compensation based on the reasonableness standard provided for in section 330 of the Bankruptcy Code; provided, that, with respect to the U.S. Trustee's retention of rights under section 330 of the Bankruptcy Code, it is understood and agreed that reasonableness for this purpose shall be evaluated by comparing the fees payable in these cases to fees paid to other investment banking firms offering comparable services in

other chapter 11 cases and shall not be evaluated primarily on the basis of time

committed or the length of these cases; and it is further

ORDERED that all of Houlihan's personnel who provide services to or on

behalf of the Committee, with the exception of clerical staff, shall keep contemporaneous

records of the services they have performed in one-half hour increments and in project

categories; and it is further

ORDERED that Houlihan shall use its best efforts to avoid any

duplication of services provided by any of the Committee's other retained professionals

in these chapter 11 cases; and it is further

ORDERED that all requests of Indemnified Parties (as defined in the

Engagement Letter) for payment of indemnity, contribution, or otherwise shall be made

by means of an interim or final fee application and shall be subject to the approval of, and

review by, the Court to ensure that such payment conforms to the terms of the

Engagement Letter, the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy

Rules, and the orders of this Court, and is reasonable based on the circumstances of the

litigation or settlement in respect of which indemnity is sought; provided that in no event

shall an Indemnified Party be indemnified or receive contribution to the extent that any

claim arose or expense has resulted from any such losses finally judicially determined by

a court of competent jurisdiction to have primarily resulted from the bad-faith, self-

dealing, breach of fiduciary duty, if any, gross negligence, or willful misconduct on the

part of that or any other Indemnified Party; and it is further

ORDERED that in no event shall an Indemnified Party be indemnified or

receive contribution or other payment under the indemnification provisions of the

4

Engagement Letter if the Debtors or a representative of the Debtors' estates asserts a claim, or be entitled to any limitation of its liability or exoneration from liability, to the extent that the Court determines by final order that such claim primarily arose out of, such person's bad-faith, self-dealing, breach of fiduciary duty, if any, gross negligence, or willful misconduct on the part of that or any other Indemnified Party; and it is further

ORDERED that in the event that Houlihan seeks reimbursement for attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to the Application and/or Engagement Letter, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Houlihan's own applications, both interim and final, and these invoices and time records shall be subject to the Amended Guidelines, the UST Guidelines and the approval of the Bankruptcy Court pursuant to Sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have been retained under Section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy Section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that notwithstanding anything to the contrary in the Application and/or Engagement Letter, to the extent that Houlihan uses the services of independent contractors or employees of foreign affiliates or subsidiaries (collectively, the "Contractors") in these cases, Houlihan (i) shall pass-through the cost of such Contractors to the Committee at the same rate that Houlihan pays the Contractors; (ii) shall seek reimbursement for actual out-of-pocket expenses only; and (iii) shall ensure that the Contractors are subject to the same conflict checks and disclosures as required of Houlihan by Rule 2014 of the Bankruptcy Rules; and it is further

16-11390-smb    Doc 264    Filed 07/20/16    Entered 07/20/16 12:04:43    Main Document
Pg 6 of 6

ORDERED that paragraph 9 of the Engagement Letter is revised as follows: "The parties understand that Houlihan Lokey is being engaged hereunder as an independent contractor to provide the services hereunder solely to the Committee.  In performing its services pursuant to this Agreement, Houlihan Lokey is not assuming any responsibility for the Committee's or the Debtors' decision on whether to pursue, endorse or support any business strategy, or to effect, or not to effect, any transaction(s)."; and it is further

ORDERED that the Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that notwithstanding anything to the contrary in the Application or Engagement Letter, this Court shall retain jurisdiction with respect to all matters arising from or related to this Order; and it is further

ORDERED that to the extent there is an inconsistency among this Order, the Application and the Engagement Letter, the terms of this Order shall govern.


Dated: New York, New York
      July 20th___, 2016


/s/ STUART M. BERNSTEIN___
STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT C

## HOURS BY EMPLOYEE

**Breitburn Energy Partners LP**                                                                              **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

| Houlihan Lokey Professionals and Hours May 26, 2016 - April 6, 2018 | | |
|---|---|---|
| **Individual** | **Position** | **Location** |
| Christopher Di Mauro | Managing Director | Los Angeles |
| J.P. Hanson | Managing Director | New York |
| Mark Janik | Managing Director | Houston |
| Brett Lowrey | Managing Director | Dallas |
| Kirk Tholen | Managing Director | Houston |
| Geoff Coutts | Director | Los Angeles |
| Robert Webster | Director | Houston |
| Jerry Eumont | Director | Houston |
| Brandon McWeeny | Vice President | Los Angeles |
| Jim Georgeadis | Associate | Dallas |
| James Emanuelson | Financial Analyst | Dallas |
| Jordan Gaglione | Financial Analyst | Dallas |
| Corbon Heizer | Financial Analyst | Dallas |
| Shantam Jain | Financial Analyst | Los Angeles |
| Jamie Li | Financial Analyst | Los Angeles |
| Michael Marsh | Financial Analyst | Dallas |
| Richard Villanueva | Engineering Analyst | Houston |
| Brian Dixon | Engineering Tech | Houston |
| Richard Villanueva | Engineering Analyst | Houston |

**Breitburn Energy Partners LP**                                                                                                 **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

### Houlihan Lokey Professionals and Hours
### May 26, 2016 - April 6, 2018

| Employee | Position | Interim Compensation Period | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Christopher Di Mauro | Managing Director | 52.0 | 97.0 | 80.0 | 54.0 | 39.5 | 0.5 | 323.0 |
| J.P. Hanson | Managing Director | 53.0 | 99.5 | 86.0 | 64.0 | 76.0 | 34.5 | 413.0 |
| Mark Janik | Managing Director | 15.0 | 9.5 | 6.0 | - | - | - | 30.5 |
| Brett Lowrey | Managing Director | 41.0 | 114.5 | 97.0 | 198.0 | 157.2 | 78.0 | 685.7 |
| Kirk Tholen | Managing Director | 52.5 | 2.5 | - | - | - | - | 55.0 |
| Geoff Coutts | Director | 61.5 | 156.5 | 68.0 | 7.0 | - | - | 293.0 |
| Jerry Eumont | Director | 38.0 | 29.0 | 9.5 | 20.0 | 16.0 | 6.5 | 119.0 |
| Robert Webster | Director | 1.5 | 12.0 | 31.0 | 70.0 | 67.0 | 3.5 | 185.0 |
| Jim Georgeadis | Associate | 131.0 | 197.0 | 150.0 | 264.0 | 286.0 | 132.5 | 1,160.5 |
| Brandon McWeeny | Vice President | 190.0 | 365.0 | 180.5 | 72.5 | 45.5 | 32.5 | 886.0 |
| Corbon Heizer | Financial Analyst | - | - | - | 229.0 | 301.5 | 129.5 | 660.0 |
| Michael Marsh | Financial Analyst | 43.5 | - | - | 147.0 | 262.0 | 179.5 | 632.0 |
| Shantam Jain | Financial Analyst | 71.5 | 98.0 | - | - | - | - | 169.5 |
| Jamie Li | Financial Analyst | 139.5 | 331.5 | 145.5 | 41.5 | - | - | 658.0 |
| Jordan Gaglione | Financial Analyst | 83.5 | 19.0 | 60.5 | - | - | - | 163.0 |
| James Emanuelson | Financial Analyst | - | 176.5 | - | - | - | - | 176.5 |
| Richard Villanueva | Engineering Analyst | 49.0 | 47.0 | 34.0 | 15.0 | 16.0 | 1.5 | 162.5 |
| Brian Dixon | Engineering Tech | 14.0 | 13.0 | - | - | - | - | 27.0 |
| Joe Castanon | Engineering Tech | - | - | - | 3.5 | - | - | 3.5 |
| **Total** | | **1,036.5** | **1,767.5** | **948.0** | **1,185.5** | **1,266.7** | **598.5** | **6,802.7** |

### Houlihan Lokey Hours by Task Code
### May 26, 2016 - April 6, 2018

| Task Code | Task Type | Interim Compensation Period | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | |
| 1 | Analysis, Presentations, and Due Diligence | 664.0 | 1,154.0 | 516.5 | 700.0 | 772.0 | 283.5 | 4,090.0 |
| 2 | Correspondence: Company, Creditors, and Advisors | 258.5 | 437.0 | 351.5 | 391.0 | 371.7 | 99.5 | 1,909.2 |
| 3 | Cash Flow Budget | 5.0 | 1.5 | 1.5 | 0.5 | 4.0 | 2.0 | 14.5 |
| 4 | Hearings, Administrative, and Other | 109.0 | 175.0 | 78.5 | 94.0 | 119.0 | 213.5 | 789.0 |
| **Total** | | **1,036.5** | **1,767.5** | **948.0** | **1,185.5** | **1,266.7** | **598.5** | **6,802.7** |

## **EXHIBIT D**

## **EXPENSE SUMMARY**

**Breitburn Energy Partners LP**                                                                                                    **Houlihan Lokey Capital, Inc.**

Out-of-Pocket Expenses Summary

**Out-of-Pocket Expenses Summary**
**(May 26, 2016 - April 6, 2018)**

| | Interim Compensation Period | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|
| Airfare and Travel Service Charges | $9,434.03 | $8,118.24 | $10,940.64 | $8,573.83 | $6,701.28 | $7,593.13 | $51,361.15 |
| Lodging | 2,638.99 | 3,896.44 | 5,979.73 | 5,502.49 | 2,102.48 | 2,512.28 | 22,632.41 |
| Ground Transportation | 1,993.45 | 1,938.70 | 2,547.06 | 2,011.65 | 1,155.56 | 1,341.59 | 10,988.01 |
| Travel and Overtime Meals | 3,244.37 | 5,290.40 | 1,935.14 | 1,473.15 | 1,883.88 | 1,563.40 | 15,390.34 |
| Telephone and Data | 734.37 | 884.66 | 185.47 | 554.53 | 274.69 | 130.50 | 2,764.22 |
| Research | - | - | 14.92 | - | - | - | 14.92 |
| Ryder Scott Expense | - | - | - | - | 152,446.63 | - | 152,446.63 |
| Credit Against Airfare and Mobile Charges [1] | - | (1,728.22) | - | - | - | - | (1,728.22) |
| Credit Against Lodging Expense [2] | - | - | (190.85) | - | - | - | (190.85) |
| Credit Against Meals and Entertainment [3] | - | - | - | - | - | (150.49) | (150.49) |
| **Total Out-of-Pocket Expenses** | **$18,045.21** | **$18,400.22** | **$21,412.11** | **$18,115.65** | **$164,564.52** | **$12,990.41** | **$253,528.12** |

*(1) Pursuant to an agreement with the Office of the United States Trustee, represents voluntary adjustment to (i) remove all mobile phone charges ($592.43 for the First Interim Application, $233.01 for the Third Fee Statement, and $301.49 for the Fourth Fee Statement) and (ii) reduce the airfare of two flights by $601.29 (in total) to reflect estimated economy pricing*

*(2) Pursuant to an agreement with the Office of the United States Trustee, represents voluntary adjustment to reduce a lodging expense included in Houlihan's Fifth Fee Statement by $190.85*

*(3) Pursuant to an agreement with the Office of the United States Trustee, represents voluntary adjustment to reduce meal and entertainment expense by $150.49 to reflect expense allotment for meals (for the Fifth Interim Application and Eigtheenth Fee Statement)*

## **EXHIBIT E**

## **RYDER SCOTT EXPENSE SUMMARY**



**RYDER SCOTT COMPANY, L.P.**
**1100 LOUISIANA, SUITE 4600**
**HOUSTON, TX  77002**
**(713) 651-9191**

September 22, 2017
PROJECT No:    4305-BRI 2017

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BREITBURN ENERGY PARTNERS LP
(CASE NO. 16-11390-SMB, S.D.N.Y.)

