Page 1

```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  Case No. 16-11390-dsj
 4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 5  In the Matter of:
 6
 7  BREITBURN ENERGY PARTNERS,
 8
 9          Debtor.
10  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11              United States Bankruptcy Court
12              One Bowling Green
13              New York, NY  10004
14
15              March 19, 2024
16              10:00 AM
17
18
19
20
21  B E F O R E :
22  HON DAVID S. JONES
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:  UNKNOWN
```

1 **HEARING re Status Conference RE: Reorganized Debtor's**

2 **Objection to Claims (Pre-petition Litigation Claims LL&E)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 **Transcribed by: Sonya Ledanski Hyde**

```
 1   A P P E A R A N C E S :

 2

 3   KIRKLAND ELLIS LLP

 4        Attorneys for Reorganized Debtors

 5        300 North LaSalle

 6        Chicago, IL 60654

 7

 8   BY:  RACHAEL M. BENTLEY

 9

10   BECK REDDEN LLP

11        Attorneys for Reorganized Debtors

12        1221 McKinney Street

13        Houston, TX 77010

14

15   BY:  GEOFF GANNAWAY

16

17   BRACEWELL

18        Attorneys for Bank of New York Mellon Trust Company

19        31 W 52nd Street

20        New York, NY 10069

21

22   BY:  MARK WULFE

23

24

25
```

```
 1   DICKINSON WRIGHT PLLC
 2         Attorneys for LL Royalty Trust
 3         350 South Main Street, Suite 300
 4         Ann Arbor, MI 48104
 5
 6   BY:   DORON YITZCHAKI
 7
 8   ALSO PRESENT:
 9   UDAY GORREPATI
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

1                P R O C E E D I N G S
2           THE COURT:  The next case up is Breitburn Energy
3   Partners LP, No. 16-11390.  Let me get appearances on that
4   case, please.  Who's here on this, on Breitburn?
5           MS. BENTLEY:  Good morning, Your Honor.  Rachel
6   Bentley of Kirkland & Ellis on behalf of the reorganized
7   Debtors.
8           THE COURT:  Great.  Nice to see you.  And who else
9   is here, if anyone, on Breitburn?
10          MR. GANNAWAY:  Your Honor, Geoff Gannaway also on
11  behalf of the Debtors.
12          THE COURT:  Okay.  Anyone else?
13          MR. YITZCHAKI:  Your Honor -- Your Honor, Doron
14  Yitzchaki on behalf of LL&E Royalty Trust.
15          THE COURT:  Okay.  I'll keep asking anyone else,
16  until I get no takers.  Anyone else?
17          MR. WULFE:  Yes.  Mark Wulfe with Bracewell on
18  behalf of Bank of New York Mellon Trust Company.
19          THE COURT:  Okay, nice to see you.  And anyone
20  else?  All right.  I finally have covered the landscape.
21  So, we were together January 11th and I was told happy news,
22  the Texas litigation has settled and you'll -- it's all
23  going to be wrapped up within 30 days and I set this control
24  date, and so nothing has happened.  So now, I get to be --
25  I'm not -- this isn't an existential threat to me, but it's

Page 6

```
 1   not so great, so let me know what's going on and when we can
 2   finalize everything, and also if there's a hiccup.
 3           MS. BENTLEY:  Your Honor, it is happy news.  We
 4   actually expect to execute the documents, I believe today.
 5   Mr. Gannaway will correct me if anything has changed from
 6   yesterday afternoon, but the parties are positioned to
 7   exchange signatures on the settlement agreement and related
 8   definitive docs.
 9           I think payment is expected to go out next week
10   and then part of that settlement agreement includes a
11   withdrawal of the LL&E claims from the docket, so we are on
12   track.  We appreciate you setting this control date.  I
13   think it drove us to a conclusion here, so I believe we are,
14   you know, ready to close this matter.  But Mr. Gannaway and
15   others, please correct me if anything has changed.
16           MR. GANNAWAY:  That is -- that's correct.  In
17   fact, we're just waiting for one set of signatures.  We have
18   signed and LL&E Trust has also signed the document.  We're
19   just waiting for one party who's not a debtor or creditor of
20   this matter.  They said they expect to give us signatures
21   today and then we will fund next week.
22           THE COURT:  Okay.  Great.  And is -- remind me.
23   Do -- am I going to need to be doing anything such as ruling
24   on a 9019 motion or otherwise on this?
25           MS. BENTLEY:  No.  The plan, Your Honor, gave
```

1  broad authority for the Debtors to settle claims post

2  emergence, so this on will just be effected pursuant to the

3  settlement agreement and then the withdrawal of claims will

4  close it out with respect to the bankruptcy proceedings.

5              THE COURT:  Great.  And then you'll just be filing

6  as final -- or ask me to enter a final decree, I guess?

7              MS. BENTLEY:  We have a few more cleanup claims to

8  deal with.  We've been working with Kroll to go through that

9  final claims register for matters that have kind of just

10  been lingering in the background.  This was obviously the

11  most material.  So, we are working to finalize and bring

12  those claims to resolution, but once we get those finalized,

13  we will be bringing a final decree before Your Honor.

14              THE COURT:  Okay, great.  So, I want to say, go,

15  go, go; although, that's not very judicial, but that's

16  really all that comes to mind.  So let me do the following.

17  I think I'm going to set a 30-day control date just to make

18  sure the -- you guys successfully find the last required

19  signatories and get that taken care of.  If this dispute is

20  successfully finalized, you're welcome to ask for an

21  adjournment and say there's nothing left to do, please bump

22  it and give us a, you know, maybe two months more or

23  whatever it is.

24              I want to keep you on a semi-frequent loop so that

25  hopefully this will inspire progress, but I also don't want

Page 8

1  to waste everyone's time and month. So -- okay. So I would
2  kick to about a 90 days from now control date instead of 30,
3  but I think I'll keep 30 for now, just to make sure there's
4  not backsliding. Does that work for you, Ms. Bentley?
5           MS. BENTLEY: It does. Thank you, Your Honor.
6           THE COURT: Okay. So, you can -- I know you've
7  been with me for a while, but you can -- you do the same
8  thing you always do, which is get a conference from Ms.
9  Caldron, my deputy, and just file a notice so the world has
10 notice of that, okay?
11          MS. BENTLEY: Perfect. Thank you very much, Your
12 Honor.
13          THE COURT: All right. I think that's all we need
14 to do today, yes? Anyone looking for anything else? No.
15 All right. I'll pause to congratulate you. I know this is
16 a milestone and a long road, so that's great. All right?
17 Thanks very much, and we're adjourned.
18          (Whereupon these proceedings were concluded)
19
20
21
22
23
24
25

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

*[signature: Sonya M. Ledanski Hyde]*

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: March 21, 2023