Invoice No: 4305BRI2017-0922M

| FOR PROFESSIONAL SERVICES RENDERED | $152,446.63 |
|---|---|

TERMS: Payment due within 30 days of date on invoice. A 1% per month interest charge will be assessed after 30 days from date of invoice.



**RYDER SCOTT COMPANY, L.P.**
**1100 LOUISIANA, SUITE 4600**
**HOUSTON, TX 77002**
**(713) 651-9191**

August 17, 2017
PROJECT No:    4305-BRI 2017

JIM GEORGEADIS
HOULIHAN LOKEY
100 CRESCENT CT., SUITE 900
DALLAS. TX 75201

Invoice No:   4305BRI2017-0817M

---

FOR SERVICES RENDERED IN CONNECTION WITH THE AUDIT OF PROVED, PROBABLE, AND POSSIBLE RESERVES AND DISCOUNTED CASH FLOW OF BREITBURN ENERGY BASED UPON SEC PARAMETERS.

---

|  | HOURS |  |  |
|---|---|---|---|
| PROFESSIONAL |  |  |  |
| CAGLE, ADAM | 54.00 |  |  |
| FILLER, STUART | 71.00 |  |  |
| FRY, KEVEN | 54.00 |  |  |
| NELSON, ERIC | 17.00 |  |  |
| OKAFOR, AMARA | 83.00 |  |  |
| OWEN, SUSAN | 4.50 |  |  |
| PALKE, MILES | 4.50 |  |  |
| PORBANDARWALA, ALI | 15.50 |  |  |
| ROBINSON, V. RICK | 4.00 |  |  |
| SEPOLIO, ERIC | 26.00 |  |  |
| SMITH, TIM | 98.00 |  |  |
| WOODROME, LEHI | 21.50 |  |  |
|  | 453.00 | TOTAL PROFESSIONAL | $143,211.50 |
| TECHNICIANS |  |  |  |
| MARETIC, ANN | 24.00 |  |  |
| WAGNER, CHRISTOPHER | 28.50 |  |  |
|  | 52.50 | TOTAL TECHNICIANS | $9,187.50 |
| **TOTAL LABOR** | **505.50** |  | **$152,399.00** |
| **EXPENSES** |  |  |  |
| FILLER, STUART |  | $47.63 |  |
| **TOTAL EXPENSES** |  |  | **$47.63** |

U.S. WIRE TRANSFER DATA:

**TOTAL INVOICE     US   $152,446.63**

COMPANY: RYDER SCOTT COMPANY
BANK:   BANK OF AMERICA, N.A.
ADDRESS: HOUSTON, TEXAS, U.S.A.
SWIFT CODE: BOFAUS3N
ABA (ROUTING NO.) FOR WIRE TRANSFERS: 0260-0959-3
               FOR ACH DIRECT DEPOSITS: 111-0000-25
OFFICER: MR. JIM BULLERS
ACCOUNT NUMBER: 0047-7044-6822

---

TERMS: Payment due within 30 days of date on invoice. A 1% per month interest charge will be assessed after 30 days from date of invoice.

Subject: Breitburn Project Status

The project generally started with a kick-off meeting which was held on May 15, 2017 and included representatives from Breitburn, Houlihan Lokey, Ryder Scott (3 engineers and 1 geologist), Netherland, Sewell & Associates (NSAI) and Cawley, Gillespie & Associates (CG&A).  The purpose of the meeting was for NSAI and CG&A to review the methodologies they used for each of the fields for which they had performed reserves evaluations for Breitburn at Year-End 2016 (YE2016). Ryder Scott was tasked to perform an audit of the work of NSAI and CG&A to determine if Ryder Scott could verify the results of the reserves and cash flows to within a 10% tolerance.

The Breitburn properties include approximately 3,000 to 4,000 producing wells, behind pipe zones and undeveloped locations located generally in Texas, Louisiana, Oklahoma, New Mexico, California, Michigan and Wyoming. Two of the fields are Enhance Recovery Projects. The scope of work also included Ryder Scott to conduct a process review of Breitburn's probable and possible reserves for the East Texas Gas area (Division IV) and for Permian EMB area (Division VI) which were included in their March 2017 business plan.

Ryder Scott began work in earnest after this kick-off meeting as Houlihan Lokey had indicated the project needed to be completed in 4 weeks.  On May 17, Ryder Scott held an internal kick-off meeting with the full team which had been assembled to work on the project. Due to the size of the project and short time schedule, a substantial team was assembled to work on the project.

As production data had already been received at this  point, the team was able to quickly begin projecting reserves for the producing wells. However, data was limited relating to the behind pipe and undeveloped reserves. Ryder Scott submitted requests for data and questions to Houlihan Lokey who coordinated with Breitburn, NSAI and CG&A to help obtain the data needed. They were able to get us access to a digital data room through which data from NSAI, CG&A and Breitburn was made available to us.

Over a 3 week period, good progress was made on the proved producing reserves which (currently) are approximately 80% complete. For the undeveloped and behind pipe reserves, the work is approximately 50% complete with still much work to do on the Postle and Jay EOR fields.

In addition to the reserves audit, a process review with Breitburn regarding their probable and possible reserves also remains to be completed. Below is a summary of the work in each division:

Division I - Rockies Big Horn and Green River Basins, Eastern Michigan and Gulf Coast:

In this area approximately 1,500 producing wells were reviewed and reserves projected, and approximately 40 behind pipe and undeveloped locations were evaluated.  Many of the behind pipe and undeveloped reserves were found to be uneconomic, and thus were reviewed quickly. For the others the analogy method was generally used to forecast reserves.

Division II – California San Joaquin and L.A. Basins:

Approximately 500 producing wells and 150 behind pipe and undeveloped wells were under review. Good progress had been made on the producing wells, but we were still reviewing this work. For the behind pipe and undeveloped reserves work had started but a lot of work remains.

<u>Division IV – ArkLaTex Upper Gulf Coast Basin:</u>

This division includes approximately 720 producing wells and 250 behind pipe and undeveloped wells. Preliminary projections were completed for the producing wells. Most of the behind pipe and undeveloped wells were also completed. For these cases, logs were reviewed to verify pay zones, and maps reviewed to aid in analogy review. In some cases other wells were reviewed using public data to aid in our analogy review.

<u>Division V – Enhanced Oil Recovery:</u>

This is the most complex area and where much work still remains. This division includes approximately 125 producing wells and 140 behind pipe and undeveloped wells which are mostly in the Postle and Jay fields. As enhanced recovery fields are generally complex and expansions of the existing patterns were planned, Ryder Scott has started reviews on each field, but further work is needed.  Houlihan Lokey aided Ryder Scott in setting up phone conferences with both NSAI for the Jay field and CG&A for the Postle field.  Both reserves and costs were discussed in these calls. Additional discussions are needed with NSAI and CG&A to complete work on these fields.

<u>Division VI – West Texas Permian Basin:</u>

This area includes approximately 400 producing wells and 52 behind pipe and undeveloped locations. Most of the producing wells are vertical wells in the Spraberry trend which is now being further developed with horizontal wells and multi-stage fracing. Breitburn has an acreage position which is offset by other operators  who have had good success with the horizontal wells. For this work Ryder Scott reviewed and confirmed type curves and used analogy to make reserve projections for these undeveloped wells. In some cases public data was obtained to aid in the review of offset wells. Good progress was made in this area with most preliminary work complete.

In total, eleven engineers (11), two (2) engineering technicians, and one (1) geologist have worked on this project. The billings to date total $152,447 from 505.5 hours of work. The project is approximately 60% complete and would require roughly 3 weeks of additional work and $100,000 - $150,000 to complete the project. The time remaining and costs would depend on the degree of review and additional requests, after our preliminary results are submitted.

**<u>EXHIBIT F</u>**

**HOULIHAN LOKEY FEE CALCULATION**

**Breitburn Energy Partners LP**                                              **Houlihan Lokey Capital, Inc.**
Houlihan Lokey Fee Calculation

| Deferred Fee | | | |
|---|---|---|---|
| | | | Fee Amount |
| **Deferred Fee:** | | | |
| Fixed Fee Amount | | | $3,250,000.00 |
| **(A) Total Deferred Fixed Fee Payable** | | | **$3,250,000.00** |

| Monthly Fees | | | |
|---|---|---|---|
| | Months | Fee | Fee Amount |
| **Monthly Fees:** | | | |
| Partial Monthly Fee - May 2016 | 0.20 | $150,000.00 | $29,589.04 |
| Full Monthly Fees (June 2016 - March 2018) | 22.00 | $150,000.00 | $3,300,000.00 |
| Partial Monthly Fee - April 2018 | 0.16 | $150,000.00 | $24,657.53 |
| **Total Monthly Fees (Including 20% Holdback)** | | | **$3,354,246.57** |
| Less: Monthly Fees Paid (Net of 20% Holdback) [1] | 21.20 | $120,000.00 | ($2,543,671.23) |
| **(B) Total Holdback Fees Payable** | | | **$810,575.34** |
| | | | |
| (A) Deferred Fee - Fixed Amount | | | $3,250,000.00 |
| (B) Holdback Fees | | | $810,575.34 |
| **Net Total Fee Payable to Houlihan Lokey** | | | **$4,060,575.34** |

*(1) To date, Houlihan Lokey has received payments for twenty-one full months between June 1, 2016 and February 28, 2018 and one prorated month between May 26, 2016 and June 1, 2016 in the amount of 80% of $150,000 per month*

**EXHIBIT G**

**HOURS BY EMPLOYEE FOR THE SIXTH INTERM COMPENSATION PERIOD**

**Breitburn Energy Partners LP**  **Houlihan Lokey Capital, Inc.**
Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

### Houlihan Lokey Professionals and Hours
### (December 1 - December 31, 2017)

| Employee | Position | Category | | | | Total |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | |
| Christopher Di Mauro | Managing Director | - | - | - | 0.5 | 0.5 |
| J.P. Hanson | Managing Director | 1.5 | 11.5 | - | 0.5 | 13.5 |
| Brett Lowrey | Managing Director | 5.0 | 11.5 | - | 0.5 | 17.0 |
| Jerry Eumont | Director | 6.0 | - | - | 0.5 | 6.5 |
| Robert Webster | Director | 3.0 | - | - | 0.5 | 3.5 |
| Jim Georgeadis | Associate | 6.0 | 11.5 | - | 2.0 | 19.5 |
| Brandon McWeeny | Vice President | - | - | - | 0.5 | 0.5 |
| Corbon Heizer | Financial Analyst | 22.0 | 11.5 | - | 2.0 | 35.5 |
| Michael Marsh | Financial Analyst | 28.0 | 11.5 | - | 2.0 | 41.5 |
| Richard Villanueva | Engineering Analyst | 1.0 | - | - | 0.5 | 1.5 |
| **Total** | | **72.5** | **57.5** | **-** | **9.5** | **139.5** |

### Legend

| | |
|---|---|
| **1** | Analysis, Presentations, and Due Diligence |
| **2** | Correspondence with Company, Creditors, and Advisors |
| **3** | Cash Flow Budget |
| **4** | Hearings, Administrative, and Other |

**Breitburn Energy Partners LP**                                                                           **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 **1 = Analysis, Presentations, and Due Diligence**
 **2 = Correspondence with Company, Creditors, and Advisors**
 **3 = Cash Flow Budget**
 **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(December 1 - December 31, 2017)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|------|-----|-------|-----------:|---:|---:|---:|------------:|
| **Christopher Di Mauro** | | | | | | | |
| 12/14/2017 | Thu | Case Conference Call | - | - | - | 0.5 | 0.5 |
| **December 2017 Total** | | | **-** | **-** | **-** | **0.5** | **0.5** |
| **J.P. Hanson** | | | | | | | |
| 12/1/2017 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/4/2017 | Mon | Analysis | 1.0 | - | - | - | 1.0 |
| 12/5/2017 | Tue | Correspondence | - | 3.0 | - | - | 3.0 |
| 12/6/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/8/2017 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/11/2017 | Mon | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/12/2017 | Tue | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/13/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/14/2017 | Thu | Analysis, Case Conference Call, Correspondence | 0.5 | 0.5 | - | 0.5 | 1.5 |
| 12/18/2017 | Mon | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/19/2017 | Tue | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/20/2017 | Wed | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/21/2017 | Thu | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/27/2017 | Wed | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/28/2017 | Thu | Correspondence | - | 0.5 | - | - | 0.5 |
| **December 2017 Total** | | | **1.5** | **11.5** | **-** | **0.5** | **13.5** |
| **Brett Lowrey** | | | | | | | |
| 12/1/2017 | Fri | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/4/2017 | Mon | Analysis | 1.5 | - | - | - | 1.5 |
| 12/5/2017 | Tue | Correspondence | - | 3.0 | - | - | 3.0 |
| 12/6/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/8/2017 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/11/2017 | Mon | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/12/2017 | Tue | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/13/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/14/2017 | Thu | Analysis, Case Conference Call, Correspondence | 0.5 | 0.5 | - | 0.5 | 1.5 |
| 12/18/2017 | Mon | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/19/2017 | Tue | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |

**Breitburn Energy Partners LP**                                                                                          **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 **1 = Analysis, Presentations, and Due Diligence**
 **2 = Correspondence with Company, Creditors, and Advisors**
 **3 = Cash Flow Budget**
 **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(December 1 - December 31, 2017)**

| Date | Day | Notes | 1 | 2 | 3 | 4 | Total Hours |
|------|-----|-------|---|---|---|---|-------------|
| | | | | | **Category** | | **Total** |
| 12/20/2017 | Wed | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/21/2017 | Thu | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/27/2017 | Wed | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/28/2017 | Thu | Correspondence | - | 0.5 | - | - | 0.5 |
| **December 2017 Total** | | | **5.0** | **11.5** | **-** | **0.5** | **17.0** |
| **Brandon McWeeny** | | | | | | | |
| 12/14/2017 | Thu | Case Conference Call | - | - | - | 0.5 | 0.5 |
| **December 2017 Total** | | | **-** | **-** | **-** | **0.5** | **0.5** |
| **Jim Georgeadis** | | | | | | | |
| 12/1/2017 | Fri | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/5/2017 | Tue | Correspondence | - | 3.0 | - | - | 3.0 |
| 12/6/2017 | Wed | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/8/2017 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/11/2017 | Mon | Analysis, Correspondence, Administrative | 0.5 | 0.5 | - | 0.5 | 1.5 |
| 12/12/2017 | Tue | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/13/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/14/2017 | Thu | Analysis, Case Conference Call, Correspondence | 0.5 | 0.5 | - | 0.5 | 1.5 |
| 12/18/2017 | Mon | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/19/2017 | Tue | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/20/2017 | Wed | Correspondence | - | 0.5 | - | - | 0.5 |
| 12/21/2017 | Thu | Analysis, Correspondence | 0.5 | 0.5 | - | - | 1.0 |
| 12/27/2017 | Wed | Correspondence, Administrative | - | 0.5 | - | 1.0 | 1.5 |
| 12/28/2017 | Thu | Analysis, Correspondence | 0.5 | 0.5 | - | - | 1.0 |
| **December 2017 Total** | | | **6.0** | **11.5** | **-** | **2.0** | **19.5** |
| **Corbon Heizer** | | | | | | | |
| 12/1/2017 | Fri | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/3/2017 | Sun | Analysis | 1.0 | - | - | - | 1.0 |
| 12/4/2017 | Mon | Analysis | 1.0 | - | - | - | 1.0 |
| 12/5/2017 | Tue | Correspondence | - | 3.0 | - | - | 3.0 |
| 12/6/2017 | Wed | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/7/2017 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 12/8/2017 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |

**Breitburn Energy Partners LP**                                                                                          **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
  **1 = Analysis, Presentations, and Due Diligence**
  **2 = Correspondence with Company, Creditors, and Advisors**
  **3 = Cash Flow Budget**
  **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(December 1 - December 31, 2017)**

| | | | Category | | | | Total |
| Date | Day | Notes | 1 | 2 | 3 | 4 | Hours |
|---|---|---|---|---|---|---|---|
| 12/11/2017 | Mon | Analysis, Correspondence, Administrative | 2.5 | 0.5 | - | 0.5 | 3.5 |
| 12/12/2017 | Tue | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/13/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/14/2017 | Thu | Analysis, Case Conference Call, Correspondence | 0.5 | 0.5 | - | 0.5 | 1.5 |
| 12/17/2017 | Sun | Analysis | 1.0 | - | - | - | 1.0 |
| 12/18/2017 | Mon | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/19/2017 | Tue | Analysis, Correspondence | 1.5 | 0.5 | - | - | 2.0 |
| 12/20/2017 | Wed | Analysis, Correspondence | 5.0 | 0.5 | - | - | 5.5 |
| 12/21/2017 | Thu | Analysis, Correspondence | 2.0 | 0.5 | - | - | 2.5 |
| 12/22/2017 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 12/26/2017 | Tue | Analysis | 0.5 | - | - | - | 0.5 |
| 12/27/2017 | Wed | Analysis, Correspondence, Administrative | 0.5 | 0.5 | - | 1.0 | 2.0 |
| 12/28/2017 | Thu | Analysis, Correspondence | 0.5 | 0.5 | - | - | 1.0 |
| **December 2017 Total** | | | **22.0** | **11.5** | **-** | **2.0** | **35.5** |
| **Michael Marsh** | | | | | | | |
| 12/1/2017 | Fri | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/3/2017 | Sun | Analysis | 2.0 | - | - | - | 2.0 |
| 12/4/2017 | Mon | Analysis | 1.5 | - | - | - | 1.5 |
| 12/5/2017 | Tue | Correspondence | - | 3.0 | - | - | 3.0 |
| 12/6/2017 | Wed | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 12/7/2017 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 12/8/2017 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/11/2017 | Mon | Analysis, Correspondence, Administrative | 2.5 | 0.5 | - | 0.5 | 3.5 |
| 12/12/2017 | Tue | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/13/2017 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 12/14/2017 | Thu | Analysis, Case Conference Call, Correspondence | 0.5 | 0.5 | - | 0.5 | 1.5 |
| 12/17/2017 | Sun | Analysis | 2.5 | - | - | - | 2.5 |
| 12/18/2017 | Mon | Analysis, Correspondence | 1.0 | 0.5 | - | - | 1.5 |
| 12/19/2017 | Tue | Analysis, Correspondence | 3.0 | 0.5 | - | - | 3.5 |
| 12/20/2017 | Wed | Analysis, Correspondence | 4.0 | 0.5 | - | - | 4.5 |
| 12/21/2017 | Thu | Analysis, Correspondence | 0.5 | 0.5 | - | - | 1.0 |
| 12/22/2017 | Fri | Analysis | 3.0 | - | - | - | 3.0 |
| 12/26/2017 | Tue | Analysis | 1.0 | - | - | - | 1.0 |

**Breitburn Energy Partners LP**                                                                                          **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 **1 = Analysis, Presentations, and Due Diligence**
 **2 = Correspondence with Company, Creditors, and Advisors**
 **3 = Cash Flow Budget**
 **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(December 1 - December 31, 2017)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| 12/27/2017 | Wed | Analysis, Correspondence, Administrative | 2.0 | 0.5 | - | 1.0 | 3.5 |
| 12/28/2017 | Thu | Analysis, Correspondence | 0.5 | 0.5 | - | - | 1.0 |
| **December 2017 Total** | | | **28.0** | **11.5** | **-** | **2.0** | **41.5** |
| **Robert Webster** | | | | | | | |
| 12/4/2017 | Mon | Analysis | 1.0 | - | - | - | 1.0 |
| 12/5/2017 | Tue | Analysis | 2.0 | - | - | - | 2.0 |
| 12/14/2017 | Thu | Case Conference Call | - | - | - | 0.5 | 0.5 |
| **December 2017 Total** | | | **3.0** | **-** | **-** | **0.5** | **3.5** |
| **Jerry Eumont** | | | | | | | |
| 12/4/2017 | Mon | Analysis | 1.0 | - | - | - | 1.0 |
| 12/5/2017 | Tue | Analysis | 2.0 | - | - | - | 2.0 |
| 12/14/2017 | Thu | Case Conference Call | - | - | - | 0.5 | 0.5 |
| 12/19/2017 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 12/20/2017 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| 12/21/2017 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| **December 2017 Total** | | | **6.0** | **-** | **-** | **0.5** | **6.5** |
| **Richard Villanueva** | | | | | | | |
| 12/5/2017 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 12/14/2017 | Thu | Case Conference Call | - | - | - | 0.5 | 0.5 |
| **December 2017 Total** | | | **1.0** | **-** | **-** | **0.5** | **1.5** |
| **December 2017 Grand Total** | | | **72.5** | **57.5** | **-** | **9.5** | **139.5** |

**Breitburn Energy Partners LP**                                                                    **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

**Houlihan Lokey Professionals and Hours**
**(January 1 - January 31, 2018)**

| Employee | Position | Category 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|---|
| J.P. Hanson | Managing Director | - | 3.0 | - | 5.0 | 8.0 |
| Brett Lowrey | Managing Director | 4.0 | 7.0 | - | 23.0 | 34.0 |
| Jim Georgeadis | Associate | 18.0 | 3.0 | - | 29.0 | 50.0 |
| Brandon McWeeny | Vice President | 3.0 | 2.0 | - | 5.0 | 10.0 |
| Corbon Heizer | Financial Analyst | 27.0 | 1.0 | - | 23.0 | 51.0 |
| Michael Marsh | Financial Analyst | 33.0 | 1.0 | - | 34.0 | 68.0 |
| **Total** | | **85.0** | **17.0** | **-** | **119.0** | **221.0** |

**Legend**

| | |
|---|---|
| **1** | Analysis, Presentations, and Due Diligence |
| **2** | Correspondence with Company, Creditors, and Advisors |
| **3** | Cash Flow Budget |
| **4** | Hearings, Administrative, and Other |

**Breitburn Energy Partners LP**                                                                                               **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
  **1 = Analysis, Presentations, and Due Diligence**
  **2 = Correspondence with Company, Creditors, and Advisors**
  **3 = Cash Flow Budget**
  **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(January 1 - January 31, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| **J.P. Hanson** | | | | | | | |
| 1/2/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 1/9/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 1/10/2018 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 1/11/2018 | Thu | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| **January 2018 Total** | | | - | 3.0 | - | 5.0 | 8.0 |
| **Brett Lowrey** | | | | | | | |
| 1/2/2018 | Tue | Correspondence | - | 3.0 | - | - | 3.0 |
| 1/5/2018 | Fri | Hearing | - | - | - | 3.0 | 3.0 |
| 1/9/2018 | Tue | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 1/10/2018 | Wed | Analysis, Correspondence | 2.0 | 2.0 | - | - | 4.0 |
| 1/11/2018 | Thu | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/12/2018 | Fri | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/16/2018 | Tue | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/22/2018 | Mon | Confirmation Hearing | - | - | - | 3.0 | 3.0 |
| 1/23/2018 | Tue | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 1/25/2018 | Thu | Hearing | - | - | - | 2.0 | 2.0 |
| **January 2018 Total** | | | 4.0 | 7.0 | - | 23.0 | 34.0 |
| **Brandon McWeeny** | | | | | | | |
| 1/9/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 1/10/2018 | Wed | Correspondence | - | 1.0 | - | - | 1.0 |
| 1/11/2018 | Thu | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/28/2018 | Sun | Analysis | 3.0 | - | - | - | 3.0 |
| **January 2018 Total** | | | 3.0 | 2.0 | - | 5.0 | 10.0 |
| **Jim Georgeadis** | | | | | | | |
| 1/2/2018 | Tue | Analysis | 2.0 | - | - | - | 2.0 |
| 1/3/2018 | Wed | Analysis | 2.0 | - | - | - | 2.0 |
| 1/4/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 1/5/2018 | Fri | Analysis, Hearing | 4.0 | - | - | 3.0 | 7.0 |
| 1/9/2018 | Tue | Analysis, Correspondence, Administrative | 1.0 | 1.0 | - | 5.0 | 7.0 |
| 1/10/2018 | Wed | Analysis, Correspondence, Administrative | 1.0 | 1.0 | - | 1.0 | 3.0 |
| 1/11/2018 | Thu | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/12/2018 | Fri | Confirmation Hearing | - | - | - | 5.0 | 5.0 |

**Breitburn Energy Partners LP**                                                              **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 **1 = Analysis, Presentations, and Due Diligence**
 **2 = Correspondence with Company, Creditors, and Advisors**
 **3 = Cash Flow Budget**
 **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(January 1 - January 31, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| 1/16/2018 | Tue | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/22/2018 | Mon | Analysis, Confirmation Hearing | 1.0 | - | - | 3.0 | 4.0 |
| 1/23/2018 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 1/25/2018 | Thu | Hearing | - | - | - | 2.0 | 2.0 |
| 1/26/2018 | Fri | Analysis | 3.0 | - | - | - | 3.0 |
| 1/29/2018 | Mon | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 1/31/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| **January 2018 Total** | | | **18.0** | **3.0** | **-** | **29.0** | **50.0** |
| **Corbon Heizer** | | | | | | | |
| 1/2/2018 | Tue | Analysis | 4.0 | - | - | - | 4.0 |
| 1/3/2018 | Wed | Analysis | 4.0 | - | - | - | 4.0 |
| 1/4/2018 | Thu | Analysis | 2.0 | - | - | - | 2.0 |
| 1/5/2018 | Fri | Analysis, Hearing | 3.0 | - | - | 3.0 | 6.0 |
| 1/9/2018 | Tue | Analysis | 3.0 | - | - | - | 3.0 |
| 1/10/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| 1/11/2018 | Thu | Analysis, Confirmation Hearing | 2.0 | - | - | 5.0 | 7.0 |
| 1/12/2018 | Fri | Analysis, Confirmation Hearing | 1.0 | - | - | 5.0 | 6.0 |
| 1/16/2018 | Tue | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/22/2018 | Mon | Analysis, Confirmation Hearing | 1.0 | - | - | 3.0 | 4.0 |
| 1/23/2018 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 1/25/2018 | Thu | Hearing | - | - | - | 2.0 | 2.0 |
| 1/26/2018 | Fri | Analysis | 3.0 | - | - | - | 3.0 |
| 1/29/2018 | Mon | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 1/31/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| **January 2018 Total** | | | **27.0** | **1.0** | **-** | **23.0** | **51.0** |
| **Michael Marsh** | | | | | | | |
| 1/1/2018 | Mon | Analysis | 1.0 | - | - | - | 1.0 |
| 1/2/2018 | Tue | Analysis | 4.0 | - | - | - | 4.0 |
| 1/3/2018 | Wed | Analysis | 4.0 | - | - | - | 4.0 |
| 1/4/2018 | Thu | Analysis | 2.0 | - | - | - | 2.0 |
| 1/5/2018 | Fri | Analysis, Hearing | 3.0 | - | - | 3.0 | 6.0 |
| 1/6/2018 | Sat | Analysis | 2.0 | - | - | - | 2.0 |
| 1/9/2018 | Tue | Administrative | - | - | - | 5.0 | 5.0 |
| 1/10/2018 | Wed | Administrative | - | - | - | 1.0 | 1.0 |

**Breitburn Energy Partners LP**                                                                                                **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 **1 = Analysis, Presentations, and Due Diligence**
 **2 = Correspondence with Company, Creditors, and Advisors**
 **3 = Cash Flow Budget**
 **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(January 1 - January 31, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| 1/11/2018 | Thu | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/12/2018 | Fri | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/13/2018 | Sat | Analysis | 2.0 | - | - | - | 2.0 |
| 1/14/2018 | Sun | Analysis | 2.0 | - | - | - | 2.0 |
| 1/15/2018 | Mon | Analysis | 2.0 | - | - | - | 2.0 |
| 1/16/2018 | Tue | Confirmation Hearing | - | - | - | 5.0 | 5.0 |
| 1/17/2018 | Wed | Analysis | 2.0 | - | - | - | 2.0 |
| 1/18/2018 | Thu | Analysis | 2.0 | - | - | - | 2.0 |
| 1/22/2018 | Mon | Analysis, Administrative, Confirmation Hearing | 1.0 | - | - | 5.0 | 6.0 |
| 1/23/2018 | Tue | Analysis, Administrative | 1.0 | - | - | 2.0 | 3.0 |
| 1/25/2018 | Thu | Hearing | - | - | - | 2.0 | 2.0 |
| 1/26/2018 | Fri | Analysis, Administrative | 3.0 | - | - | 1.0 | 4.0 |
| 1/29/2018 | Mon | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 1/31/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| **January 2018 Total** | | | **33.0** | **1.0** | **-** | **34.0** | **68.0** |
| **January 2018 Grand Total** | | | **85.0** | **17.0** | **-** | **119.0** | **221.0** |

**Breitburn Energy Partners LP**                                                                    **Houlihan Lokey Capital, Inc.**
Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

### Houlihan Lokey Professionals and Hours
### (February 1 - February 28, 2018)

| Employee | Position | Category 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|---|
| J.P. Hanson | Managing Director | - | - | - | 3.0 | 3.0 |
| Brett Lowrey | Managing Director | 3.0 | 4.0 | - | 3.0 | 10.0 |
| Jim Georgeadis | Associate | 10.0 | 7.0 | 2.0 | 11.0 | 30.0 |
| Brandon McWeeny | Vice President | 8.0 | - | - | 3.0 | 11.0 |
| Corbon Heizer | Financial Analyst | 12.0 | - | - | 7.0 | 19.0 |
| Michael Marsh | Financial Analyst | 30.0 | - | - | 13.0 | 43.0 |
| **Total** | | **63.0** | **11.0** | **2.0** | **40.0** | **116.0** |

### Legend

| | |
|---|---|
| **1** | Analysis, Presentations, and Due Diligence |
| **2** | Correspondence with Company, Creditors, and Advisors |
| **3** | Cash Flow Budget |
| **4** | Hearings, Administrative, and Other |

**Breitburn Energy Partners LP**                                                                                              **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
  **1 = Analysis, Presentations, and Due Diligence**
  **2 = Correspondence with Company, Creditors, and Advisors**
  **3 = Cash Flow Budget**
  **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(February 1 - February 28, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| **J.P. Hanson** | | | | | | | |
| 2/13/2018 | Tue | Hearing | - | - | - | 3.0 | 3.0 |
| **February 2018 Total** | | | **-** | **-** | **-** | **3.0** | **3.0** |
| **Brett Lowrey** | | | | | | | |
| 2/2/2018 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/6/2018 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 2/12/2018 | Mon | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/13/2018 | Tue | Analysis, Hearing | 1.0 | - | - | 3.0 | 4.0 |
| 2/15/2018 | Thu | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/20/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/26/2018 | Mon | Analysis | 1.0 | - | - | - | 1.0 |
| **February 2018 Total** | | | **3.0** | **4.0** | **-** | **3.0** | **10.0** |
| **Brandon McWeeny** | | | | | | | |
| 2/4/2018 | Sun | Analysis | 2.0 | - | - | - | 2.0 |
| 2/11/2018 | Sun | Analysis | 2.0 | - | - | - | 2.0 |
| 2/13/2018 | Tue | Hearing | - | - | - | 3.0 | 3.0 |
| 2/25/2018 | Sun | Analysis | 4.0 | - | - | - | 4.0 |
| **February 2018 Total** | | | **8.0** | **-** | **-** | **3.0** | **11.0** |
| **Jim Georgeadis** | | | | | | | |
| 2/1/2018 | Thu | Analysis, Correspondence | 1.0 | 1.0 | - | - | 2.0 |
| 2/2/2018 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/3/2018 | Sat | Analysis, Cash Flow Budget | 1.0 | - | 2.0 | - | 3.0 |
| 2/6/2018 | Tue | Analysis, Administrative | 2.0 | - | - | 1.0 | 3.0 |
| 2/7/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| 2/8/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 2/12/2018 | Mon | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/13/2018 | Tue | Analysis, Hearing | 1.0 | - | - | 3.0 | 4.0 |
| 2/15/2018 | Thu | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/17/2018 | Sat | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/20/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 2/23/2018 | Fri | Analysis, Correspondence, Administrative | 1.0 | 1.0 | - | 3.0 | 5.0 |
| 2/25/2018 | Sun | Analysis, Administrative | 1.0 | - | - | 2.0 | 3.0 |
| 2/26/2018 | Mon | Analysis, Administrative | 1.0 | - | - | 2.0 | 3.0 |
| **February 2018 Total** | | | **10.0** | **7.0** | **2.0** | **11.0** | **30.0** |

**Breitburn Energy Partners LP**                                                                                     **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
  **1 = Analysis, Presentations, and Due Diligence**
  **2 = Correspondence with Company, Creditors, and Advisors**
  **3 = Cash Flow Budget**
  **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(February 1 - February 28, 2018)**

| Date | Day | Notes | 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| **Corbon Heizer** | | | | | | | |
| 2/6/2018 | Tue | Analysis, Administrative | 3.0 | - | - | 1.0 | 4.0 |
| 2/7/2018 | Wed | Analysis | 2.0 | - | - | - | 2.0 |
| 2/8/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 2/13/2018 | Tue | Analysis, Hearing | 2.0 | - | - | 3.0 | 5.0 |
| 2/23/2018 | Fri | Analysis, Administrative | 2.0 | - | - | 1.0 | 3.0 |
| 2/25/2018 | Sun | Analysis, Administrative | 1.0 | - | - | 1.0 | 2.0 |
| 2/26/2018 | Mon | Analysis, Administrative | 1.0 | - | - | 1.0 | 2.0 |
| **February 2018 Total** | | | **12.0** | **-** | **-** | **7.0** | **19.0** |
| **Michael Marsh** | | | | | | | |
| 2/2/2018 | Fri | Analysis | 3.0 | - | - | - | 3.0 |
| 2/3/2018 | Sat | Analysis | 3.0 | - | - | - | 3.0 |
| 2/4/2018 | Sun | Analysis | 2.0 | - | - | - | 2.0 |
| 2/5/2018 | Mon | Analysis | 2.0 | - | - | - | 2.0 |
| 2/6/2018 | Tue | Analysis, Administrative | 3.0 | - | - | 1.0 | 4.0 |
| 2/7/2018 | Wed | Analysis | 2.0 | - | - | - | 2.0 |
| 2/8/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 2/13/2018 | Tue | Analysis, Hearing | 2.0 | - | - | 3.0 | 5.0 |
| 2/14/2018 | Wed | Analysis | 3.0 | - | - | - | 3.0 |
| 2/21/2018 | Wed | Analysis | 2.0 | - | - | - | 2.0 |
| 2/23/2018 | Fri | Analysis, Administrative | 3.0 | - | - | 3.0 | 6.0 |
| 2/24/2018 | Sat | Administrative | - | - | - | 2.0 | 2.0 |
| 2/25/2018 | Sun | Analysis, Administrative | 2.0 | - | - | 2.0 | 4.0 |
| 2/26/2018 | Mon | Analysis, Administrative | 2.0 | - | - | 2.0 | 4.0 |
| **February 2018 Total** | | | **30.0** | **-** | **-** | **13.0** | **43.0** |
| **February 2018 Grand Total** | | | **63.0** | **11.0** | **2.0** | **40.0** | **116.0** |

**Breitburn Energy Partners LP**  **Houlihan Lokey Capital, Inc.**
Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

### Houlihan Lokey Professionals and Hours
### (March 1 - March 31, 2018)

| Employee | Position | Category 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|---|
| J.P. Hanson | Managing Director | 3.0 | 1.0 | - | 4.0 | 8.0 |
| Brett Lowrey | Managing Director | 5.0 | 5.0 | - | 5.0 | 15.0 |
| Jim Georgeadis | Associate | 18.0 | 5.0 | - | 5.0 | 28.0 |
| Brandon McWeeny | Vice President | 7.0 | 1.0 | - | 3.0 | 11.0 |
| Corbon Heizer | Financial Analyst | 20.0 | 1.0 | - | 3.0 | 24.0 |
| Michael Marsh | Financial Analyst | 10.0 | 1.0 | - | 7.0 | 18.0 |
| **Total** | | **63.0** | **14.0** | **-** | **27.0** | **104.0** |

### Legend

| | |
|---|---|
| **1** | Analysis, Presentations, and Due Diligence |
| **2** | Correspondence with Company, Creditors, and Advisors |
| **3** | Cash Flow Budget |
| **4** | Hearings, Administrative, and Other |

**Breitburn Energy Partners LP**                                                                                        **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 1 = Analysis, Presentations, and Due Diligence
 2 = Correspondence with Company, Creditors, and Advisors
 3 = Cash Flow Budget
 4 = Hearings, Administrative, and Other

**Detailed Hours by Professional**
**(March 1 - March 31, 2018)**

| Date | Day | Notes | 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| **J.P. Hanson** | | | | | | | |
| 3/9/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/12/2018 | Mon | Status Conference Hearing | - | - | - | 1.0 | 1.0 |
| 3/14/2018 | Wed | Analysis, UCC Call | 1.0 | 1.0 | - | - | 2.0 |
| 3/15/2018 | Thu | Hearing | - | - | - | 1.0 | 1.0 |
| 3/22/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/23/2018 | Fri | Hearing | - | - | - | 1.0 | 1.0 |
| 3/28/2018 | Wed | Administrative | - | - | - | 1.0 | 1.0 |
| **March 2018 Total** | | | **3.0** | **1.0** | **-** | **4.0** | **8.0** |
| **Brett Lowrey** | | | | | | | |
| 3/9/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/12/2018 | Mon | Status Conference Hearing | - | - | - | 1.0 | 1.0 |
| 3/14/2018 | Wed | Analysis, UCC Call | 1.0 | 1.0 | - | - | 2.0 |
| 3/15/2018 | Thu | Hearing | - | - | - | 1.0 | 1.0 |
| 3/16/2018 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 3/22/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/23/2018 | Fri | Analysis, Correspondence, Hearing | 2.0 | 1.0 | - | 1.0 | 4.0 |
| 3/27/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 3/28/2018 | Wed | Administrative | - | - | - | 2.0 | 2.0 |
| 3/30/2018 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| **March 2018 Total** | | | **5.0** | **5.0** | **-** | **5.0** | **15.0** |
| **Brandon McWeeny** | | | | | | | |
| 3/4/2018 | Sun | Analysis | 2.0 | - | - | - | 2.0 |
| 3/9/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/11/2018 | Sun | Analysis | 1.0 | - | - | - | 1.0 |
| 3/12/2018 | Mon | Status Conference Hearing | - | - | - | 1.0 | 1.0 |
| 3/14/2018 | Wed | Analysis, UCC Call | 1.0 | 1.0 | - | - | 2.0 |
| 3/15/2018 | Thu | Hearing | - | - | - | 1.0 | 1.0 |
| 3/22/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/23/2018 | Fri | Hearing | - | - | - | 1.0 | 1.0 |
| 3/25/2018 | Sun | Analysis | 1.0 | - | - | - | 1.0 |
| **March 2018 Total** | | | **7.0** | **1.0** | **-** | **3.0** | **11.0** |
| **Jim Georgeadis** | | | | | | | |
| 3/2/2018 | Fri | Analysis | 8.0 | - | - | - | 8.0 |
| 3/7/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |

**Breitburn Energy Partners LP**                                                                                    **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 1 = **Analysis, Presentations, and Due Diligence**
 2 = **Correspondence with Company, Creditors, and Advisors**
 3 = **Cash Flow Budget**
 4 = **Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(March 1 - March 31, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| 3/8/2018 | Thu | Analysis | 3.0 | - | - | - | 3.0 |
| 3/9/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/11/2018 | Sun | Analysis | 1.0 | - | - | - | 1.0 |
| 3/12/2018 | Mon | Status Conference Hearing | - | - | - | 1.0 | 1.0 |
| 3/14/2018 | Wed | Analysis, UCC Call | 1.0 | 1.0 | - | - | 2.0 |
| 3/15/2018 | Thu | Hearing | - | - | - | 1.0 | 1.0 |
| 3/16/2018 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| 3/22/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/23/2018 | Fri | Analysis, Correspondence, Hearing | 2.0 | 1.0 | - | 1.0 | 4.0 |
| 3/27/2018 | Tue | Correspondence | - | 1.0 | - | - | 1.0 |
| 3/28/2018 | Wed | Administrative | - | - | - | 2.0 | 2.0 |
| 3/30/2018 | Fri | Correspondence | - | 1.0 | - | - | 1.0 |
| **March 2018 Total** | | | **18.0** | **5.0** | **-** | **5.0** | **28.0** |
| **Corbon Heizer** | | | | | | | |
| 3/2/2018 | Fri | Analysis | 8.0 | - | - | - | 8.0 |
| 3/6/2018 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 3/7/2018 | Wed | Analysis | 1.0 | - | - | - | 1.0 |
| 3/8/2018 | Thu | Analysis | 3.0 | - | - | - | 3.0 |
| 3/9/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/12/2018 | Mon | Status Conference Hearing | - | - | - | 1.0 | 1.0 |
| 3/14/2018 | Wed | Analysis, UCC Call | 1.0 | 1.0 | - | - | 2.0 |
| 3/15/2018 | Thu | Hearing | - | - | - | 1.0 | 1.0 |
| 3/22/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/23/2018 | Fri | Analysis, Hearing | 2.0 | - | - | 1.0 | 3.0 |
| 3/27/2018 | Tue | Analysis | 2.0 | - | - | - | 2.0 |
| **March 2018 Total** | | | **20.0** | **1.0** | **-** | **3.0** | **24.0** |
| **Michael Marsh** | | | | | | | |
| 3/2/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/6/2018 | Tue | Analysis | 1.0 | - | - | - | 1.0 |
| 3/8/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/9/2018 | Fri | Analysis | 1.0 | - | - | - | 1.0 |
| 3/12/2018 | Mon | Status Conference Hearing | - | - | - | 1.0 | 1.0 |
| 3/14/2018 | Wed | Analysis, UCC Call | 1.0 | 1.0 | - | - | 2.0 |
| 3/15/2018 | Thu | Hearing | - | - | - | 1.0 | 1.0 |
| 3/16/2018 | Fri | Administrative | - | - | - | 1.0 | 1.0 |
| 3/20/2018 | Tue | Administrative | - | - | - | 1.0 | 1.0 |

**Breitburn Energy Partners LP**                                                                 **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 1 = **Analysis, Presentations, and Due Diligence**
 2 = **Correspondence with Company, Creditors, and Advisors**
 3 = **Cash Flow Budget**
 4 = **Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(March 1 - March 31, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|------|-----|-------|-----------|---|---|---|-------------|
| 3/21/2018 | Wed | Administrative | - | - | - | 1.0 | 1.0 |
| 3/22/2018 | Thu | Analysis | 1.0 | - | - | - | 1.0 |
| 3/23/2018 | Fri | Analysis, Hearing | 2.0 | - | - | 1.0 | 3.0 |
| 3/27/2018 | Tue | Analysis | 2.0 | - | - | - | 2.0 |
| 3/28/2018 | Wed | Administrative | - | - | - | 1.0 | 1.0 |
| **March 2018 Total** | | | **10.0** | **1.0** | **-** | **7.0** | **18.0** |
| **March 2018 Grand Total** | | | **63.0** | **14.0** | **-** | **27.0** | **104.0** |

**Breitburn Energy Partners LP**                                                                                    **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Summary
*(Units in hours)*

**Houlihan Lokey Professionals and Hours**
**(April 1 - April 6, 2018)**

| Employee | Position | Category 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|---|
| J.P. Hanson | Managing Director | - | - | - | 2.0 | 2.0 |
| Brett Lowrey | Managing Director | - | - | - | 2.0 | 2.0 |
| Jim Georgeadis | Associate | - | - | - | 5.0 | 5.0 |
| Michael Marsh | Financial Analyst | - | - | - | 9.0 | 9.0 |
| **Total** | | **-** | **-** | **-** | **18.0** | **18.0** |

**Legend**

| | |
|---|---|
| **1** | Analysis, Presentations, and Due Diligence |
| **2** | Correspondence with Company, Creditors, and Advisors |
| **3** | Cash Flow Budget |
| **4** | Hearings, Administrative, and Other |

**Breitburn Energy Partners LP**                                                                                              **Houlihan Lokey Capital, Inc.**

Houlihan Lokey Professionals and Hours - Detail
*(Units in hours)*

**Category Legend:**
 **1 = Analysis, Presentations, and Due Diligence**
 **2 = Correspondence with Company, Creditors, and Advisors**
 **3 = Cash Flow Budget**
 **4 = Hearings, Administrative, and Other**

**Detailed Hours by Professional**
**(April 1 - April 6, 2018)**

| Date | Day | Notes | Category 1 | 2 | 3 | 4 | Total Hours |
|---|---|---|---|---|---|---|---|
| **J.P. Hanson** | | | | | | | |
| 4/2/2018 | Mon | Administrative | - | - | - | 1.0 | 1.0 |
| 4/5/2018 | Thu | Administrative | - | - | - | 1.0 | 1.0 |
| **April 2018 Total** | | | **-** | **-** | **-** | **2.0** | **2.0** |
| **Brett Lowrey** | | | | | | | |
| 4/2/2018 | Mon | Administrative | - | - | - | 1.0 | 1.0 |
| 4/5/2018 | Thu | Administrative | - | - | - | 1.0 | 1.0 |
| **April 2018 Total** | | | **-** | **-** | **-** | **2.0** | **2.0** |
| **Jim Georgeadis** | | | | | | | |
| 4/2/2018 | Mon | Administrative | - | - | - | 2.0 | 2.0 |
| 4/4/2018 | Wed | Administrative | - | - | - | 1.0 | 1.0 |
| 4/5/2018 | Thu | Administrative | - | - | - | 2.0 | 2.0 |
| **April 2018 Total** | | | **-** | **-** | **-** | **5.0** | **5.0** |
| **Michael Marsh** | | | | | | | |
| 4/2/2018 | Mon | Administrative | - | - | - | 3.0 | 3.0 |
| 4/4/2018 | Wed | Administrative | - | - | - | 4.0 | 4.0 |
| 4/5/2018 | Thu | Administrative | - | - | - | 1.0 | 1.0 |
| 4/6/2018 | Fri | Administrative | - | - | - | 1.0 | 1.0 |
| **April 2018 Total** | | | **-** | **-** | **-** | **9.0** | **9.0** |
| **April 2018 Grand Total** | | | **-** | **-** | **-** | **18.0** | **18.0** |

**<u>EXHIBIT H</u>**

**EXPENSE SUMMARY FOR THE SIXTH INTERIM COMPENSATION PERIOD**

**Breitburn Energy Partners LP**                                    **Houlihan Lokey Capital, Inc.**

Out-of-Pocket Expenses Summary

| **Out-of-Pocket Expenses Summary** | |
| :--- | ---: |
| **(December 1 - December 31, 2017)** | |
| Airfare and Travel Service Charges | $1,766.41 |
| Lodging | 650.70 |
| Ground Transportation | 375.14 |
| Travel and Overtime Meals | 367.58 |
| Telephone and Data | 37.64 |
| **Total Out-of-Pocket Expenses** | **$3,197.47** |

**Breitburn Energy Partners LP**                                                                                                      **Houlihan Lokey Capital, Inc.**

Out of Pocket Detailed Expenses (December 1 - December 31, 2017)

| Transaction Date | GL Account Code | Invoice Number | Amount (USD) | Employee | Merchant | Explanation |
|---|---|---|---|---|---|---|
| 12/4/2017 | Parking-Non Office | CR00105431 | 46.55 | Lowrey, Brett A | Freedom Park | Transportation Expense |
| 11/29/2017 | Parking-Non Office | CR00105431 | 1.50 | Lowrey, Brett A | DFW Airport | Transportation Expense |
| 12/1/2017 | Parking-Non Office | CR00105431 | 1.50 | Lowrey, Brett A | DFW Airport | Transportation Expense |
| | **Parking-Non Office Total** | | 49.55 | | | |
| 11/30/2017 | Hotel Room & Taxes | CR00105431 | 86.70 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 11/30/2017 | Hotel Room & Taxes | CR00105431 | 564.00 | Lowrey, Brett A | Marriott Hotels | Lodging |
| | **Hotel Room and Taxes Total** | | 650.70 | | | |
| 11/16/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | eatZis | Overtime meal for one employee |
| 11/19/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | State & Allen | Overtime meal for one employee |
| 11/20/2017 | Overtime Meals | CR00105010 | 17.87 | Marsh, Michael | Schlotzsky's | Overtime meal for one employee |
| 11/27/2017 | Overtime Meals | CR00105010 | 11.00 | Marsh, Michael | Salata | Overtime meal for one employee |
| 11/28/2017 | Overtime Meals | CR00105010 | 18.21 | Marsh, Michael | Roly Poly | Overtime meal for one employee |
| 11/29/2017 | Overtime Meals | CR00105010 | 13.74 | Marsh, Michael | Bread Zeppelin | Overtime meal for one employee |
| 11/30/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | Bob's Steak & Chop House | Overtime meal for one employee |
| 12/1/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | Moxie's | Overtime meal for one employee |
| 12/3/2017 | Overtime Meals | CR00105010 | 12.88 | Marsh, Michael | East Hampton | Overtime meal for one employee |
| 12/4/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | eatZis | Overtime meal for one employee |
| 12/5/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | Coal Vine's | Overtime meal for one employee |
| 12/6/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | Truluck's | Overtime meal for one employee |
| 12/7/2017 | Overtime Meals | CR00105010 | 14.00 | Marsh, Michael | Salata | Overtime meal for one employee |
| 12/12/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | Deep Sushi | Overtime meal for one employee |
| 12/17/2017 | Overtime Meals | CR00105010 | 15.00 | Marsh, Michael | Salata | Overtime meal for one employee |
| 12/18/2017 | Overtime Meals | CR00105010 | 20.00 | Marsh, Michael | Yutaka Sharaku | Overtime meal for one employee |
| 11/20/2017 | Overtime Meals | CR00104834 | 4.06 | Lowrey, Brett A | Crescent Court Hotel | Overtime meal for one employee |
| 11/20/2017 | Overtime Meals | CR00104834 | 11.37 | Lowrey, Brett A | Crescent Court Hotel | Overtime meal for one employee |
| 11/27/2017 | Overtime Meals | CR00104834 | 4.06 | Lowrey, Brett A | Crescent Court Hotel | Overtime meal for one employee |
| | **Overtime Meals Total** | | 302.19 | | | |
| 11/27/2017 | M & E-100% deductible | CR00104834 | 20.00 | Lowrey, Brett A | Crescent Court Hotel | Meal for one employee |
| 11/30/2017 | M & E-50% deductible | CR00105431 | 20.00 | Lowrey, Brett A | Fresh Greek | Meal for one employee |
| 11/30/2017 | M & E-50% deductible | CR00105431 | 9.41 | Lowrey, Brett A | Ashley's Fine Food | Meal for one employee |
| 12/1/2017 | M & E-50% deductible | CR00105431 | 6.73 | Lowrey, Brett A | Hudson News | Meal for one employee |
| 12/1/2017 | M & E-50% deductible | CR00105431 | 9.25 | Lowrey, Brett A | T2 World Bean Package | Meal for one employee |
| | **Meals & Entertainment Total** | | 65.39 | | | |
| 11/15/2017 | Airfare | CR00105431 | 1,628.40 | Lowrey, Brett A | American Airlines | Flight |
| 11/30/2017 | Airfare | CR00105431 | 138.01 | Lowrey, Brett A | American Airlines | Flight |
| | **Airfare Total** | | 1,766.41 | | | |
| 11/30/2017 | Car Service | CR00105431 | 150.58 | Lowrey, Brett A | Boston Coach | Transportation |
| 11/29/2017 | Car Service | CR00105431 | 128.77 | Lowrey, Brett A | Boston Coach | Transportation |
| 11/29/2017 | Mileage Reimbursement | CR00105431 | 5.89 | Lowrey, Brett A | Mileage Reimbursement | Transportation |
| 12/1/2017 | Mileage Reimbursement | CR00105431 | 5.35 | Lowrey, Brett A | Mileage Reimbursement | Transportation |
| 11/15/2017 | Other Transp Exp | CR00105431 | 35.00 | Lowrey, Brett A | Travel Service Charge | Transportation |
| | **Ground Transportation Total** | | 325.59 | | | |
| 11/23/2017 | IT-Voice/Data Services | CR00104834 | 26.00 | Lowrey, Brett A | GoGo Air | Telecommunications Service Charge |
| 12/24/2017 | IT-Voice/Data Services | 9035513652DA | 11.64 | Global Crossing | Conferencing | Telecommunications Service Charge |
| | **IT-Voice/Data Services Total** | | 37.64 | | | |
| | **Grand Total** | | **$3,197.47** | | | |

**Breitburn Energy Partners LP**                                          **Houlihan Lokey Capital, Inc.**

Out-of-Pocket Expenses Summary

|  Out-of-Pocket Expenses Summary (January 1 - January 31, 2018) | |
| --- | --- |
| Airfare and Travel Service Charges | $1,640.20 |
| Lodging | 1,317.56 |
| Ground Transportation | 392.27 |
| Travel and Overtime Meals | 412.62 |
| Telephone and Data | 85.28 |
| **Total Out-of-Pocket Expenses** | **$3,847.93** |

**Breitburn Energy Partners LP**                                                                                                          **Houlihan Lokey Capital, Inc.**
Out of Pocket Detailed Expenses (January 1 - January 31, 2018)

| Transaction Date | GL Account Code | Invoice Number | Amount (USD) | Employee | Merchant | Explanation |
|---|---|---|---|---|---|---|
| 1/15/2018 | Parking-Non Office | CR00109817 | 62.06 | Lowrey, Brett A | Freedom Park | Transportation Expense |
| 1/10/2018 | Parking-Non Office | CR00109817 | 3.00 | Lowrey, Brett A | DFW Airport | Transportation Expense |
| 1/12/2018 | Parking-Non Office | CR00109817 | 3.00 | Lowrey, Brett A | DFW Airport | Transportation Expense |
| | **Parking-Non Office Total** | | 68.06 | | | |
| 1/10/2018 | Hotel Room & Taxes | CR00100338 | 349.00 | Georgeadis, James S | Marriott | Lodging |
| 1/10/2018 | Hotel Room & Taxes | CR00100338 | 30.97 | Georgeadis, James S | Marriott | Lodging |
| 1/10/2018 | Hotel Room & Taxes | CR00100338 | 20.50 | Georgeadis, James S | Marriott | Lodging |
| 1/10/2018 | Hotel Room & Taxes | CR00100338 | 3.50 | Georgeadis, James S | Marriott | Lodging |
| 1/11/2018 | Hotel Room & Taxes | CR00100338 | 219.00 | Georgeadis, James S | Marriott | Lodging |
| 1/11/2018 | Hotel Room & Taxes | CR00100338 | 19.44 | Georgeadis, James S | Marriott | Lodging |
| 1/11/2018 | Hotel Room & Taxes | CR00100338 | 12.87 | Georgeadis, James S | Marriott | Lodging |
| 1/11/2018 | Hotel Room & Taxes | CR00100338 | 3.50 | Georgeadis, James S | Marriott | Lodging |
| 1/10/2018 | Hotel Room & Taxes | CR00109817 | 54.97 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 1/10/2018 | Hotel Room & Taxes | CR00109817 | 349.00 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 1/11/2018 | Hotel Room & Taxes | CR00109817 | 35.81 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 1/11/2018 | Hotel Room & Taxes | CR00109817 | 219.00 | Lowrey, Brett A | Marriott Hotels | Lodging |
| | **Hotel Room and Taxes Total** | | 1,317.56 | | | |
| 12/15/2017 | Overtime Meals | CR00108943 | 11.80 | Georgeadis, James S | East Hampton | Overtime meal for one employee |
| 12/8/2017 | Overtime Meals | CR00109006 | 20.00 | Marsh, Michael | Le Kaze | Overtime meal for one employee |
| 12/30/2017 | Overtime Meals | CR00109006 | 18.30 | Marsh, Michael | eatZis | Overtime meal for one employee |
| 1/2/2018 | Overtime Meals | CR00109006 | 17.59 | Marsh, Michael | Moxie's | Overtime meal for one employee |
| 1/4/2018 | Overtime Meals | CR00109006 | 16.25 | Marsh, Michael | Bread Zeppelin | Overtime meal for one employee |
| 1/6/2018 | Overtime Meals | CR00109006 | 17.43 | Marsh, Michael | eatZis | Overtime meal for one employee |
| 1/9/2018 | Overtime Meals | CR00109006 | 20.00 | Marsh, Michael | eatZis | Overtime meal for one employee |
| 1/10/2018 | Overtime Meals | CR00109006 | 16.25 | Marsh, Michael | Bread Zeppelin | Overtime meal for one employee |
| 1/11/2018 | Overtime Meals | CR00109006 | 20.00 | Marsh, Michael | Schlotzsky's Deli | Overtime meal for one employee |
| 1/13/2018 | Overtime Meals | CR00109006 | 13.96 | Marsh, Michael | East Hampton | Overtime meal for one employee |
| 1/14/2018 | Overtime Meals | CR00109006 | 10.54 | Marsh, Michael | Jersey Mike's Subs | Overtime meal for one employee |
| 1/15/2018 | Overtime Meals | CR00109006 | 14.00 | Marsh, Michael | Salata | Overtime meal for one employee |
| 1/17/2018 | Overtime Meals | CR00109006 | 20.00 | Marsh, Michael | The Common Table | Overtime meal for one employee |
| 1/18/2018 | Overtime Meals | CR00109006 | 20.00 | Marsh, Michael | Cowboy Chicken | Overtime meal for one employee |
| 1/28/2018 | Overtime Meals | 2834433 | 20.00 | McWeeny, Brandon | Coral Tree Café | Overtime meal for one employee |
| | **Overtime Meals Total** | | 256.12 | | | |
| 1/10/2018 | M & E-50% deductible | CR00100338 | 20.00 | Georgeadis, James S | Marriott | Meal for one employee |
| 1/10/2018 | M & E-50% deductible | CR00100338 | 9.00 | Georgeadis, James S | Marriott | Meal for one employee |
| 1/10/2018 | M & E-50% deductible | CR00100338 | 20.00 | Georgeadis, James S | Pappadeaux | Meal for one employee |
| 1/11/2018 | M & E-50% deductible | CR00100338 | 10.14 | Georgeadis, James S | Starbucks | Meal for one employee |
| 1/11/2018 | M & E-50% deductible | CR00109817 | 40.00 | Lowrey, Brett A | Locanda Verde | Meal for two employees |
| 1/11/2018 | M & E-50% deductible | CR00109817 | 5.46 | Lowrey, Brett A | Starbucks | Meal for one employee |
| 1/10/2018 | M & E-50% deductible | CR00109817 | 2.48 | Lowrey, Brett A | Pappasito's Cantina DFW | Meal for one employee |
| 1/10/2018 | M & E-50% deductible | CR00109817 | 20.00 | Lowrey, Brett A | Pappasito's Cantina DFW | Meal for one employee |
| 1/11/2018 | M & E-50% deductible | CR00109817 | 9.42 | Lowrey, Brett A | Starbucks | Meal for one employee |
| 1/11/2018 | M & E-50% deductible | CR00109817 | 20.00 | Lowrey, Brett A | Marriott Hotels | Meal for one employee |
| | **Meals & Entertainment Total** | | 156.50 | | | |
| 1/2/2018 | Airfare | CR00100338 | 408.39 | Georgeadis, James S | American Airlines | Flight |
| 1/2/2018 | Airfare | CR00100338 | 203.21 | Georgeadis, James S | American Airlines | Flight |
| 1/2/2018 | Airfare | CR00109817 | 1,028.60 | Lowrey, Brett A | American Airlines | Flight |
| | **Airfare Total** | | 1,640.20 | | | |

**Breitburn Energy Partners LP**                                                                                                    **Houlihan Lokey Capital, Inc.**
Out of Pocket Detailed Expenses (January 1 - January 31, 2018)

| Transaction Date | GL Account Code | Invoice Number | Amount (USD) | Employee | Merchant | Explanation |
|---|---|---|---|---|---|---|
| 1/10/2018 | Car Service | CR00100338 | 30.83 | Georgeadis, James S | Uber | Transportation |
| 1/11/2018 | Car Service | CR00109817 | 108.77 | Lowrey, Brett A | BOSTON COACH | Transportation |
| 1/9/2018 | Car Service | CR00109817 | 86.18 | Lowrey, Brett A | Boston Coach | Transportation |
| 1/12/2018 | Taxis - Late Night | CR00109006 | 6.63 | Marsh, Michael | Uber | Transportation |
| 1/10/2018 | Mileage Reimbursement | CR00109817 | 10.90 | Lowrey, Brett A | Mileage Reimbursement | Transportation |
| 1/12/2018 | Mileage Reimbursement | CR00109817 | 10.90 | Lowrey, Brett A | Mileage Reimbursement | Transportation |
| 1/2/2018 | Other Transp Exp | CR00100338 | 35.00 | Georgeadis, James S | Adelman | Transportation |
| 1/2/2018 | Other Transp Exp | CR00109817 | 35.00 | Lowrey, Brett A | TRAVEL 0001095090 | Transportation |
| **Ground Transportation Total** | | | **324.21** | | | |
| 1/10/2018 | IT-Voice/Data Services | CR00100338 | 14.95 | Georgeadis, James S | Marriott | Telecommunications Service Charge |
| 1/10/2018 | IT-Voice/Data Services | CR00100338 | 1.33 | Georgeadis, James S | Marriott | Telecommunications Service Charge |
| 1/10/2018 | IT-Voice/Data Services | CR00100338 | 5.00 | Georgeadis, James S | Marriott | Telecommunications Service Charge |
| 1/10/2018 | IT-Voice/Data Services | CR00100338 | 12.00 | Georgeadis, James S | Gogo Air | Telecommunications Service Charge |
| 1/23/2018 | IT-Voice/Data Services | CR00109495 | 26.00 | Lowrey, Brett A | Gogo Air | Telecommunications Service Charge |
| 12/23/2017 | IT-Voice/Data Services | CR00109495 | 26.00 | Lowrey, Brett A | Gogo Air | Telecommunications Service Charge |
| **IT-Voice/Data Services Total** | | | **85.28** | | | |
| **Grand Total** | | | **$3,847.93** | | | |

**Breitburn Energy Partners LP**                                    **Houlihan Lokey Capital, Inc.**

Out-of-Pocket Expenses Summary

|  |  |
|---|---|
| **Out-of-Pocket Expenses Summary** | |
| **(February 1 - February 28, 2018)** | |
| Airfare and Travel Service Charges | $3,228.60 |
| Lodging | 544.02 |
| Ground Transportation | 366.42 |
| Travel and Overtime Meals | 516.26 |
| Telephone and Data | 4.83 |
| **Total Out-of-Pocket Expenses** | **$4,660.13** |

**Breitburn Energy Partners LP**
Out of Pocket Detailed Expenses (February 1 - February 28, 2018)

Houlihan Lokey Capital, Inc.

| Transaction Date | GL Account Code | Invoice Number | Amount (USD) | Employee | Merchant | Explanation |
|---|---|---|---|---|---|---|
| 1/21/2018 | Hotel Room & Taxes | CR00115426 | 32.85 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 1/21/2018 | Hotel Room & Taxes | CR00115426 | 199.00 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 1/22/2018 | Hotel Room & Taxes | CR00115426 | 43.17 | Lowrey, Brett A | Marriott Hotels | Lodging |
| 1/22/2018 | Hotel Room & Taxes | CR00115426 | 269.00 | Lowrey, Brett A | Marriott Hotels | Lodging |
| | **Hotel Room and Taxes Total** | | 544.02 | | | |
| 1/3/2018 | Overtime Meals | CR00115973 | 18.16 | Marsh, Michael J | Armoury | Overtime meal for one employee |
| 1/21/2018 | Overtime Meals | CR00115973 | 18.08 | Marsh, Michael J | eatZis | Overtime meal for one employee |
| 1/21/2018 | Overtime Meals | CR00115973 | 19.49 | Marsh, Michael J | Coal Vine's | Overtime meal for one employee |
| 1/22/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | Coal Vine's | Overtime meal for one employee |
| 1/23/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | Snap Kitchen | Overtime meal for one employee |
| 1/24/2018 | Overtime Meals | CR00115973 | 13.41 | Marsh, Michael J | Bread Zeppelin | Overtime meal for one employee |
| 1/25/2018 | Overtime Meals | CR00115765 | 17.27 | Georgeadis, James S | The Kennedy Room | Overtime meal for one employee |
| 1/28/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | Bread Winners | Overtime meal for one employee |
| 1/28/2018 | Overtime Meals | CR00115973 | 8.35 | Marsh, Michael J | Raising Cane's | Overtime meal for one employee |
| 1/29/2018 | Overtime Meals | CR00115973 | 14.12 | Marsh, Michael J | Bread Zeppelin | Overtime meal for one employee |
| 1/30/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | Deep Sushi | Overtime meal for one employee |
| 1/31/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | British Beverage Co. | Overtime meal for one employee |
| 2/3/2018 | Overtime Meals | CR00115973 | 11.80 | Marsh, Michael J | East Hampton | Overtime meal for one employee |
| 2/3/2018 | Overtime Meals | CR00115973 | 6.06 | Marsh, Michael J | Ascension | Overtime meal for one employee |
| 2/4/2018 | Overtime Meals | 2845147 | 20.00 | McWeeny, Brandon | Chin Chin | Overtime meal for one employee |
| 2/4/2018 | Overtime Meals | CR00115973 | 11.85 | Marsh, Michael J | Potbelly Sandwich Shop | Overtime meal for one employee |
| 2/4/2018 | Overtime Meals | CR00115973 | 6.06 | Marsh, Michael J | Ascension | Overtime meal for one employee |
| 2/4/2018 | Overtime Meals | CR00115973 | 6.75 | Marsh, Michael J | Whataburger | Overtime meal for one employee |
| 2/5/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | Deep Sushi | Overtime meal for one employee |
| 2/7/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | The Common Table | Overtime meal for one employee |
| 2/11/2018 | Overtime Meals | 2846964 | 20.00 | McWeeny, Brandon | Chin Chin | Overtime meal for one employee |
| 2/11/2018 | Overtime Meals | CR00115973 | 11.80 | Marsh, Michael J | East Hampton | Overtime meal for one employee |
| 2/14/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | eatZis | Overtime meal for one employee |
| 2/21/2018 | Overtime Meals | CR00115973 | 17.16 | Marsh, Michael J | East Hampton | Overtime meal for one employee |
| 2/24/2018 | Overtime Meals | CR00115973 | 12.88 | Marsh, Michael J | East Hampton | Overtime meal for one employee |
| 2/25/2018 | Overtime Meals | 2854359 | 12.51 | McWeeny, Brandon | Chin Chin | Overtime meal for one employee |
| 2/25/2018 | Overtime Meals | 2854359 | 20.00 | McWeeny, Brandon | The Kitchen at Westwood | Overtime meal for one employee |
| | **Overtime Meals Total** | | 425.75 | | | |
| 1/23/2018 | Meals & Entertainment | CR00115426 | 20.00 | Lowrey, Brett A | Healthy Gourmet | Meal for one employee |
| 1/23/2018 | Meals & Entertainment | CR00115426 | 7.98 | Lowrey, Brett A | Hudson News | Meal for one employee |
| 1/21/2018 | Meals & Entertainment | CR00115426 | 20.00 | Lowrey, Brett A | Pappasito's Cantina DFW | Meal for one employee |
| 1/22/2018 | Meals & Entertainment | CR00115426 | 17.39 | Lowrey, Brett A | Ashley`s Fine Food | Meal for one employee |
| 1/22/2018 | Meals & Entertainment | CR00115426 | 7.21 | Lowrey, Brett A | Ashley`s Fine Food | Meal for one employee |
| 1/23/2018 | Meals & Entertainment | CR00115426 | 17.93 | Lowrey, Brett A | Ashley`s Fine Food | Meal for one employee |
| | **Meals & Entertainment Total** | | 90.51 | | | |
| 1/18/2018 | Airfare | CR00115426 | 3,228.60 | Lowrey, Brett A | American Airlines | Flight |
| | **Airfare Total** | | 3,228.60 | | | |
| 1/22/2018 | Car Service | CR00115426 | 50.60 | Lowrey, Brett A | Uber | Transportation |
| 1/23/2018 | Car Service | CR00115426 | 150.58 | Lowrey, Brett A | Boston Coach | Transportation |
| 1/22/2018 | Car Service | CR00115426 | 44.06 | Lowrey, Brett A | Uber | Transportation |
| 1/20/2018 | Car Service | CR00115426 | 86.18 | Lowrey, Brett A | Boston Coach | Transportation |
| 1/18/2018 | Other Transp Exp | CR00115426 | 35.00 | Lowrey, Brett A | Travel Service Charge | Transportation |
| | **Ground Transportation Total** | | 366.42 | | | |
| 2/24/2018 | IT-Voice/Data Services | 9035532484DA | 4.83 | Global Crossing | Conferencing | Telecommunications Service Charge |
| | **IT-Voice/Data Services Total** | | 4.83 | | | |
| | **Grand Total** | | **$4,660.13** | | | |

**Breitburn Energy Partners LP**                                                          **Houlihan Lokey Capital, Inc.**
Out-of-Pocket Expenses Summary

| **Out-of-Pocket Expenses Summary** | |
| **(March 1 - March 31, 2018)** | |
|---|---:|
| Airfare and Travel Service Charges | $957.92 |
| Ground Transportation | 207.76 |
| Travel and Overtime Meals | 266.94 |
| Telephone and Data | 2.75 |
| Credit Against Meals and Entertainment[1] | (150.49) |
| **Total Out-of-Pocket Expenses** | **$1,284.88** |

*(1) Pursuant to an agreement with the Office of the United States Trustee, represents voluntary adjustment to reduce meal and entertainment expense by $150.49 to reflect expense allotment for meals (for the Fifth Interim Application and Eigtheenth Fee Statement)*

**Breitburn Energy Partners LP**
Out of Pocket Detailed Expenses (March 1 - March 31, 2018)

**Houlihan Lokey Capital, Inc.**

| Transaction Date | GL Account Code | Invoice Number | Amount (USD) | Employee | Merchant | Explanation |
|---|---|---|---|---|---|---|
| 3/8/2018 | Parking-Non Office | CR00115762 | 29.00 | Georgeadis, James S | Sewell Valet | Transportation expense |
| 1/24/2018 | Parking-Non Office | CR00115428 | 62.06 | Lowrey, Brett A | Freedom Park | Transportation expense |
| | **Employee Parking Total** | | 91.06 | | | |
| 3/11/2018 | Overtime Meals | 2866576 | 20.00 | McWeeny, Brandon | Factors Famous Deli | Overtime meal for one employee |
| 3/4/2018 | Overtime Meals | 2864808 | 20.00 | McWeeny, Brandon | Asakuma Sushi Delivery | Overtime meal for one employee |
| 3/6/2018 | Overtime Meals | CR00115973 | 20.00 | Marsh, Michael J | Coal Vine's | Overtime meal for one employee |
| 3/8/2018 | Overtime Meals | CR00115973 | 15.05 | Marsh, Michael J | Burger House | Overtime meal for one employee |
| 3/18/2018 | Overtime Meals | 2872216 | 20.00 | McWeeny, Brandon | Factors Famous Deli | Overtime meal for one employee |
| 1/31/2018 | Overtime Meals | CR00117677 | 20.00 | Heizer, Corbon H | Yutaka | Overtime meal for one employee |
| 2/5/2018 | Overtime Meals | CR00117677 | 13.79 | Heizer, Corbon H | Bread Zeppelin | Overtime meal for one employee |
| 2/22/2018 | Overtime Meals | CR00117677 | 20.00 | Heizer, Corbon H | Truluck's | Overtime meal for one employee |
| 2/26/2018 | Overtime Meals | CR00117677 | 18.43 | Heizer, Corbon H | Moxie's | Overtime meal for one employee |
| 3/27/2018 | Overtime Meals | CR00117677 | 20.00 | Heizer, Corbon H | eatZis | Overtime meal for one employee |
| 3/25/2018 | Overtime Meals | 2873944 | 20.00 | McWeeny, Brandon | Factors Famous Deli | Overtime meal for one employee |
| | **Overtime Meals Total** | | 207.27 | | | |
| 3/8/2018 | Meals & Entertainment | CR00115762 | 8.12 | Georgeadis, James S | La Madeleine | Meal for one employee |
| 3/8/2018 | Meals & Entertainment | CR00115762 | 20.00 | Georgeadis, James S | Niko Niko | Meal for one employee |
| 3/8/2018 | Meals & Entertainment | CR00119877 | 6.92 | Heizer, Corbon H | Chick-Fil-A | Meal for one employee |
| 3/8/2018 | Meals & Entertainment | CR00119877 | 4.63 | Heizer, Corbon H | Dunkin Donuts | Meal for one employee |
| 1/22/2018 | Meals & Entertainment | CR00115428 | 20.00 | Lowrey, Brett A | Benjamin's Steak House | Meal for one employee |
| | **Meals & Entertainment Total** | | 59.67 | | | |
| 3/2/2018 | Airfare | CR00115762 | 478.96 | Georgeadis, James S | Southwest Airlines | Flight |
| 3/2/2018 | Airfare | CR00119877 | 478.96 | Heizer, Corbon H | Southwest Airlines | Flight |
| | **Airfare Total** | | 957.92 | | | |
| 3/8/2018 | Taxi | CR00115762 | 19.77 | Georgeadis, James S | Uber | Transportation |
| 3/8/2018 | Taxi | CR00115762 | 20.39 | Georgeadis, James S | Uber | Transportation |
| 3/8/2018 | Mileage Reimbursement | CR00115762 | 6.54 | Georgeadis, James S | | Transportation |
| 3/2/2018 | Other Transp Exp | CR00115762 | 35.00 | Georgeadis, James S | Adelman | Transportation |
| 3/2/2018 | Other Transp Exp | CR00119877 | 35.00 | Heizer, Corbon H | Adelman | Transportation |
| | **Ground Transportation Total** | | 116.70 | | | |
| 3/24/2018 | IT-Voice/Data Services | 9035541784DA | 2.75 | | Global Crossing | Telecommunications Service Charge |
| | **IT-Voice/Data Services Total** | | 2.75 | | | |
| | **Grand Total** | | **$1,435.37** | | | |

**Breitburn Energy Partners LP**                                   **Houlihan Lokey Capital, Inc.**

Out-of-Pocket Expenses Summary

|  |  |
|---|---|
| **Out-of-Pocket Expenses Summary** | |
| **(April 1 - April 6, 2018)** | |
| Airfare and Travel Service Charges | $0.00 |
| Lodging | - |
| Ground Transportation | - |
| Travel and Overtime Meals | - |
| Telephone and Data | - |
| **Total Out-of-Pocket Expenses** | **$0.00** |